UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY,

                Plaintiff,

-against-

CHRISTIAN EXOO et. al.,

                Defendants.

**NOTICE OF APPEARANCE**

Case No. 2:20-CV-12880) (JMV) (JAD)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of the Defendant ST. LAWRENCE UNIVERSITY, in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 13, 2020

BOND, SCHOENECK & KING, PLLC

By: _____/s/_____
Monica C. Barrett
*Attorneys for Defendant ST. LAWRENCE UNIVERSITY*
600 Third Avenue, 22nd Floor
New York, NY 10016-1915
Telephone: (646) 253-2314
Fax: (646) 253-2301
mbarrett@bsk.com

178360.1 10/13/2020