UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br> v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP,<br><br>    Defendants. | **NOTICE OF APPEARANCE**<br>Civil Action No.: 2:20-cv-12880 (JMV) (JAD) |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Defendants Tribune Publishing Company and the New York Daily News, in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
    October 16, 2020

                 */s/ Richard I. Scharlat*
                 Richard I. Scharlat, Esq.
                 MCDERMOTT WILL & EMERY LLP
                 340 Madison Avenue
                 New York, New York 10173
                 Telephone:  (212) 547-5421
                 RScharlat@mwe.com