UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP,<br><br>　　　　　　Defendants. | Civil Action No.: 2:20-cv-12880 (JMV/JAD) |

## APPLICATION FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending time within which Defendants Tribune Publishing Company and the New York Daily News may answer, move, or otherwise reply to the Complaint filed by Plaintiff, and it is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on September 28, 2020; and

3. Defendants Tribune Publishing Company and the New York Daily News' time to answer, move or otherwise reply to the Complaint expires on October 19, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Richard I. Scharlat
　　　　　　　　　　　　　　　　　　　Richard I. Scharlat, Esq.
　　　　　　　　　　　　　　　　　　　MCDERMOTT WILL & EMERY LLP
　　　　　　　　　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10173
　　　　　　　　　　　　　　　　　　　(212) 547-5421

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Tribune Publishing*
　　　　　　　　　　　　　　　　　　　*Company and the New York Daily News*

**ORDER**

The above application is **ORDERED GRANTED** and the time within which Defendants Tribune Publishing Company and the New York Daily News shall answer, move or otherwise reply to Plaintiff's Complaint is extended through and including November 2, 2020.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
  Deputy Clerk