Lawrence S. Lustberg, Esq. (ID#023131983)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone: 973-596-4731
*Counsel for Defendants,*
*Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC;  COHEN, WEISS AND SIMON, LLP;<br><br>    Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br><br>**NOTICE OF APPEARANCE OF LAWRENCE S. LUSTBERG, ESQ.** |

**PLEASE TAKE NOTICE THAT** Lawrence S. Lustberg, Esq., of Gibbons P.C., One Gateway Center, Newark, New Jersey  07102-5310, hereby enters his appearance as counsel for Defendants, Vijaya Gadde and Twitter, Inc. ("Defendants"), solely for the purpose of requesting an extension of the time within which to answer or otherwise respond to the Complaint herein, but not for the purpose of appearing either generally or specifically in this jurisdiction.  Defendants expressly reserve their right to challenge service of process and/or jurisdiction in this matter.  As a registered Electronic Case Filing user, I respectfully request that any Notices of Electronic Filing in this case be sent to me at llustberg@gibbonslaw.com.

By:    /s/Lawrence S. Lustberg
          Lawrence S. Lustberg, Esq.

          **GIBBONS P.C.**
          One Gateway Center
          Newark, New Jersey  07102-5310
          Telephone:  973-596-4731

                                                                      Facsimile:  973-639-6285
                                                                       Email:  llustberg@gibbonslaw.com

Dated:       October 16, 2020