Lawrence S. Lustberg, Esq. (ID#023131983)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
*Counsel for Defendants,*
*Vijaya Gadde and Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>　　Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br>**F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TWITTER, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Twitter, Inc. ("Twitter") hereby states that Twitter is a publicly held corporation and has no parent corporation.  No publicly traded entity owns more than 10% of its stock.

Dated:  October 16, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GIBBONS, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　　Vijaya Gadde and Twitter, Inc.


　　　　　　　　　　　　　　　　　　By:　/s/Lawrence S. Lustberg
　　　　　　　　　　　　　　　　　　　　　Lawrence S. Lustberg, Esq.