Michael J. Canning, Esq. (032541984)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendants, Cohen, Weiss and Simon, LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP, | Case No. 2:20-cv-12880-JMV-JAD<br><br>Civil Action<br><br>**Consent Order Granting Motion for Extension in Which to File Answer or Otherwise Move** |

**THIS MATTER** being brought before the Court by the law firm of Giordano Halleran & Ciesla, P.C., attorneys for Defendants Cohen, Weiss and Simon, LLP ("CWP") with the consent and agreement of counsel for Plaintiff Daniel D'Ambly and for good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2020;

**ORDERED** that CWP is granted leave to file their Answer or Otherwise Move within (2) days of the filing of this Consent Order

**IT IS FURTHER ORDERED** that counsel for CWP shall forward a true copy of this Order to all counsel of record within __days hereof.

_____
HON. JOSEPH A. DICKSON,
U.S. MAGISTRATE COURT JUDGE

I hereby consent to the form and entry of the within Order.

**GIORDANO, HALLERAN & CIESLA, P.C.**
Attorneys for Defendants Cohen, Weiss & Simon, LLP

BY: _____
      Michael J. Canning, Esq.            Dated: October 22, 2020

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
Attorney for Plaintiff Daniel D'Ambly

BY: _____
      Patrick Trainor, Esq.              Dated: October 22, 2020