Michael J. Canning, Esq. (032541984)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendants, Cohen, Weiss and Simon, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP, | Case No. 2:20-cv-12880-JMV-JAD<br><br><br>Civil Action<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
COHEN, WEISS & SIMON, LLP.**

Please check one box:

☑   The nongovernmental corporate party, Cohen, Weiss & Simon, LLP in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

GIORDANO, HALLERAN & CIESLA
A Professional Corporation
Attorneys for Defendants, Cohen Weiss &
Simon, LLP

By: /s/ Michael J. Canning
MICHAEL J. CANNING

Dated:  October 22, 2020

Docs #4687553-v1