Lauren James-Weir, Esq. (ID#025202007)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Facsimile:  973-639-6253
Email:  ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>     Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC;  COHEN, WEISS AND SIMON, LLP;<br><br>     Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br>**NOTICE OF APPEARANCE OF LAUREN JAMES-WEIR, ESQ.** |

**PLEASE TAKE NOTICE THAT** Lauren James-Weir, Esq., of Gibbons P.C., One Gateway Center, Newark, New Jersey  07102-5310, hereby enters her appearance as counsel for Defendants, Vijaya Gadde and Twitter, Inc. ("Defendants").  Defendants do not, by virtue of this Notice of Appearance, waive any defense, including their right to challenge service of process, venue, or jurisdiction in this matter.  As a registered Electronic Case Filing user, I respectfully request that any Notices of Electronic Filing in this case be sent to me at ljames-weir@gibbonslaw.com.

|  |  |
|---|---|
|  | GIBBONS P.C.<br>Attorneys for Defendants Vijaya Gadde and Twitter, Inc. |
| By: | /s/Lauren James-Weir<br>Lauren James-Weir, Esq. |

Dated: October 26, 2020