Lauren James-Weir, Esq. (ID#025202007)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Facsimile:  973-639-6253
Email:  ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>    Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br>**APPLICATION FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO CROSSCLAIMS FILED BY COHEN, WEISS AND SIMON, LLP PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for VIJAYA GADDE and TWITTER, INC. ("Defendants"), for an extension of time within which to answer or otherwise respond to the Crossclaims filed by Defendant Cohen, Weiss and Simon, LLP ("CWS"), for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b), but not for the purpose of appearing either generally or specifically in this jurisdiction; and it is represented that:

1.    There have been no prior extensions of time granted to these Defendants to answer or otherwise respond to the Crossclaims filed by CWS;

2. Pursuant to Local Civil Rule 6.1(b), Defendants have been granted a fourteen (14) day extension of time, until October 30, 2020, to answer or otherwise respond to the Complaint filed in this matter;

3. Plaintiff and Defendants have also submitted to the Court for consideration a Stipulation further extending the time for Defendants to answer or otherwise respond to the Complaint until November 20, 2020;

4. CWS filed its Answer and Crossclaims in this matter on October 22, 2020;

5. In the absence of an extension, Defendants' response to the CWS Crossclaims would be due on or before November 12, 2020;

6. The time to respond to the CWS Crossclaims has not yet expired; and

7. Defendants do not waive any defense, including their right to challenge service of process, venue, or jurisdiction in this matter.

WHEREFORE, Defendants VIJAYA GADDE and TWITTER, INC. respectfully request that the time to answer or otherwise respond to the CWS Crossclaims is extended for a period of fourteen (14) days up to and including November 26, 2020 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

By: /s/Lauren James-Weir
Lauren James-Weir, Esq.

GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Facsimile:  973-639-6253
Email:  ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

Dated: October 26, 2020

The above application be and hereby is **GRANTED** and the time to answer or otherwise respond to the CWS Crossclaims is extended for a period of fourteen (14) days up to and including

2859797.1 115341-104130

November 26, 2020 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                      WILLIAM T. WALSH, Clerk of the United States District Court, District of New Jersey

                                      By: _____
                                                                   Deputy Clerk

Dated:         October 26, 2020