Lauren James-Weir, Esq. (ID#025202007)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Facsimile:  973-639-6253
Email:  ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC;  COHEN, WEISS AND SIMON, LLP;<br><br>　　　Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br>**DECLARATION OF
LAUREN JAMES-WEIR, ESQ.
IN SUPPORT OF
*PRO HAC VICE* ADMISSION
OF ARI HOLTZBLATT, ESQ. AND
PATRICK J. CAROME, ESQ.** |

I, Lauren James-Weir, Esq., hereby certify and declare as follows:

1.　　I am a Director in the law firm of Gibbons P.C., attorneys for Defendants Vijaya Gadde and Twitter, Inc. ("Defendants") in the above-captioned matter.  I submit this Declaration in support of Defendants' application for an Order admitting Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c).  I am personally familiar with the facts set forth in this Declaration.

2.　　I am a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

3. On October 28, 2020, counsel for all parties who have entered appearances in this matter informed me by electronic mail that they consent to the admission *pro hac vice* of Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. in this matter.

4. If the Court grants Defendants' application for the admission *pro hac vice* of Ari Holtzblatt, Esq. and Patrick J. Carome, Esq., I or another member of Gibbons P.C. who is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of Ari Holtzblatt, Esq. and Patrick J. Carome, Esq., and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2020　　　　　　　/s/ Lauren James-Weir
　　　　　Newark, New Jersey　　　　　Lauren James-Weir
　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　Tel: (973) 596-4861
　　　　　　　　　　　　　　　　　　Fax: (973) 639-6253
　　　　　　　　　　　　　　　　　　ljames-weir@gibbonslaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*