**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>    Defendants. | Civil Action No: 2:20-cv-12880-JMV-JAD<br><br>**CERTIFICATION OF<br>ARI HOLTZBLATT, ESQ.<br>IN SUPPORT OF APPLICATION FOR<br>*PRO HAC VICE* ADMISSION** |

I, Ari Holtzblatt, Esq., do hereby certify as follows:

1. I am a Partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of the application of Defendants Vijaya Gadde and Twitter, Inc. ("Defendants") for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c). Defendants have appeared for the limited purpose of setting a schedule to answer or otherwise respond to the complaint in this case but not for the purpose of appearing either generally or specifically in this jurisdiction. Defendants do not waive the right to challenge service of process or jurisdiction in this matter.

2. Attached hereto as Exhibit A is a true and correct table that identifies each bar in which I am a member in good standing, including the year of admission and, to the best of my knowledge, the name and address of the official or office maintaining the roll of such members of its bar.

3. No disciplinary proceedings are pending against me in any jurisdiction and I

understand my continuing obligation to advise the Court of any disciplinary proceeding that may be instituted against me.  More than five years ago, on March 26, 2015, the Court of Appeals of Maryland issued an order temporarily suspending me from the practice of law in the State of Maryland.  On May 21, 2015, the Court of Appeals of Maryland issued an order recertifying me as an attorney entitled to practice law in the State of Maryland, retroactive to the date of the original order, March 26, 2015.  The Court's second order explained that "[i]t appear[ed] that the Client Protection Fund of the Bar of Maryland mistakenly certified to the Court [of Appeals] the name of ARI BENJAMIN ASHER HOLTZBLATT as an attorney who was in default in payment of annual assessments."  A copy of the retroactive recertification order is attached as Exhibit B.

4. I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5. The issues raised in this litigation involve areas with which I have experience in the law.

6. Pursuant to the rules of this Court, all pleadings submitted on behalf of Defendants in this litigation will be signed by the firm of Gibbons P.C., attorneys of record for Defendants.

7. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

8. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

9. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

10. For the foregoing reasons, I respectfully request on behalf of Defendants that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

I certify and declare under penalty of perjury that the foregoing is true and correct.

DATED: October 28, 2020

Ari Holtzblatt, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-663-6964
Email: ari.holtzblatt@wilmerhale.com

**EXHIBIT A**

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| Court of Appeals of Maryland | 2010 | Clerk's Office<br>Court of Appeals<br>361 Rowe Boulevard<br>Annapolis, MD 21401 |
| District of Columbia Court of Appeals | 2012 | Clerk's Office<br>430 E St NW, Room 115<br>Washington, DC 20001 |
| United States Court of Appeals for the Second Circuit | 2013 | Clerk's Office<br>U. S. Court of Appeals for the Second Circuit<br>40 Centre Street (40 Foley Square),<br>New York, NY 10007 |
| United States Court of Appeals for the Tenth Circuit | 2016 | Clerk's Office<br>Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| United States Court of Appeals for the Ninth Circuit | 2016 | Clerk's Office<br>James R. Browning United States Courthouse<br>95 Seventh Street<br>San Francisco, CA 94103-1518 |
| United States Court of Appeals for the Seventh Circuit | 2017 | Clerk's Office<br>U.S. Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| United States District Court for the District of Columbia | 2017 | Clerk's Office<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
| United States Court of Appeals for the Sixth Circuit | 2018 | Clerk's Office<br>Sixth Circuit Court of Appeals<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| Supreme Court of the United States | 2019 | Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 |
| United States Court of Appeals for the District of Columbia Circuit | 2019 | E. Barrett Prettyman<br>U.S. Courthouse and<br>William B. Bryant Annex<br>333 Constitution Avenue, NW |

|  |  | Washington, DC 20001-2866 |
|---|---|---|
| United States Court of Appeals for the Fifth Circuit | 2020 | Clerk's Office<br>600 S. Maestri Place<br>Suite 115<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Eleventh Circuit | 2020 | Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 |

**EXHIBIT B**

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | In the |
| CLIENT PROTECTION FUND | * | Court of Appeals |
| OF THE BAR OF MARYLAND | * | of Maryland |

<u>O R D E R</u>

The Court having passed an Order on March 26, 2015 prohibiting from the further practice of law in the State of Maryland certain attorneys who were in default in the payment of annual assessments to the Client Protection Fund of the Bar of Maryland, and

It appearing that the Client Protection Fund of the Bar of Maryland mistakenly certified to the Court the name of ARI BENJAMIN ASHER HOLTZBLATT as an attorney who was in default in payment of annual assessments, it is this 21st day of May, 2015

ORDERED, by the Court of Appeals of Maryland, that the above mentioned attorney be, and he is hereby, recertified as an attorney entitled to practice law in this State retroactive to March 26, 2015, and it is further

ORDERED that the Clerk of this Court shall forward a copy of this Order to the clerks of the Court of Special Appeals, the several circuit courts of the counties and Baltimore City and the Chief Clerk of the District Court.

/s/ Mary Ellen Barbera
Mary Ellen Barbera, Chief Judge

Filed: May 21, 2015

/s/ Bessie M. Decker
Clerk, Court of Appeals of Maryland