UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>　　　　Defendants. | Civil Action No: 2:20-cv-12880-JMV-JAD<br><br>**DECLARATION OF PATRICK J. CAROME, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, Patrick J. Carome, Esq., do hereby certify and declare as follows:

1.　　I am a Partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application of Defendants Vijaya Gadde and Twitter, Inc. ("Defendants") for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c). Defendants have appeared for the limited purpose of setting a schedule to answer or otherwise respond to the complaint in this case but not for the purpose of appearing either generally or specifically in this jurisdiction. Defendants do not waive their right to challenge service of process or jurisdiction in this matter.

2.　　Attached hereto as Exhibit A is a true and correct table that identifies each bar in which I am a member in good standing, including the year of admission and, to the best of my knowledge, the name and address of the official or office maintaining the roll of such members of its bar.

3.　　No disciplinary proceedings are pending against me in any jurisdiction and no

discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation to advise the Court of any disciplinary proceeding that may be instituted against me.

4. I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5. The issues raised in this litigation involve areas with which I have experience in the law.

6. Pursuant to the rules of this Court, all pleadings submitted on behalf of Defendants in this litigation will be signed by the firm of Gibbons P.C., attorneys of record for Defendants.

7. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

8. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

9. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

10. For the foregoing reasons, I respectfully request on behalf of Defendants that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

I certify and declare under penalty of perjury that the foregoing is true and correct.

DATED: Oct. 27, 2020

Patrick J. Carome, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  202-663-6610
Email:  Patrick.carome@wilmerhale.com

## EXHIBIT A

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| United States Supreme Court | 1988 | Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 |
| United States Court of Appeals for the District of Columbia Circuit | 1987 | E. Barrett Prettyman<br>U.S. Courthouse and<br>William B. Bryant Annex<br>333 Constitution Avenue, NW<br>Washington, DC 20001-2866 |
| United States Court of Appeals for the First Circuit | 2003 | Clerk's Office<br>United States Court of Appeals for the First Circuit<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210 |
| United States Court of Appeals for the Second Circuit | 2001 | Clerk's Office<br>U. S. Court of Appeals for the Second Circuit<br>40 Centre Street (40 Foley Square),<br>New York, NY 10007. |
| United States Court of Appeals for the Third Circuit | 2013 | Clerk's Office<br>United States Court of Appeals for the Third Circuit<br>James A. Byrne United States Courthouse<br>601 Market Street<br>Philadelphia, PA  19106 |
| United States Court of Appeals for the Fourth Circuit | 1989 | Clerk's Office<br>Fourth Circuit Court of Appeals<br>Lewis F. Powell Jr. Courthouse & Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| United States Court of Appeals for the Fifth Circuit | 2007 | Clerk's Office<br>U.S. Court of Appeals For The Fifth Circuit<br>600 S. Maestri Place, Suite 115<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Sixth Circuit | 2013 | Clerk's Office<br>Sixth Circuit Court of Appeals<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| United States Court of Appeals for the Seventh Circuit | 2001 | Clerk's Office<br>U.S. Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street |

| | | |
|---|---|---|
| | | Room 2722<br>Chicago, IL 60604 |
| United States Court of Appeals for the Eighth Circuit | 1997 | Clerk's Office<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO. 63102 |
| United States Court of Appeals for the Ninth Circuit | 1992 | Clerk's Office<br>James R. Browning United States Courthouse<br>95 Seventh Street<br>San Francisco, CA 94103-1518 |
| United States Court of Appeals for the Tenth Circuit | 1999 | Clerk's Office<br>Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| United States Court of Appeals for the Eleventh Circuit | 2020 | David J. Smith<br>Clerk of Court<br>U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 |
| United States District Court for the District of Columbia | 1985 | Clerk's Office<br>Attorney Admissions<br>333 Constitution Avenue, NW<br>Room 1225<br>Washington, DC 20001 |
| United States District Court for the District of Colorado | 1999 | Clerk's Office<br>Alfred A. Arraj Courthouse,<br>901 19th St.,<br>Denver Colorado, 80294 |
| United States District Court for the Eastern District of Michigan | 1998 | Clerk's Office<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 599<br>Detroit, MI 48226 |
| District of Columbia Court of Appeals | 1985 | Committee on Admissions<br>DC Court of Appeals, Room 123<br>430 E Street, NW<br>Washington, DC 20001 |
| Supreme Judicial Court of Massachusetts | 1984 | Maura S. Doyle, Clerk<br>John Adams Courthouse,<br>1st Floor, One Pemberton Square, Suite 1300,<br>Boston, MA 02108-1707 |
| United States Court of Military Appeals | 1988 | Clerk of the Court, USCAAF<br>450 E Street, NW<br>Washington, D.C. 20442-0001 |
| United States Court of Federal Claims | 1996 | Clerk's Office<br>Howard T. Markey National Courts Building<br>717 Madison Place, NW,<br>Washington, DC 20439 |