

Lauren James-Weir
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4861
Fax: (973) 639-6253
Ljames-weir@gibbonslaw.com

October 29, 2020

**Electronically Filed and via Facsimile:  973-645-4549**
Honorable Joseph A. Dickson, U.S.D.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street – CR:MLK2D
Newark, NJ  07101

    Re:    Daniel D'Ambly v. Vijaya Gadde; Twitter, Inc., et als.
           Docket No.: 2:20-CV-12880-JMV-JAD

Dear Judge Dickson:

This law firm represents Defendants Vijaya Gadde and Twitter, Inc. ("Defendants") in the above-referenced matter.  Please accept this letter in lieu of a more formal application, on behalf of Defendants, seeking the *pro hac vice* admission of Ari Holtzblatt, Esq. and Patrick J. Carome, Esq., of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  In support of this application, enclosed please find the Declarations of Lauren James-Weir, Esq., Ari Holtzblatt, Esq., and Patrick J. Carome, Esq., as well as a Consent Order.  Counsel for all parties who have entered appearances in this matter have consented to this application.

As per Your Honor's judicial preferences, this application has been filed electronically and faxed directly to chambers. If the foregoing meets with Your Honor's approval, I respectfully request that Your Honor sign and enter the enclosed Consent Order.  I thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

/s/Lauren James-Weir
LAUREN JAMES-WEIR

LJW/mlk
Enclosures

cc:    All Counsel of Record

2859001.1 115341-104130