UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;<br><br>                    Defendants. | **RULE 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No.<br><br>2:20-cv-12880-JMV-JAD |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant St. Lawrence University discloses:

St. Lawrence University does not have a parent corporation or publicly held stock.

Dated:  October 30, 2020

BOND, SCHOENECK & KING, PLLC

By:    /s/ Monica C. Barrett
         Monica C. Barrett, Esq.
Office and P.O. Address
600 Third Avenue
22nd Floor
New York, NY 10016
Telephone:  (646) 253-2300
Facsimile: (646) 253-2383
Email: mbarrett@bsk.com
          amastroleo@bsk.com

*Attorneys for defendant St. Lawrence University*