UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY<br><br>                         Plaintiff,<br><br>                   v.<br><br>CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;<br><br>                         Defendants. | **NOTICE OF MOTION**<br><br>Civil Action No.<br><br>2:20-cv-12880-JMV-JAD |

**PLEASE TAKE NOTICE** that for the reasons set forth in the Declaration of William L. Fox, sworn to October 27, 2020, and the Brief in Support of Defendant St. Lawrence University's (the "University") Motion to Dismiss, the University will move this Court before the Hon. John Michael Vazquez, United States District Court Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101, on December 7, 2020, or such other date and time as is set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiff's Complaint as against the University, in its entirety. The University intends to file and serve reply papers. The University does not request oral argument.

Dated: October 30, 2020                                BOND, SCHOENECK & KING, PLLC

                                                                        By:   /s/ Monica C. Barrett
                                                                            Monica C. Barrett, Esq.
                                                             Office and P.O. Address
                                                           600 Third Avenue
                                                           22nd Floor
                                                           New York, NY 10016
                                                          Telephone:   (646) 253-2300
                                                          Facsimile:   (646) 253-2383

Email: mbarrett@bsk.com

*Attorneys for Defendant St. Lawrence University*