UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

                Plaintiff,

        v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST.
LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING
COMPANY; NEW YORK DAILY NEWS; VIJAYA
GADDE; TWITTER, INC., COHEN, WEISS AND SIMON,
LLP;

                Defendants.

**PROPOSED ORDER
GRANTING DEFENDANT
ST. LAWRENCE
UNIVERISTY'S MOTION
TO DISMISS**

Civil Action No.

2:20-cv-12880-JMV-JAD

Defendant St. Lawrence University (the "University"), by and through its counsel,

Bond, Schoeneck & King, PLLC, having filed a Notice of Motion dated October 30,

2020, seeking an Order dismissing the Plaintiff's Complaint against it pursuant to

Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6),

AND the Court having considered the Declaration of William L. Fox, sworn to on

October 27, 2020, and the Brief in support of the University's motion to dismiss, and all

papers submitted in opposition to the motion, and after due deliberation, it is hereby

ORDERED that the University's motion is granted in its entirety and the

Complaint is dismissed as against the University, with prejudice.

IT IS SO ORDERED THIS

_____ DAY OF _____, 2020

                              _____
                              Honorable John Michael Vazquez

3638826.1