Lauren James-Weir, Esq. (ID #052520007)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4861
Facsimile: 973-639-6253
Email: ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; <br><br> Defendants. | Civil Action No: 2:20-cv-12880-JMV-JAD <br><br><br> **CONSENT ORDER GRANTING** <br> ***PRO HAC VICE* ADMISSION** <br> **OF ARI HOLTZBLATT, ESQ. AND** <br> **PATRICK J. CAROME, ESQ.** |

**THIS MATTER** having been presented to the Court by Defendants Vijaya Gadde and Twitter, Inc. ("Defendants"), by and through their attorneys, Gibbons P.C., for entry of an Order admitting Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Lauren James-Weir, Esq., Ari Holtzblatt, Esq., and Patrick J. Carome, Esq.; and the undersigned having consented to this application; and for good cause shown;

**IT IS** on this 30th day of October 2020, hereby

**ORDERED** that Defendants' application is granted and Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. are admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. shall each make annual payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Ari Holtzblatt, Esq. and Patrick J. Carome, Esq. shall each make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for them and for the conduct of Ari Holtzblatt, Esq. and Patrick J. Carome, Esq.

**IT IS SO ORDERED THIS**

__30th__ **DAY OF** __October__**, 2020**

/s/ Joseph A. Dickson
Honorable Joseph A. Dickson, U.S.M.J.

**AGREED AND CONSENTED TO BY:**

| DATED: October 28, 2020 | DATED: October 27, 2020 |
|---|---|
| **/s/Patrick Trainor** | **/s/Lauren James-Weir** |
| Patrick Trainor, Esq. | Lauren James-Weir, Esq. |
| LAW OFFICE OF PATRICK TRAINOR, LLC | GIBBONS P.C. |
| 848 Paterson Avenue | One Gateway Center |
| East Rutherford, NJ 07073 | Newark, New Jersey  07102 |
| Telephone:  201-777-3327 | Telephone:  973-596-4861 |
| Email: pt@ptesq.com | Email: ljames-weir@gibbonslaw.com |
| ***Attorneys for Plaintiff, Daniel D'Ambly*** | ***Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*** |

| | |
|---|---|
| DATED:  October 28, 2020<br><br>**/s/Monica C. Barrett**<br>Monica C. Barrett, Esq.<br>BOND SCHOENECK & KING, PLLC<br>600 THIRD AVENUE 22ND FLOOR<br>NEW YORK, NY 10009<br>Telephone:  646-253-2314<br>Email: mbarrett@bsk.com<br>*Attorneys for Defendant, St. Lawrence University*<br><br><br>DATED:  October 28, 2020<br><br>**/s/Michael J. Canning**<br>Michael J. Canning, Esq.<br>GIORDANO, HALLERAN<br>& CIESLA, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, N.J. 07701-6777<br>Telephone:  (732) 741-3900<br>Email:  mcanning@ghclaw.com<br>*Attorneys for Defendants, Cohen, Weiss and Simon, LLP* | DATED:  October 28, 2020<br><br>**/s/Richard Scharlat**<br>Richard Scharlat, Esq.<br>MCDERMOTT WILL & EMERY, LLP<br>340 MADISON AVENUE<br>NEW YORK, NY 10173<br>Telephone:  212-547-5421<br>Email: Rscharlat@mwe.com<br>*Attorneys for Defendants, Tribune Publishing Company and New York Daily News* |