Lawrence S. Lustberg, Esq. (ID#023131983)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4731
*Counsel for Defendants,*
*Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | Civil Action No: 2:20-cv-12880-JMV-JAD<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff Daniel D'Ambly and Defendants Vijaya Gadde and Twitter, Inc. ("Defendants"), subject to the approval of this Court, and without waiving Defendants' right to challenge service of process and/or jurisdiction in this matter, that Defendants' time to file and serve their response to Plaintiff's Complaint in this action shall be extended until November 20, 2020; and

**IT IS FURTHER STIPULATED AND AGREED** that any opposition by Plaintiff to Defendants' response to the Complaint shall be due on or before January 4, 2021; and

**IT IS FURTHER STIPULATED AND AGREED** that Defendants' reply to Plaintiff's opposition shall be due no later than February 1, 2021.

2858261.1 999999-30341

Dated: October 26, 2020

LAW OFFICE OF
PATRICK TRAINOR, ESQ., LLC
Attorneys for Plaintiff, Daniel D'Ambly

By: _____
Patrick Trainor

Dated: October 26, 2020

GIBBONS, P.C.
Attorneys for Defendants,
Vijaya Gadde and Twitter, Inc.

By: /s/Lawrence s. Lustberg
Lawrence S. Lustberg, Esq.

**IT IS SO ORDERED** this  30th  day of  October  , 2020

/s/ Joseph A. Dickson
THE HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge for the District of New Jersey

2858261.1 999999-30341