**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, <br> Plaintiff, <br><br> vs. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD |

PLEASE TAKE NOTICE that Christopher Marlborough of the Marlborough Law Firm, P.C., located at 445 Broad Hollow Road, Suite 400, Melville, NY 11747 hereby appears as co-counsel for Defendant Christian Exoo in the above-captioned action.

DATED:    Melville, New York
          November 10, 2020

**The Marlborough Law Firm, P.C.**
/s/ *Christopher Marlborough*
Christopher Marlborough, Esq.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Phone: (212) 991-8960
Fax: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*