IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Daniel D'Ambly and Defendant Christian Exoo, subject to the approval of this Court, and without waiving Defendant Exoo's right to challenge service of process or jurisdiction in this matter, that Defendant Exoo's time to file and serve his response to Plaintiff's Complaint in this action shall be extended until December 6, 2020; and

IT IS FURTHER STIPULATED AND AGREED, that any opposition by Plaintiff to Defendant Exoo's response to the Complaint shall be due on or before January 17, 2021; and

IT IS FURTHER STIPULATED AND AGREED, that any opposition by Defendant Exoo's reply to Plaintiff's opposition shall be due no later than February 14, 2021.

Dated: November 9, 2020

LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
Attorney for Plaintiff Daniel D'Ambly

By: _____
Patrick Trainor

Dated: November 9, 2020

THE MARLBOROUGH LAW FIRM, P.C.
Attorney for Defendant Christian Exoo

By: _____
Christopher Marlborough

**IT IS SO ORDERED** this ___ day of _____, 2020

_____
THE HONORABLE JOSEPH A. DICKSON
United States Magistrate Just for the District of New Jersey