**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO CROSSCLAIMS |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Cross-Claimant Cohen, Weiss and Simon LLP ("Cross-Claimant") and Cross-Defendant Christian Exoo ("Cross-Defendant"), subject to the approval of this Court, and without waiving Cross-Defendant's right to challenge service of process or jurisdiction in this matter, that Cross-Defendant's time to file and serve his response to Cross-Claimant's Crossclaims in this action shall be extended until December 6, 2020; and

IT IS FURTHER STIPULATED AND AGREED, that any opposition by Cross-Claimant to Cross-Defendant's response to the Complaint shall be due on or before January 17, 2021; and

IT IS FURTHER STIPULATED AND AGREED, that any reply by Cross-Defendant to Cross-Claimant's opposition shall be due no later than February 14, 2021.

Dated: November 11, 2020    GIORDANO HALLERAN & CIESLA, P.C.
Attorney for Cross-Claimant

By: _____
Michael J. Canning

Dated: November 11, 2020       THE MARLBOROUGH LAW FIRM, P.C.
Attorney for Defendant Christian Exoo

By: _____
       Christopher Marlborough

**IT IS SO ORDERED** this ___ day of _____, 2020

_____
THE HONORABLE JOSEPH A. DICKSON
United States Magistrate Just for the District of New Jersey