

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

MONICA C. BARRETT
mbarrett@bsk.com
P: 646-253-2314
F: 646-253-2301

November 17, 2020

**VIA ELECTRONIC FILING AND**
**FACSIMILE: 973-645-4549**

Honorable Joseph A. Dickson, U.S.D.J.
U.S. District Court of New Jersey
Martin Luther King Building
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **Daniel D'Ambly v. St. Lawrence University et als.**
**Docket No.: 2:20-CV-12880-JMV-JAD**

Dear Judge Dickson:

    This law firm represents Defendant St. Lawrence University ("Defendant") in the above-referenced matter. Please accept this letter in lieu of a more formal application, on behalf of Defendant, seeking the pro hac vice admission of Adam Mastroleo, Esq. of Bond, Schoeneck & King, PLLC.  In support of this application, enclosed please find the Declarations of Adam Mastroleo and Monica C. Barrett.

    As per Your Honor's judicial preferences, this application has been filed electronically and faxed directly to chambers. If the foregoing meets with Your Honor's approval, I respectfully request that Your Honor sign and enter the enclosed Consent Order. I thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Monica C. Barrett*

Monica C. Barrett
Member

MCB/lh

cc: All counsel of record (by ECF)