UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | **ATTORNEY DECLARATION**<br><br>Civil Action No.<br><br>2:20-cv-12880-JMV-JAD |

I, MONICA C. BARRETT, ESQ. hereby certify and declare as follows:

1. I am a member of the law firm of Bond, Schoeneck & King, PLLC, attorneys for Defendant St. Lawrence University (the "University") in the above captioned matter. I submit this Declaration in support of the University's application for an order admitting Adam P. Mastroleo, Esq. of the law firm of Bond, Schoeneck & King, PLLC, as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Declaration.

2. I am a member in good standing of the bars of the state of New Jersey and the United States District Court for the District of New Jersey.

3. On November 11, 2020 and November 12, 2020, counsel for all parties who have entered appearances in this matter informed me by electronic mail that they consent to the admission *pro hac vice* of Adam P. Mastroleo, Esq. in this matter.

4. If the Court grants the University's application for admission *pro hac vice* of Adam P. Mastroleo, Esq., I or another member of Bond, Schoeneck & King, PLLC who is a member in good standing of the bars of the state of New Jersey and the United

States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of Adam P. Mastroleo, Esq., and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2020                   s/ Monica C. Barrett
                                           Monica C. Barrett, Esq.