UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

                        Plaintiff,

           v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;

                        Defendants.

**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF ADAM P. MASTROLEO, ESQ.**

Civil Action No.
2:20-cv-12880-JMV-JAD

       Defendant St. Lawrence University (the "University"), by and through its counsel, Bond, Schoeneck & King, PLLC, having sought an Order admitting Adam P. Mastroleo, Esq of the law firm of Bond, Schoeneck & King, PLLC as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c) and the Court having considered the Declarations of Adam P. Mastroleo, Esq. and Monica C. Barrett, Esq.; and the undersigned having consented to this implication; and for good cause shown; it is hereby

       **ORDERED**, that the University's application is granted and Adam P. Mastroleo, Esq. is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

       **ORDERED** that Adam P. Mastroleo, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter effecting Counsel's standing at the bar of any court; and it is further

**ORDERED** that Adam P. Mastroleo, Esq. shall make annual payment to the New Jersey Lawyer's Fund for Client's Protection as provided in New Jersey Court Rule 1:28-2A; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyer's Fund for Client Protection; and it is further

**ORDERED** that Adam P. Mastroleo, Esq. shall make payment of $150 to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs and other papers filed with this Court shall be signed by an attorney at law of this Court associated with the law firm of Bond, Schoeneck & King, PLLC who is admitted to practice before this Court, who shall be responsible for them and for the conduct of Adam P. Mastroleo, Esq.

IT IS SO ORDERED this ____ day of _____, 2020.

_____
Hon.  Joseph A. Dickson, U.S.M.J.

Agreed and consented to by:

| DATED:  November 12, 2020 | DATED:  November 11, 2020 |
|---|---|
| **/s/Patrick Trainor**_____<br>Patrick Trainor, Esq.<br>LAW OFFICE OF PATRICK TRAINOR, LLC<br>848 Paterson Avenue<br>East Rutherford, NJ 07073<br>Telephone:  201-777-3327<br>Email:  pt@ptesq.com<br>***Attorneys* for Plaintiff, Daniel D'Ambly** | **/s/Lauren James-Weir**_____<br>Lauren James-Weir, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone:  973-596-4861<br>Email:  ljames-weir@gibbonslaw.com<br>***Attorneys* for Defendants, Vijaya Gadde and Twitter, Inc.** |

| | |
|---|---|
| DATED:  November 17, 2020<br><br>**/s/Monica C. Barrett**<br>Monica C. Barrett, Esq.<br>BOND, SCHOENECK & KING, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, NY 10009<br>Telephone:  646-253-23014<br>Email:  mbarrett@bsk.com<br>***Attorneys for Defendant, St. Lawrence University*** | DATED:  November 11, 2020<br><br>**/s/Richard Scharlat**<br>Richard Scharlat, Esq.<br>MCDERMOTT WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone:  212-547-5421<br>Email:  Rscharlat@mwe.com<br>***Attorneys for Defendants, Tribune Publishing Company and New York Daily News*** |
| DATED:  November 11, 2020<br><br>**/s/ Michael J. Canning**<br>Michael J. Canning, Esq.<br>GIORDANO, HALLERAN & CIESLA, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701-6777<br>Telephone:  732-741-3900<br>Email:  mcanning@ghclaw.com<br>***Attorneys for Defendants, Cohen, Weiss and Simon, LLP*** | DATED:  November 11, 2020<br><br>**/s/ Christopher Marlborough**<br>Christopher Marlborough, Esq.<br>THE MARLBOROUGH LAW FIRM, P.C.<br>445 Broad Hollow Road, Suite 400<br>Melville, NY 11747<br>Telephone:  212-991-8960<br>Email: chris@marlboroughlawfirm.com<br>***Attorneys for Defendant Christian Exoo*** |