Lawrence S. Lustberg, Esq. (ID#023131983)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com

Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC;  COHEN, WEISS AND SIMON, LLP;<br><br>　　Defendants. | Civil Action No:  2:20-cv-12880-JMV-JAD<br><br>The Honorable John M. Vazquez, U.S.D.J.<br><br>**DEFENDANTS TWITTER, INC. and VIJAYA GADDE'S NOTICE OF MOTION PURSUANT TO <u>F.R.C.P</u>. 12(b)(6) TO DISMISS WITH PREJUDICE COUNTS VIII-XII OF PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Motion Date: February 16, 2021** |

To:

| | |
|---|---|
| **PATRICK TRAINOR, ESQ.**<br>Law Office of Patrick Trainor, Esq., LLC<br>848 Paterson Avenue<br>East Rutherford, NJ 07073<br>Telephone:  201-777-3327<br>Email: pt@ptesq.com<br>*Attorneys for Plaintiff, Daniel D'Ambly* | **MONICA C. BARRETT, ESQ.**<br>Bond Schoeneck & King, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, NY 10009<br>Telephone: 646-253-2314<br>Email: mbarrett@bsk.com<br>*Attorneys for Defendant, St. Lawrence University* |
| **RICHARD SCHARLAT, ESQ.**<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone:  212-547-5421<br>Email: Rscharlat@mwe.com<br>*Attorneys for Tribune Publishing Company and*<br>*New York Daily News* | **CHRISTOPHER MARLBOROUGH, ESQ.**<br>The Marlborough Law Firm, P.C.<br>445 Broad Hollow Road, Suite 400<br>Melville, NY 11747<br>Telephone: 212-991-8960<br>Email: chris@marlboroughlawfirm.com<br>*Attorneys for Christian Exoo* |
| **MICHAEL J. CANNING, ESQ**.<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Telephone:  (732) 741-3900<br>Email:  mcanning@ghclaw.com<br>*Attorneys for Defendants, Cohen, Weiss and Simon, LLP* | |

**PLEASE TAKE NOTICE** that on February 16, 2021, or on a date and time to be set by the Court, Defendants Twitter, Inc. and Vijaya Gadde ("Defendants"), by and through their attorneys, Gibbons P.C. and Wilmer Cutler Pickering Hale and Dorr LLP (*pro hac vice)*, shall move before the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for the entry of

an Order pursuant to F.R.C.P. 12(b)(6) dismissing with prejudice Counts VIII-XII of Plaintiff's Complaint and the Cross-claims filed by Co-Defendant Cohen, Weiss and Simon, LLP.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants shall rely upon the Memorandum and Declaration of Ari Holtzblatt, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated:  November 20, 2020          By:     */s/ Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq. (ID#023131983)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com

Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*