## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DANIEL D'AMBLY,

               Plaintiff,

     vs.

CHRISTIAN EXOO a/k/a ANTIFASH
GORDON; ST. LAWRENCE UNIVERSITY;
TRIBUNE PUBLISHING COMPANY, LLC;
NEW YORK DAILY NEWS; VIJAYA
GADDE; TWITTER, INC; COHEN, WEISS
AND SIMON, LLP; UNNAMED
ASSOCIATES 1 – 100,

               Defendants.

CIVIL ACTION NO.:  2:20-cv-12880

*(ELECTRONICALLY FILED)*

## CERTIFICATE OF SERVICE

     I certify that on November 23, 2020, I caused Plaintiff's Opposition to Defendants St.

Lawrence University Motions to Dismiss and this Certificate of Service to be served via the

Court's CM/ECF system and electronic mail on the following counsel of Record:

     Monica C. Barrett, Esq.
     BOND, SCHOENECK & KING, PLLC
     600 Third Avenue
     22nd Floor
     New York, New York, 10016
     P: (646) 253-2300
     mbarrett@bsk.com
     *Attorneys for Defendants St. Lawrence University*

     Richard Scharlat
     MCDERMOTT WILL & EMERY, LLP
     340 Madison Avenue
     New York, New York 10173
     P: (212) 547-5421
     rscharlat@mwe.com

     Lawrence S. Lustberg
     GIBBONS, PC

One Gateway Center
Newark, New Jersey 07102
P: (973) 596-4731
llustberg@gibbonslaw.com

Michael J. Canning
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road
Suite 300
Red Bank, New Jersey 07701
P: (732) 741-3900
mcanning@ghclaw.com

Dated: November 21, 2020

Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly.*