Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly.*

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>          Defendants. | **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO.:  2:20-cv-12880<br><br>     (ELECTRONICALLY FILED) |

PATRICK TRAINOR, ESQ., by way of certification in lieu of affidavit, hereby states as follows:

1.     I am an attorney at law of the State of New Jersey.  In this capacity I am familiar with the facts set forth herein.

2.     Attached hereto as **Exhibit A** is a true and accurate copy of the South Brunswick Police Department Incident Report, dated January 13, 2019.

3.     Attached hereto as **Exhibit B** is a true and accurate copy of St. Lawrence University's Director of Human Resources, Colleen Manley, response to a complaint lodged by to an unrelated Enterprise victim with her request for additional evidence.

4.     Attached hereto as **Exhibit C** is a true and accurate copy co-Defendant Christian Exoo's Twitter account acknowledging his use of alias and pseudonym accounts

Respectfully submitted,

Date:  November 21, 2020

Patrick Trainor, Esq.
*Attorney for Plaintiff Daniel D'Ambly*