# EXHIBIT A

# INVESTIGATION REPORT

☑ ORIGINAL  ☐ CO-OP  BIAS INCIDENT ☑ YES ☐ NO   DOMESTIC VIOLENCE ☐ YES ☑ NO

| # | Field | Value |
|---|---|---|
| 1 | DEPARTMENT | SOUTH BRUNSWICK POLICE |
| 2 | ORI NO. | NJ0122100 |
| 3 | DEPT. CASE NO. | (redacted) |
| 4 | PROS. CASE NO. | |
| 5 | JUVENILE CASE NO. | |
| 6 | VICTIM NO. | 1 OF 1 |
| 7 | VICTIM / COMPLAINANT NAME | DAMBLY, DANIEL S |
| 8 | PHONE (AREA) | (redacted) |
| 9 | SOCIAL SECURITY # | (redacted) |
| 10 | | ☑ RESIDENT  ☐ NON-RESIDENT  ☐ UNKNOWN / NA |
| 11 | ADDRESS | (redacted) |
| 12 | AGE | (redacted) |
| 13 | DOB | (redacted) |
| 14 | SEX | M |
| 15 | RACE | WHITE |
| 16 | HISPANIC | ☐ YES ☑ NO ☐ UNK |
| 17 | EMPLOYER / SCHOOL | NY DAILY NEWS |
| 18 | EMPLOYER'S ADDRESS | NY DAILY NEWS - (redacted) |
| 19 | BUSINESS PHONE (AREA) | (redacted) |
| 20 | CRIME / INCIDENT | CRIMINAL MISCHIEF |
| 21 | N.J. STATUTE(S) | 2C:17-3 |
| 22 | UCR | |
| 23 | STATUS | ☐ ATT ☑ COMP |
| 24 | | ☐ AT ☑ BETWEEN |
| 25 | HOUR | 23:00 |
| 26 | DAY OF WEEK | Friday |
| 27 | DATE | 01/11/2019 |
| 28 | | HARASSMENT |
| 29 | | 2C:33-4 |
| 31 | STATUS | ☐ ATT ☑ COMP |
| 32 | NO. OF SUSPECTS | 0 |
| 33 | HOUR | 10:00 |
| 34 | DAY OF WEEK | Saturday |
| 35 | DATE | 01/12/2019 |
| 36 | | BIAS INCIDENT |
| 39 | STATUS | ☐ ATT ☑ COMP |
| 40 | NO PERSONS ARRESTED | 0 |
| 41 | DATE / TIME REPORTED | 01/13/2019 16:38 |
| 42 | HOW RECEIVED | Dispatched |
| 43 | CRIME / INCIDENT LOCATION | (redacted) |
| 44 | MUNICIPAL CODE | 1221 |
| 45 | DIST. / AREA | 4 |
| 46 | BEAT | (redacted) |
| 47 | TYPE OF BIAS INCIDENT | NA |
| 48 | TOTAL HRS MIN TIME SPENT | 20 |
| 49 | CHILDREN WERE | ☑ NA  ☐ PRESENT  ☐ INVOLVED |
| 50 | PRIOR COURT ORDERS? | ☐ YES ☐ NO ☑ NA |
| 51 | RESIDED TOGETHER | ☐ YES ☐ NO ☑ NA |
| 52 | DOMESTIC RIGHTS SIGNED | ☐ YES ☐ NO ☑ NA |
| 53 | DESCRIPTION OF BIAS INCIDENT | NA |
| 54 | WEATHER CONDITIONS | CLEAR |
| 55 | NUMBER OF UNITS ENTERED | |
| 56 | TECHNICAL SERVICES | ☐ YES ☑ NO ☐ NA |
| 57 | TELETYPE NO. | |
| 58 | CRIMINAL WARRANT/SUM NO. | |
| 59 | MV SUMMONS / WARNING NO. | |

### 60. TYPE OF VICTIM
☑ 1. INDIVIDUAL   2. FINANCIAL   3. BUSINESS   4. GOVERNMENT   5. RELIGIOUS   6. GEN. PUBLIC   7. OTHER

### 61. INJURY TYPE (UP TO 5)
☑ 1. NONE   2. SEV. LACERATION   3. BROKEN BONES   4. LOSS OF TEETH   5. MINOR INJURY   6. UNCONSCIOUSNESS   7. POSS INT INJURY   8. OTHER MAJOR INJ.

