Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly.*

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>    Defendants. | **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO.: 2:20-cv-12880<br><br>(ELECTRONICALLY FILED) |

  PATRICK TRAINOR, ESQ., by way of certification in lieu of affidavit, hereby states as follows:

  1. I am an attorney at law of the State of New Jersey. In this capacity I am familiar with the facts set forth herein.

  2. Attached hereto as **Exhibit A** is a true and accurate copy of the announcement of Plaintiff Daniel D'Ambly's termination of employment from the New York Daily News by Christian Exoo as "AntiFashGordon" dated January 13, 2019.

  3. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiff Daniel D'Ambly's Termination of Employment letter from the New York Daily News dated January 22, 2019.

4.  Attached hereto as **Exhibit C** is a true and accurate copy Teamsters Tweets denouncing white supremacists.

5.  Attached hereto as **Exhibit D** is a true and accurate copy of Plaintiff Daniel D'Ambly's Last and Final Warning letter from the New York Daily News dated January 11, 2019.

                                 Respectfully submitted,

Date: November 23, 2020    Patrick Trainor, Esq.
*Attorney for Plaintiff Daniel D'Ambly*