THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>    Defendants. | CIVIL ACTION NO.: 2:20-cv-12880<br><br>*(ELECTRONICALLY FILED)* |

## CERTIFICATE OF SERVICE

I certify that on November 23, 2020, I caused Plaintiff's Brief in Opposition to Defendant Cohen, Weiss, and Simon, LLP's Motions to Dismiss, Attorney Certification, and this Certificate of Service to be served via the Court's CM/ECF system and electronic mail on the following counsel of Record:

Monica C. Barrett, Esq.
BOND, SCHOENECK & KING, PLLC
600 Third Avenue
22nd Floor
New York, New York, 10016
P: (646) 253-2300
mbarrett@bsk.com
*Attorneys for Defendants St. Lawrence University*

Richard Scharlat
MCDERMOTT WILL & EMERY, LLP
340 Madison Avenue
New York, New York 10173
P: (212) 547-5421
rscharlat@mwe.com

Lawrence S. Lustberg
GIBBONS, PC
One Gateway Center
Newark, New Jersey 07102
P: (973) 596-4731
llustberg@gibbonslaw.com

Michael J. Canning
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road
Suite 300
Red Bank, New Jersey 07701
P: (732) 741-3900
mcanning@ghclaw.com

Christopher Marlborough
The Marlborough Law Firm, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
P: (212) 991-8960
chris@marlboroughlawfirm.com

Dated: November 23, 2020

                              Patrick Trainor, Esquire (Attorney ID 242682019)
                              **LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
                              848 Paterson Avenue
                              East Rutherford, New Jersey 07073
                              P: (201) 777-3327
                              pt@ptesq.com
                              *Attorney for Plaintiff Daniel D'Ambly.*