UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

          Plaintiff,

       v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;

          Defendants.

Civil Action No.

2:20-cv-12880-JMV-JAD

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, I caused the foregoing **REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT ST. LAWRENCE UNIVERSITY'S MOTION TO DISMISS** to be electronically filed with the Clerk of the District Court of New Jersey using the CM/ECF system, and that I caused the above referenced documents to be served via first class mail to the following:

**PATRICK TRAINOR**
Law Office of Patrick Trainor, Esq., LLC
848 Paterson Avenue
East Rutherford, NJ 07073
201-777-3327
Email: pt@ptesq.com

**RICHARD SCHARLAT**
Mcdermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
212-547-5421
Email: Rscharlat@mwe.com

**LAWRENCE S. LUSTBERG**
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310

(973) 596-4731
Email: llustberg@gibbonslaw.com

**MICHAEL J. CANNING**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road
Suite 300
Red Bank, NJ 07701
732-741-3900
Fax: 732-224-6599
Email: mcanning@ghclaw.com

*/s/ Michael J. Canning*