**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>Oral Argument Requested<br><br>Return Date: March 1, 2021 |

**PLEASE TAKE NOTICE** that on March 1, 2021, or on a date and time to be set by the Court, Defendants Christian Exoo ("Defendant"), by and through his attorneys, The Marlborough Law Firm, P.C., ZMO Law PLLC shall move before the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for the entry of an Order pursuant to F.R.C.P. 12(b)(6) dismissing with prejudice Counts II, III, IV, V, VI, VIII, IX, X, XI of Plaintiff's Complaint and the Cross-claims filed by Co-Defendant Cohen, Weiss and Simon, LLP.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants shall rely upon the Memorandum and Declaration of Christopher Marlborough submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: December 6, 2020          By:    *Christopher Marlborough*

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough, Esq.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Phone: (212) 991-8960

Fax: (212) 991-8952
E-mail: chris@marlboroughlawfirm.com


**ZMO LAW PLLC**
Victoria Medley
260 Madison Avenue, 17th Floor
New York, New York 10016
Phone: (212) 685-0999
Fax: (212) 991-8952
E-mail: vm@zmolaw.com


*Counsel for Defendant Christian Exoo*