# EXHBIT C



**AntiFash Gordon**
@AntiFashGordon

I expose fascists via #OSINT, get them fired, de-homed, kicked out of school, etc.
"Your work is a endless black hole of destruction." --Neo-Nazi John Camden

Exhibit C                    2018 EXOO TWEETS                    P a g e | 1

THREAD: Left is Titus D'Andrea, leader of the New Jersey European Heritage Association, a white supremacist group. No one knows his real identity.

Right is Dan D'Ambly, a newspaper printer at the @NYDailyNews

in Jersey City. You see where this is going? Let's do this.



11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 2

2.) As of 2016, Dan was also the chairman of the Referendum Board for the Amalgamated Lithographers Local One. You can contact them here to let them know that Dan runs a white nationalist group: litho.org/?q=contact

The following unopposed candidates were elected to office pursuant to Article XIII, Section 21, of the Constitution and Laws of the GCC/IBT.

**PRESIDENT–** Patrick LoPresti
**EXECUTIVE VICE PRESIDENT–** Gene Kreis

**LOCAL ONE COUNCIL BOARD**
**Pre-Press–** Edward Aronsky/Allen Bennett
**Tender–** Martin Phillip
**Inside Sentinel–** Larry Vaccaro

**LOCAL ONE TRUSTEES**
Ralph Broccoli      Joseph Pallota, Jr.      Kirk Colacci

**REFERENDUM BOARD MEMBERS**
Daniel D'Ambly, Chairman
Christopher Sclafani, Secretary
Brian Gonzalez
James Santangelo
Angelo Rispoli
Arnold Aronsky
Ricardo Festini
Francis Quinn
Brian Mol
John Nieves

**UPSTATE GCC/IBT LOCAL 1-L**

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | **3**

3.) Dan's organization, the New Jersey European Heritage Association, is a full-on "14 words" Nazi organization: "We must secure the existence of our people and a future for white children."

## NEW JERSEY EUROPEAN
## HERITAGE ASSOCIATION

HOME

The steps that we are taking help establish a means of communication with our people, bypassing the controlled news and entertainment media, enabling them to wake up and break their paralysis. Once that is achieved, swift and immediate action can be taken against the people who are destroying our race and civilization.

Our creed can be summed up by fourteen simple words; we must secure the existence of our people and a future for White children.

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 4

4.) If you're not familiar with the "14 words," they're a white nationalist slogan coined by David Lane, founder of The Order:  en.wikipedia.org/wiki/Fourteen_ …

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e  | **5**

5.) They've also been flyering, recruiting more to their hateful cause and spreading fear in our communities:



NJ European Heritage Association flyer posted near FitzRandolph Gate

A poster referring to "The White Race" as "Earth's Most Endangered Species," followed by contact information for a white supremacist organization called the New Jersey European Heritage Association,...

dailyprincetonian.com

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 6

6.) And again in August:



Racist Stickers Spotted In Princeton: Report
Stickers supporting the New Jersey European Heritage Association were seen in downtown
Princeton, Planet Princeton reports.
patch.com

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 7

7.) And in October, too:



White Supremacist Stickers Reappear In Princeton

Stickers promoting the New Jersey European Heritage Association had previously been reported in Princeton in August.

patch.com

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                          2018 EXOO TWEETS                          P a g e | **8**

8.) And until now, no one knew who was behind it. It's Daniel D'Ambly, of Dayton, New Jersey, a newspaper printer for

@NYDailyNews

in Jersey City.

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 9

9.) And Dan and his friends Scott and Luther even attended the Unite the Right 2 rally in Washington, D.C.. Left to right, that's Dan, Scott, and Luther in the button-ups and khakis: bbc.com/news/world-us- …



## Unite the Right: White nationalists outnumbered at Washington rally

🕒 13 August 2018

f  💬  🐦  ✉  ⯇ Share

Fewer than expected white nationalists took part in the rally

EPA

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                     2018 EXOO TWEETS              P a g e | 10

10.) They even taped themselves going there:
youtube.com/watch?v=Rc_So3 ...
11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 11

11.) This is Dan's website, where he posts videos by Richard Spencer and William Pierce, founder of the National Alliance: web.archive.org/web/2018100801 ...



11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 12

12.) Dan's also a Holocaust denier, and asserts that "Jews weren't the victims, but the culprits" in one of his fliers. CW: LOADS of antisemitism in that image

**THE TRUTH BEHIND C✡MMUNISM AND THE <u>REAL</u> HOLOCAUST!**



Karl Marx    Vladimir lenin    Bela Kun    Leon Trotsky    Rosa Luxemburg    Genrikh Yagoda



*Ukrainian children malnourished and near starving to death, circa 1932          *Russian laborers overworked and starved in Soviet Gulag

In Eastern and Central Europe, Jewish Communist murdered 30,000,000+ European Christians, five times the questionable 6,000,000 Holocaust number. Why don't we hear about the 30 million? Because Jews weren't the victims but the culprits. This tragedy doesn't fit their (((Hollywood))) narrative.

**RISE UP GENTILES AND
PROTECT YOUR PEOPLE!**
www.njeha.com  •  gab.ai/NJEHA

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                          2018 EXOO TWEETS                          P a g e | **13**

13.) The New Jersey European Heritage Association even has a YouTube account, "The Jersey Goyz 14."



11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                      2018 EXOO TWEETS                      P a g e | **14**

14.) The logo they use for their YouTube channel is the state of New Jersey superimposed over a Sonnenrad, a symbol used in Nazi occultism:  en.wikipedia.org/wiki/Black_Sun …



The Jersey Goyz 14
256 subscribers

HOME          VIDEOS          PLAYLISTS          CHANNELS

Description

We MUST Secure the Existence of Our People and a Future for White Children

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | 15

15.) And there are *plenty* of photos and video of Dan, too. And he's always doing racist shit. Here he is at Unite the Right 2.



11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                     2018 EXOO TWEETS                  P a g e | **16**

16.) Here's Dan and Luther with Patrick Little, an antisemitic activist who advocates for Jews to raised as livestock and tortured: youtube.com/watch?v=8WQyh3 … CW: EXTREME antisemitism



NJEHA.com Patrick Little J Walking

507 views

👍 47   👎 2   ↗ SHARE   ≡+ SAVE   •••

The Jersey Goyz 14
Published on Aug 8, 2018

SUBSCRIBE 256

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS          P a g e | 17

17.) By the way, fuck that cop for protecting them, too. He's part of the problem. Dan D'Ambly and Patrick Little were spreading *exactly* the kind of antisemitic rhetoric that motivated the massacre in Pittsburgh on Saturday.

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | **18**

18.) I need your help, everyone. Here's what you can do for me-- let

@NYDailyNews

know that one of their printers in Jersey City, Daniel D'Ambly, is the leader of a hate group. Get him fired. Hate has no place in our communities.

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | **19**

19.) Stay on top of this, too. If you don't hear back from @NYDailyNews

, keep tweeting at them. Call their printing facilities in Jersey City at (201) 946-6000 to warn them about Daniel D'Ambly, leader of the New Jersey European Heritage Association.





11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | **20**

20.) We can beat back the hate in our communities, folks, but it's going to take all of us working together. And Dan, if you're reading this: You don't get to spread antisemitic bullshit in our streets. Hate has consequences, you fucking jabroni.

</thread>

11:49 AM · Oct 29, 2018·Twitter Web Client

Exhibit C                    2018 EXOO TWEETS                    P a g e | **21**