# EXHBIT D

Page | 1



P a g e | 2

1/ NEW JERSEY: A white supremacist group called the New Jersey European Heritage Association is having a noon rally tomorrow at Palmer Square in Princeton. Several DSA chapters are coordinating a counterprotest here: facebook.com/events/2185021 …

10:14 AM · Jan 11, 2019·Twitter Web Client

2/ What is the New Jersey European Heritage Association? They're a group of white supremacists and antisemites led by "Titus D'Andrea," real name Dan D'Ambly of Dayton, NJ.

3/ Back in October, I exposed Dan here:
Quote Tweet



**AntiFash Gordon**
@AntiFashGordon
· Oct 29, 2018

THREAD: Left is Titus D'Andrea, leader of the New Jersey European Heritage Association, a white supremacist group. No one knows his real identity. Right is Dan D'Ambly, a newspaper printer at the @NYDailyNews in Jersey City. You see where this is going? Let's do this.

Show this thread



10:14 AM · Jan 11, 2019·Twitter Web Client

4/ At the time, Dan was working for the @NYDailyNews as a newspaper printer in Jersey City. I still haven't heard any official comment from the Daily News about whether or not they're still employing him.

10:14 AM · Jan 11, 2019·Twitter Web Client

5/ The counterprotest starts at 11:30 in Palmer Square. The DSA's goal is to hold the space so that the Nazis can't have their rally.

10:14 AM · Jan 11, 2019·Twitter Web Client

6/ If you can, show up and show these pricks that we don't tolerate hate in our streets. If you can't make it, feel free to contact the
@NYDailyNews
and ask if white supremacist leader Dan D'Ambly is still working for their press in Jersey City.

7/ Remember that the police won't protect us here. It's up to us to show Nazis that they can't organize a genocide in our streets. ¡No pasarán!

10:14 AM · Jan 11, 2019·Twitter Web Client

8/ UPDATE:

@LivRizz

reports that Black Lives Matter has applied for a permit to counterprotest:



Counter-protesters will rally during white supremacist march in Princeton
Princeton is preparing for a white supremacist rally and simultaneous counter protest.
nj.com

10:35 AM · Jan 11, 2019·Twitter Web Client

9/ The NJEHA Twitter account is promising an "important announcement" tonight. Poor babies gonna cancel now that people are gonna come out to shut them down? I guess we'll find out tonight.



11:21 AM · Jan 11, 2019·Twitter Web Client

Oh, looks like Dan D'Ambly and his squad of white babies are pretending they were never going to do a march, lol.
Quote Tweet



**European Heritage Association**
@EuropeanAssoc
· Jan 11, 2019
You've been punk'd

> There isn't going to be a "march" this Saturday, there never was.
>
> The NJEHA would like to formally thank the DSA, NIOT Princeton, Jewish supremacist news outlets, and the many other communist snowflakes who are making us a household name. Thanks to them, our organization has received an unprecedented amount of publicity, media coverage, and website traffic. Hundreds of people across the state are eagerly awaiting to join our ranks.
>
> This exercise demonstrates that the so-called "tolerant" phony privileged limousine liberals of Princeton have no respect for freedom of speech. They don't think IT'S OKAY TO BE WHITE.
>
> We are a peaceful law-abiding group. We respect and honor law enforcement. We wish to thank the men and women of The Princeton Police Department for their professionalism and adherence to the First Amendment and equal protection for all.

4:12 PM · Jan 11, 2019·Twitter for iPhone

**AntiFash Gordon**
@AntiFashGordon

Replying to
@EuropeanAssoc

Regardless, I'm gonna spend the next week wrecking your fucking life, Dan D'Ambly.

4:34 PM · Jan 11, 2019·Twitter for iPhone



**AntiFash Gordon**
@AntiFashGordon

Replying to @JamCityAntifa

Oh, I doxxed this guy back in October. Here it is, if you want.

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018
THREAD: Left is Titus D'Andrea, leader of the New Jersey European Heritage Association, a white supremacist group.

No one knows his real identity.

Right is Dan D'Ambly, a newspaper printer at the @NYDailyNews in Jersey City.

You see where this is going?

Let's do this.

❤️🖤✊


Show this thread



5:50 PM · Jan 13, 2019 · Twitter Web Client



Exhibit D                           2019 Exoo Tweets                         P a g e | **14**