**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY,<br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br><br>**ORDER (PROPOSED) GRANTING DEFENDANT CHRISTIAN EXOO'S MOTION PURSUANT TO F.R.C.P. 12(b)(6) TO DISMISS WITH PREJUDICE COUNTS II, III, IV, V, VI, VIII, IX, X, XI OF PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |

THIS MATTER having come before the Court on motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) brought by Defendant Christian Exoo through counsel, the Marlborough Law Firm, P.C., Richard J. Torres Esq. and Law Office of Margulis-Ohnuma seeking an order dismissing Counts II, III, IV, V, VI, VIII, IX, X, XI of Plaintiff's Complaint and the Cross Claims in the Complaint of Defendant in their entirety with prejudice; and the Court having reviewed and considered the papers submitted by counsel, and for good cause shown with due deliberation thereon,

IT IS ON THIS _____ day of _____, 2021;

ORDERED that Defendant Christian Exoo's motion to dismiss is hereby granted;

IT IS FURTHER ORDERED that Counts II, III, IV, V, VI, VIII, IX, X, XI of Plaintiff Daniel D'Ambly's Complaint are hereby dismissed with prejudice in its entirety as to Defendant Christian Exoo; and

IT IS FURTHER ORDERED that the Cross-claims of Cohen, Weiss and Simon LLP are hereby dismissed with prejudice in their entirety as to Defendant Christian Exoo; and

IT IS FURTHER ORDERED that counsel for Defendant Christian Exoo shall forward a true copy of this Order to all counsel of record within __days hereof.


_____
HON. JOHN M. VASQUEZ
U.S. DISTRICT COURT JUDGE