UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

DANIEL D'AMBLY,

    *Plaintiff*,

v.

CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP,

    *Defendants*.

Civil Action No. 2:20-cv-12880-JMV-JAD

Certificate of Service

    I hereby certify that, on December 17, 2020, I caused to be filed and served on all parties through the United States District Court, District of New Jersey's ECF system, a true and correct copy of Defendants New York Daily News and Tribune Publishing Company, Inc.'s: (1) letter dated December 17, 2020 seeking leave to file a Joint Motion for Summary Judgment Dismissing Counts I and VII of Plaintiff Daniel D'Ambly's Complaint; (2) Joint Statement of Material Facts Not In Dispute; and (3) Certificate of Service.

    I certify under penalty of perjury that the foregoing is true and correct.

    s/ *Richard I. Scharlat*
    Richard I. Scharlat

    McDERMOTT WILL & EMERY LLP
    340 Madison Avenue
    New York, NY 10173
    Telephone: 212-547-5421
    Facsimile: 212-547-5444
    rscharlat@mwe.com
    *Attorney for Defendants New York Daily News Tribune Publishing Company, Inc.*

Dated: December 17, 2020