Patrick Trainor, Esquire (Attorney ID 024681994)
LAW OFFICE OF PATRICK TRAINOR
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASHGORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS, AND SIMON, LLP,<br><br>　　Defendants. | Civil Action No.: 2:20-cv-12880-JMV-JAD<br><br>**STIPULATION EXTENDING PLAINTIFF'S TIME RESPOND IN OPPOSITION TO DEFENDANTS' VIJAYA GADDE AND TWITTER, INC.'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Daniel D'Ambly and Defendants Vijaya Gadde and Twitter, Inc. ("Defednants"), subject to the approval of this Court, that Plaintiff's time to file any opposition to Defendants' motion to dismiss be and it hereby is extended to January 16, 2021; and

**IT IS FURTHER STIPULATED AND AGREED**, that Defendants shall, consistent with the Order of the Court (ECF No. 39) dated December 1, 2020, re-file their motion to dismiss on February 1, 2021 (to be made returnable on February 16, 2021) and shall file their reply to Plaintiff's opposition on or before February 9, 2021.

|  |  |
|---|---|
|  | **LAW OFFICE OF PATRICK TRAINOR**<br>Attorneys for Plaintiff |
| Dated: December 29, 2020 | _____<br>Patrick Trainor, Esq. |
|  |  |
|  | **GIBBONS, P.C.**<br>Attorneys for Defendants Vijaya Gadde and Twitter, Inc. |
| Dated: December 29, 2020 | ___/s/_____<br>Lawrence S. Lustberg, Esq. |

**IT IS SO ORDERED** this __30th__ day of __December__, 202_0_

___/s/ Joseph A. Dickson_____
   THE HONORABLE JOSEPH A. DICKSON
   United States Magistrate Judge for the District of New Jersey