# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CHRISTIAN EXOO a/k/a @ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br>*(Filed Electronically)*<br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

TO:　　Lauren James-Weir, Esq.
　　　　GIBBONS P.C.
　　　　One Gateway Center
　　　　Newark, New Jersey 07102
　　　　Telephone:  973-596-4861
　　　　Email:  ljames-weir@gibbonslaw.com
　　　　*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

　　　　Monica C. Barrett, Esq.
　　　　BOND, SCHOENECK & KING, PLLC
　　　　600 Third Avenue, 22nd Floor
　　　　New York, NY 10009
　　　　Telephone:  646-253-23014
　　　　Email:  mbarrett@bsk.com
　　　　*Attorneys for Defendant St. Lawrence University*

　　　　Richard Scharlat, Esq.
　　　　MCDERMOTT WILL & EMERY, LLP
　　　　340 Madison Avenue
　　　　New York, NY 10173
　　　　Telephone:  212-547-5421
　　　　Email:  Rscharlat@mwe.com
　　　　*Attorneys for Defendants Tribune Publishing Company and New York Daily News*

　　　　Michael J. Canning, Esq.
　　　　GIORDANO, HALLERAN & CIESLA, P.C.

125 Half Mile Road, Suite 300
Red Bank, NJ 07701-6777
Telephone:  732-741-3900
Email:  mcanning@ghclaw.com
*Attorneys for Defendants Cohen, Weiss and Simon, LLP*

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone:  212-991-8960
Email: chris@marlboroughlawfirm.com
*Attorney for Defendant Christian Exoo*

**PLEASE TAKE NOTICE** that on January 11, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the United States District Court, District of New Jersey, located at 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. 15 and Fed. R. Civ. P. 20, and Local Civ. R. 15.1 granting Plaintiff DANIEL D'AMBLY Leave to file a First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Plaintiff will rely upon the enclosed Certification of Patrick Trainor, Esq., Brief in Support, First Amended Complaint, and form of the amended complaint that indicates in what respect it differs from the original Complaint.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached.

Dated: January 10, 2021

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*