Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVEN HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTIAN EXOO a/k/a @ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100, <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD <br><br> *(Filed Electronically)* <br><br> **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER GRANTING PLAINTIFF FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

THIS MATTER having been opened to the Court by the Law Office of Patrick Trainor, attorney for Plaintiff(s), for an Order amending the Complaint; and the Court having considered the moving papers and the opposition, if any; and for good cause show,

**IT IS**, on this _____ day of _____, 2021, ORDERED as follows:

1. Plaintiff shall file a First Amended Complaint to add Plaintiffs:

    a. Aaron Wolkind

    b. Steven Hartley

    c. Richard Schwetz

    d. Jobel Barbosa

    e. Matthew Reidinger

    f. John Hugo

    g. Sean-Michael David Scott

    h. Zachary Rehl

    i. Amanda Rehl

    j. K.R., a minor by and through her father Zachary Rehl and her mother Amanda Rehl

2. Plaintiff shall file the First Amended Complaint to supplement the pleading to add plaintiff Thomas Louden.

3. Plaintiff shall file the First Amended Complaint with this Court within three (3) days from the date hereof.

4. Plaintiff shall file with this Court a form of the First Amended Complaint that indicates in what respect it differs from the Complaint it proposes to amend.

5. Defendants shall have fourteen (14) days to file any opposition to Plaintiff's motion to file First Amended Complaint.

_____
Honorable Joseph A. Dickson, U.S.M.J.