# THE LAW OFFICE OF PATRICK TRAINOR

848 Paterson Avenue | East Rutherford, New Jersey 07073
Telephone: (201) 777-3327 | eFax: (201) 896-7815 | help@ptesq.com

January 13, 2021

Honorable Joseph A. Dickson
50 Walnut Street, #4
Newrk, New Jersey 07102

   Re: D'Ambly v. Exoo, et al., 2:20-cv-12880-JMV-JAD
     Copy of D'Ambly's Redlined First Amended Complaint

Your Honor,

 Enclosed herein find a courtesy copy of Plaintiff Daniel D'Ambly's proposed First Amended Complaint.  Please accept our apologies, due to a clerical error an incorrect version of the redlined First Amended Complaint that did not indicate the ways in which it differs from the original pleading was electronically filed on January 10, 2021.  The correct version was electronically filed and served on all defendants via the Court's CM/ECF on January 13, 2021.

 We apologize for the inconvenience.  If your Honor has any questions with respect to the enclosed materials, I can be reached at (201) 777-3327.

      Sincerely,

      Patrick Trainor, Esq.