

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**MONICA C. BARRETT, ESQ.**
mbarrett@bsk.com
P: 646-253-2314
F: 646-253-2383

January 14, 2021

**VIA ECF AND OVERNIGHT MAIL**

Honorable John Michael Vazquez
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Courtroom PO 03
Newark, NJ 07101

      Re: *Daniel D'Ambly v. Christian Exoo et al.*
        *Civil Action No.:2:20-cv-12880-JMV-JAD*

Dear Judge Vazquez:

   This firm represents defendant St. Lawrence University (the "University") in the above-referenced matter. We are in receipt of Plaintiff Daniel D'Ambly's recently filed motion for leave to file an Amended Complaint. We are writing to notify the Court that we do not oppose Plaintiff's motion. Please note, however, that the University continues to maintain that the proposed Amended Complaint should be dismissed against the University, with prejudice. The University intends to renew and re-file its currently pending motion to dismiss once the Amended Complaint is filed.

Thank you for your consideration of this matter.

BOND, SCHOENECK & KING, PLLC

*/s/ Monica C. Barrett*

Monica C. Barrett
Member

11871915.1 1/13/2021

Attorneys At Law | A Professional Limited Liability Company