# GIORDANO, HALLERAN & CIESLA, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WWW.GHCLAW.COM

**MICHAEL J. CANNING, ESQ.**
SHAREHOLDER
CERTIFIED CIVIL TRIAL ATTORNEY
MCANNING@GHCLAW.COM
DIRECT DIAL: (732) 219-5482

*Please Reply To:*
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701
(732) 741-3900
FAX: (732) 224-6599

January 15, 2021

Client/Matter No. 22826/1

<u>*Via eCourts*</u>
Honorable John Michael Vazquez
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O and Courthouse
2 Federal Square, Room 417
Newark, New Jersey  07102

   Re: <u>Daniel D'Ambly v. Christian Exoo a/k/a Antifash Gordon, *et als.*</u>
      Civil Action No. 2:20-cv-12880-JMV-JAD

Dear Judge Vazquez:

  This office represents Defendant, Cohen, Weiss and Simon LLP ("*CWS*").  We have received the Court's Text Order administratively terminating the pending motions to dismiss due to the filing of the motion to amend the Complaint filed by Plaintiff.  Plaintiff's motion to amend the Complaint does not relate to CWS and the proposed Amended Complaint asserts no new causes of action against CWS and adds no new facts relating to the claim against CWS.  The proposed additional Plaintiffs do not assert any causes of action against CWS.  The sole cause of action in the proposed Amended Complaint against CWS remains Count XIII, which is unchanged from the original Complaint.

  The proposed Amended Complaint does not in any way impact the legal and factual arguments which have already been fully briefed and submitted to the Court.  We respectfully

GIORDANO, HALLERAN & CIESLA
A Professional Corporation
ATTORNEYS-AT-LAW

Honorable John Michael Vazquez
January 15, 2021
Page 2

request that the motion to dismiss filed by CWS remain on the Court's docket for decision.  We thank Your Honor for your consideration of this request.

                                        Respectfully yours,

MJC/cmt                                    MICHAEL J. CANNING

cc:    Patrick Trainor, Esq. *(via eCourts)*
        Lauren James-Weir, Esq. *(via eCourts)*
        Richard Scharlat, Esq. *(via eCourts)*
        Christopher Marlborough, Esq. *(via eCourts)*

Docs #4850195-v1