UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>   Plaintiff,<br><br> vs.<br><br>CHRISTIAN EXOO a/k/a@ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS, AND SIMON, LLP,<br><br>   Defendants. | CIVIL ACTION NO.: 2:20-cv-12880<br><br>(ELECTRONICALLY FILED)<br><br><br>CERTIFICATION OF SERVICE |

  I hereby certify that on January 25, 2021, I caused to be filed and served on all parties through the United States District Court, District of New Jersey's ECF system, a true and a correct copy of Plaintiff's Opposition letter to Defendants Tribune Publishing Company, Inc., and New York Daily News' letter seeking leave to file a Motion for Summary Judgment dismissing Counts I and IV of the Complaint, D'Ambly's responsive statement of material facts, and a disputed statement of material facts.

  I hereby certify under penalty of perjury that the foregoing is true and correct.

                    /s/ Patrick Trainor
Date:  January 24, 2021      Patrick Trainor, Esq.
                     LAW OFFICE OF PATRICK TRAINOR
                     848 Paterson Avenue
                     East Rutherford, New Jersey 07073
                     P: (201) 777-3327
                     F: (201) 896-7815
                     pt@ptesq.com
                     *Attorney for Plaintiff Daniel D'Ambly*