UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP,<br><br>    *Defendant*. | Civil Action No. 2:20-cv-12880-JMV-JAD |

CERTIFICATION OF RICHARD I. SCHARLAT, ESQ. IN SUPPORT
OF APPLICATION FOR *PRO HAC VICE* ADMISSION

Richard I. Scharlat, hereby certifies as follows:

1.    I am a partner with the law firm of McDermott Will & Emery LLP, counsel for the Tribune Publishing Company and New York Daily News ("Defendants") in this matter. I submit this Certification in support of Defendants' application for an Order admitting Joseph K. Mulherin, Esq. and Brian Mead, Esq. as counsel *pro hac vice*. I am personally familiar with the facts set forth herein and I am authorized to make this Certification on behalf of Defendants.

2.    I am a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

3.    On January 15, 2021 and January 20, 2021, counsel for all parties who have entered appearances in this matter informed me by electronic mail that they consent to the admission *pro hac vice* of Joseph K. Mulherin, Esq. and Brian Mead, Esq. in this matter.

4.    I hereby agree to accept service on behalf of Defendants in this matter and,

together with Joseph K. Mulherin, Esq. and Brian Mead, Esq., to review and sign all pleadings or other papers to be filed with this Court.

5.  I hereby agree to be responsible for the conduct of Joseph K. Mulherin, Esq. and Brian Mead, Esq. upon their admission *pro hac vice* and to ensure they comply with the Local Civil Rules of the Court, including, but not limited to, Local Rule 101.1(c)

6.  I hereby agree to make all appearances in this matter as required by the Court.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: January 25, 2021.

/s/ *Richard I. Scharlat*
Richard I. Scharlat

McDERMOTT WILL & EMERY
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5421
rscharlat@mwe.com
*Attorney for Defendants, Tribune Publishing Company and the New York Daily News*