UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP,<br><br>    *Defendant*. | Civil Action No. 2:20-cv-12880-JMV-JAD |

CERTIFICATION OF BRIAN MEAD, ESQ. IN SUPPORT OF
APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Brian Mead, Esq., hereby certify as follows:

1.    I am a partner with the law firm of McDermott Will & Emery LLP, counsel to Defendants Tribune Publishing Company and New York Daily News ("Defendants") in the above-captioned matter currently pending in the United States District Court for the District of New Jersey. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of Defendants' application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2.    I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar in which I have been admitted to practice.

3. No disciplinary proceedings are pending against me in any jurisdiction. I understand my continuing obligation to advise the Court of any disciplinary proceedings that may be instituted against me.

4. I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5. The issues raised in this litigation involve areas with which I have experience in the law.

6. Pursuant to the rules of this Court, all pleadings submitted on behalf of defendants in this litigation will be signed by Richard I. Scharlat, Esq.

7. I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| Court/Jurisdiction | Year of Admission | Court Office and Address |
| --- | --- | --- |
| U.S. Court of Appeals for the First Circuit | February 13, 2019 | Maria R. Hamilton, Clerk of Court John Joseph Moakley U.S. Courthouse 1 Courthouse Way Boston, MA 02210 |
| U.S. Court of Appeals for the Second Circuit | January 29, 2020 | Catherine O'Hagan, Clerk of Court Thurgood Marshall U.S. Courthouse 40 Foley Square New York, NY 10007 |
| U.S. Court of Appeals for the Seventh Circuit | December 6, 2018 | Office of the Clerk Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street Room 2722 Chicago, IL 60604 |
| Illinois Supreme Court | November 6, 2014 | Clerk of the Supreme Court Supreme Court Building 200 East Capitol Springfield, IL 62701 |
| U.S. Court for the Central District of Illinois | May 8, 2020 | Clerks Office, 305 U.S. Courthouse, 100 N.E. Monroe Street, Peoria, IL 61602 |

| U.S. Court for the Northern District of Illinois | January 20, 2015 | Thomas G. Bruton, Clerk of Court U.S. District Court for the Northern District of Illinois, Eastern Division Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 |
|---|---|---|
| U.S. Court for the Southern District of Illinois | November 2016 | Margaret M. Robertie, Clerk of Court 301 West Main Street Benton, IL 62812 |
| U.S. Court for the Western District of Wisconsin | July 11, 2016 | Peter Oppeneer, Clerk of Court United States District Court 120 N. Henry St., Rm. 320 Madison, WI 53703 |

8. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of this Court.

9. I agree to abide by Local Civil Rule 101.1(c).

10. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

11. Pursuant to Local Civil Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

12. I further agree, pursuant to Local Rule 101.1(c)(2), to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

13. For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Defendants in the matter.

   I certify under penalty of perjury that the foregoing is true and correct.

Executed:  January 20, 2021.

                    _____
                    Brian Mead, Esq.

                    McDERMOTT WILL & EMERY LLP
                    444 West Lake Street
                    Chicago, Illinois 60606
                    Telephone: 312-984-6908
                    Facsimile:  312-277-2959
                    bmead@mwe.com