UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>       *Plaintiff*,<br><br>  v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP,<br><br>       *Defendant*. | Civil Action No. 2:20-cv-12880-JMV-JAD |

CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION

THIS MATTER having been brought before the Court by way of application by Tribune Publishing Company and the New York Daily News ("Defendants"), seeking an Order granting *pro hac vice* admission to Joseph K. Mulherin, Esq. and Brian Mead, Esq. of the law firm of McDermott Will & Emery LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Richard I. Scharlat, Esq., Joseph K. Mulherin, Esq. and Brian Mead, Esq.; and it appearing that the other parties consent to this application; and for good cause shown;

IT IS on this  26th  day of  January  , 2021, HEREBY

ORDERED that Joseph K. Mulherin, Esq. and Brian Mead, Esq. be permitted to appear *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c)(1), United States District Court for the District of New Jersey; and it is further;

ORDERED that, all pleadings, briefs and other papers filed with the Court shall be signed by Richard I. Scharlat. Richard I. Scharlat shall be held responsible for said papers and for the

conduct of the case and will be held responsible for the conduct of the attorney admitted hereby; and it is further;

  ORDERED that Joseph K. Mulherin, Esq. and Brian Mead, Esq. are to make payment of $150.00 on admission payable to the Clerk, United States District Court; and it is further;

  ORDERED that, pursuant to Local Civil Rule 101.1(c)(2), Joseph K. Mulherin, Esq. and Brian Mead, Esq. are to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Local Rule 1:28-2(a); and it is further;

  ORDERED that Joseph K. Mulherin, Esq. and Brian Mead, Esq. shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1 Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1 Discipline of Attorneys; and it is further;

  ORDERED that Joseph K. Mulherin, Esq. and Brian Mead, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7.

IT IS SO ORDERED THIS

__26th____ DAY OF __January_____, 2021

                 /s/ Joseph A. Dickson_____
                 Hon. Joseph A. Dickson, U.S.M.J.

AGREED AND CONSENTED TO BY:

| | |
|---|---|
| Dated:  January 25, 2021 | Dated:  January 15, 2021 |
| */s/ Richard I. Scharlat, Esq.* | */s/ Patrick Trainor* |
| Richard I. Scharlat, Esq. | Patrick Trainor, Esq. |
| McDERMOTT WILL & EMERY<br>340 Madison Avenue<br>New York, New York 10173<br>Tel: (212) 547-5421<br>rscharlat@mwe.com<br>*Attorney for Defendants, Tribune Publishing Company and the New York Daily News* | LAW OFFICE OF PATRICK TRAINOR, LLC<br>848 Paterson Avenue<br>East Rutherford, NJ 07073<br>Telephone: 201-777-3327<br>pt@ptesq.com<br>*Attorneys for Plaintiff, Daniel D'Ambly* |
| DATED: January 20, 2021 | DATED: January 20, 2021 |
| */s/Monica C. Barrett* | */s/Lawrence S. Lusterberg* |
| Monica C. Barrett, Esq. | Lawrence S. Luterberg, Esq.<br>Lauren James-Weir, Esq. |
| BOND SCHOENECK & KING, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, New York 10009<br>Tel: (646) 253-2314<br>mbarrett@bsk.com<br>*Attorney for Defendant, St. Lawrence University* | GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: (973) 596-4731<br>llusterberg@gibbonslaw.com<br>*Attorney for Defendants, Vijaya Gadde and Twitter, Inc.* |
| DATED: January 20, 2021 | DATED: January 20, 2021 |
| */s/Michael J. Canning* | */s/ Christopher Marlborough* |
| Michael J. Canning, Esq. | Christopher Marlborough, Esq. |
| GIORDANO, HALLERAN<br>& CIESLA, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, New Jersey 07701<br>Tel: (732) 741-3900<br>mcanning@ghclaw.com<br>*Attorney for Defendant, Cohen, Weiss and Simon, LLP* | THE MARLBOROUGH LAW FIRM P.C.<br>445 Broad Hollow Road, Suite 400<br>Melville, New York 11747<br>Tel: (212) 991-8960<br>chris@marlboroughlawfirm.com<br>*Attorney for Defendant, Christian Exoo A/K/A Antifash Gordon* |