**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                      **DATE:** 2/4/21
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                      **DOCKET# 20-12880**

D'Ambly v. EXOO, et al.

**APPEARANCES:**

Patrick Trainor, Esq. for Plaintiff
Richard Scharlat, Esq. for Defendants Tribune Publishing Company and New York Daily News
Joseph Mulherin, Esq. for Defendant Tribune Publishing Company and New York Daily News
Christopher Marlborough, Esq. for Defendant Christian Exoo
Lauren James-Weir, Esq for Defendants Vijaya Gadde and Twitter, Inc.
Ari Holtzblatt, Esq. for Defendant Vijaya Gadde and Twitter, Inc.
Richard Torres, Esq. for Defendant EXOO

**Nature of Proceedings**: STATUS TELEPHONE CONFERENCE held on the record

Hearing held on the pending request for leave to file summary judgment motions.
Court denied the request for leave to file summary judgment without prejudice.

**Time Commenced: 3:30**
**Time Adjourned: 4:30**
**Total Time: 1:00**

                                        RoseMarie Olivieri
                                        SENIOR COURTROOM DEPUTY