AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

New Jersey

| | |
|---|---|
| DANIEL D'AMBLY )<br>*Plaintiff* )<br>v. )<br>CHRISTIAN EXOO; et al. )<br>*Defendant* ) | Case No. 2:20-cv-12880-JMV-JAD |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHRISTIAN EXOO                              .

Date:   02/05/2021

Richard Torres
*Attorney's signature*

Richard Torres - Bar Number 296332019
*Printed name and bar number*

63 Tooker Avenue
Springfield, NJ 07081

*Address*

richardtorresdna@gmail.com
*E-mail address*

(347) 742-5362
*Telephone number*

*FAX number*