### 62. RELATIONSHIP OF VICTIM TO OFFENDER(S)
☑ UNKNOWN / NA   STEP   EX   GRAND   IN-LAW   HUSBAND   WIFE   MOTHER   FATHER   SON   DAUGHTER   BROTHER   SISTER   BOYFRIEND   GIRLFRIEND   CHILD OF BF/GF   BABYSITTER

### VICTIM IS
BABYSITTEE   EMPLOYER   EMPLOYEE   FRIEND   NEIGHBOR   AQUAINTANCE   OTHERWISE KNOWN   STRANGER

### 63. TOOLS USED
☑ 1. UNKNOWN   2. NOT APPLICABLE   3. BOLT CUTTER/PLIERS   4. BRICK / ROCK   5. HAMMER / AX   6. GLASS CUTTER   7. HANGER/SLIP DEVICE   8. KEY / LOCK PICK   9. PRY TOOL   10. OTHER

### 64. TYPE OF WEAPON
☑ 1. UNKNOWN   2. NOT APPLICABLE   3. AUTOMATIC   4. HANDGUN   5. SHOTGUN   6. RIFLE   7. OTHER FIREARM   8. UNKNOWN FIREARM   9. KNIFE / CUT INST.   10. CLUB / BLUNT OBJ   11. HANDS / FEET   12. VEHICLE   13. FIRE/INCEND. DEV.   14. DRUGS / NARCOTICS   15. OTHER

### 65. SUSPECT ACTIONS
1. ALARM DISABLED   2. ALCOHOL CONSUMED   3. ALCOHOL ON BREATH   4. ATE / DRANK ON PREMISES   5. CASED LOCATION   6. CASH DEMANDED   7. COMPUTER EQUIP USED   8. DEMAND NOTE USED   9. DRUGS CONSUMED   10. EXIT PREPARED   11. GLOVES WORN   12. KNEW LOC OF HIDDEN PROP   13. LOOKOUT USED   14. MASK WORN / FACE HIDDEN   15. MATCHES USED FOR LIGHT   16. PRETENDED TO BE   17. MULT SUSPECTS INDICATED   18. PHONE DISABLED   19. PILLOWCASE TAKEN / USED   20. POWER DISABLED   21. RANSACKED   22. SELECTIVE IN LOOT   23. SMOKED IN PREMISES   24. UNSCREWED LIGHT BULB   25. VANDALIZED   26. VEH DEMANDED OR STOLEN   27. VEH NEEDED REMOVE PROP   28. VICT CLOTHES CUT / RIPPED   29. VICTIMS NAME USED   30. VICTIMS TOOLS USED   ☑ 31. OTHER

### 66. METHOD OF ENTRY
1. UNKNOWN   ☑ 2. NOT APPLICABLE   3. ALLOWED IN   4. ATTEMPT ONLY   5. BODILY FORCE   6. HID IN BLDG.   7. KICKED   8. KNOB TWIST   9. LOCK BOX   10. LOCK CUT / BROKEN   11. LOCK PUNCHED   12. LOCK SLIPPED   13. OPEN / UNLOCKED   14. PRIED   15. REMOVED   16. SMASHED   17. TUNNELED   18. OTHER FORCED   19. OTHER NON-FORCED

### 67. POINT OF ENTRY
1. UNKNOWN   ☑ 2. NOT APPLICABLE   3. FRONT   4. REAR   5. SIDE   6. GROUND LEVEL   7. UPPER LEVEL   8. ADJACENT BLDG.   9. BASEMENT   10. DOOR   11. DUCT / VENT   12. FLOOR   13. GARAGE   14. LOUVRE   15. PET DOOR   16. ROOF   17. SLIDING DOOR   18. WALL   19. WINDOW   20. OTHER

### 68. LOCATION OF OFFENSE
1. AIR / BUS / TRAIN TERMINAL   2. BANK / S & L   3. BAR / NIGHT CLUB   4. CHURCH / SYNAGOGUE   5. COMMERCIAL / OFFICE BLDG.   6. COMMON AREA / MULTI UNIT   7. CONSTRUCTION SITE   8. CONVENIENCE STORE   9. DEPART / DISCOUNT STORE   10. DRUG STORE / DR OFF / HOSP.   11. FACTORY   12. FIELD / WOODS   13. GAS STATION   14. GOVERNMENT / PUBLIC BLDG.   15. GROCERY / SUPERMARKET   16. HIGHWAY / ROAD / ALLEY   17. HOTEL / MOTEL / ETC   18. LAKE / WATERWAY   19. LIQUOR STORE   20. MALL   ☑ 21. PARKING LOT / GARAGE   22. RESIDENCE / HOME   23. RESTAURANT   24. SCHOOL / COLLEGE   25. SPECIALTY STORE   26. OTHER / UNK

### 69. TARGET
1. UNKNOWN   2. NOT APPLICABLE   3. ATTIC   4. BASEMENT   5. BATHROOM   6. BEDROOM   7. CASH REG / DRAWER   8. COIN OP. MACHINE   9. CUSTOMER   10. DINING ROOM   11. DISPLAY ITEMS   12. FAMILY ROOM   13. GARAGE / CARPORT   14. KITCHEN   15. LIVING ROOM   16. OWNER / EMPLOYEES   17. PEDESTRIAN   18. SAFE / BOX   19. STORAGE SHED   ☑ 20. VEHICLE   21. OTHER

PROPERTY DAMAGE

| # | Field | Value |
|---|---|---|
| 70 | TOTAL VALUE OF PROPERTY | (redacted) |
| 71 | ORGANIZED GROUP NAME | NA |
| 72 | VEHICLE OWNER'S NAME | DAMBLY, DANIEL S |
| 73 | YEAR | 2006 |
| 74 | MAKE | (redacted) |
| 75 | MODEL | |
| 76 | BODY TYPE | |
| 76 | COLOR | K |
| 78 | REGISTRATION NO. | (redacted) |
| | STATE | NJ |
| 79 | VIN / OTHER IDENTIFYING NO. | (redacted) |

80. MO / PERSONS   W. WITNESS   R. PERSON REPORTING   S. SUSPECT   A. ARRESTEE

| 81. CODE | 82. NAME | 83. ADDRESS | 84. CITY | 85. STATE | 86. PHONE | 87. DOB | 88. RACE | 89. SEX | 90. SS# |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

************* PARTIES INVOLVED ****************...

| 91. WAS A SUSPECT ARRESTED? | ☐ YES ☑ NO | CAN A SUSPECT BE DESCRIBED? | ☐ YES ☑ NO | CAN SUSPECTS VEHICLE BE IDENTIFIED? | ☐ YES ☑ NO |
| CAN A SUSPECT BE NAMED? | ☐ YES ☑ NO | WAS THERE A KNOWN WITNESS TO THE CRIME? | ☐ YES ☑ NO | IS STOLEN PROPERTY TRACEABLE? | ☐ YES ☑ NO |
| CAN A SUSPECT BE LOCATED? | ☐ YES ☑ NO | IS THERE A UNIQUE M.O. PRESENT? | ☐ YES ☑ NO | WAS PHYSICAL EVIDENCE RECOVERED? | ☐ YES ☑ NO |

| 92. PRINT RANK / OFF. NAME | SIGNATURE | 93. BADGE NO. | 94. PAGE NO. | 95. REPORT DATE | 96. CLR BY ARREST ☐ UNFOUNDED ☐ EXCPTL CLRD | 97. STATUS | 98. REVIEWED BY |
|---|---|---|---|---|---|---|---|
| PATROLMAN RASK, ROBERT | | 503 | 1 OF 2 | 01/13/2019 | | | SERGEANT KUCHMA, MICHAEL |

| ✓ ORIGINAL | ☐ CO-OP | INVESTIGATION REPORT | BIAS INCIDENT ✓ YES ☐ NO | DOMESTIC VIOLENCE ☐ YES ✓ NO |
|---|---|---|---|---|
| 1. DEPARTMENT SOUTH BRUNSWICK POLICE | 2. ORI NO. NJ0122100 | 3. DEPT. CASE NO. ▉ | 4. PROS. CASE NO. | 5. JUVENILE CASE NO. |

ROLE: Suspect | NAME: FRIEND, MARTHA H | HOME ADDRESS: ▉
HOME PHONE: ▉ | SEX: F | DOB: ▉ | AGE: 49 | HEIGHT: 5' 5" | WEIGHT: 121 | DL#: ▉
DL EXP: ▉ | DL STATE: NJ | SS#: ▉

ON SUNDAY, JANUARY 13, 2019, I, PTL. RASK, WAS DISPATCHED TO 1005 BLOSSOM CIRCLE FOR A REPORT OF CRIMINAL MISCHIEF.

UPON ARRIVAL, I SPOKE TO THE REPORTING PARTY, DANIEL DAMBLY. DAMBLY STATED THAT THE FRONT TIRES ON HIS VEHICLE (NJ C59FEF) WERE SLASHED SOME TIME DURING THE OVERNIGHT HOURS BETWEEN FRIDAY, JANUARY 11, AND SATURDAY, JANUARY 12. ONE OF THE TIRES WAS FLAT, AND THE OTHER WAS DAMAGED, BUT WAS STILL HOLDING AIR. THERE WAS ALSO DAMAGE TO THE WHEELS, WHICH MAY HAVE BEEN PRE-EXISTING DAMAGE.

DAMBLY STATED THAT HE MAY HAVE BEEN TARGETED BY "ANTIFA" DUE TO HIS AFFILIATION WITH THE "EUROPEAN HERITAGE ASSOCIATION." HE STATED THAT A PRINCETON SCHOOL TEACHER, MARTHA FRIEND, HAD POSTED A PICTURE OF HIS VEHICLE ON TWITTER THIS PAST NOVEMBER. HE ALSO STATED THAT ANOTHER TWITTER USER, KNOWN AS "ANTIFASHGORDON", DOXXED HIM A FEW MONTHS AGO BY RELEASING HIS HOME ADDRESS, EMPLOYMENT DETAILS, PICTURES OF HIS VEHICLE, AND A SATELLITE IMAGE OF HIS HOUSE TO TWITTER. HE BELIEVES THAT THE ACTOR USED THIS INFORMATION TO FIND HIS VEHICLE AND SLASH HIS TIRES TO PREVENT HIM FROM DRIVING TO A SCHEDULED PROTEST IN PRINCETON ON SATURDAY.

HE ALSO STATED THAT HE RECEIVED A TEXT THIS WEEKEND FROM AN UNKNOWN SUBJECT (▉) ASKING HIM, "SO YOUR THING WENT WELL TODAY? DID YOU GUYS GET THERE OK?" HE BELIEVES THIS SUBJECT MAY HAVE BEEN INVOLVED WITH DAMAGING HIS TIRES.

DAMBLY ESTIMATED THE DAMAGE TO BE APPROXIMATELY $600.

A CANVASS OF THE AREA WAS CONDUCTED. NO NEIGHBORS WITNESSED ANYTHING SUSPICIOUS AND THERE WERE NO CAMERAS IN THE AREA.

EVIDENCE TECHNICIAN GARRISON PHOTOGRAPHED THE VEHICLE AND THE DAMAGE. HE DID NOT RECOVER ANYTHING OF EVIDENTIARY VALUE.

DETECTIVE SHELCUSKY, THE BIAS INCIDENT LIAISON, WAS NOTIFIED BY MYSELF AND SGT. HERMAN. THE BIAS INCIDENT FORM AND INVESTIGATION REPORT WERE FAXED TO MCPO.

I SPOKE TO DET. 1. ED BRITA AT THE CENTRAL SECURITY BUREAU. HE STATED THAT THE MATTER DID NOT APPLY TO HIS BUREAU, BUT HE WILL FORWARD THE INFORMATION TO THE JTTF.

ADDITIONAL PATROLS WERE SET UP IN THE AREA.

MARTHA FRIEND

LITTLEBROOK ELEMENTARY SCHOOL

PRINCETON NJ