Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
pt@ptesq.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVEN HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a @ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>*(Filed Electronically)*<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**<u>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

THIS MATTER having been opened to the Court by the Law Office of Patrick Trainor, attorney for Plaintiff(s), seeking leave to file an amended complaint pursuant to Fed. R. Civ. P. 15(a); and the Court having considered the moving papers; and no opposition having been filed; and for good cause shown,

**IT IS**, on this 25th day of March, 2021, ORDERED as follows:

1. Plaintiff's motion to file a First Amended Complaint (ECF 47) is **GRANTED**.

2. Plaintiff shall file the First Amended Complaint consistent with the red-lined version of the proposed First Amended Complaint filed by Plaintiff on the Court docket on January 13, 2021 (ECF 49-1), pursuant to Local Civil Rule 15.1(a)(2).

3. Plaintiff shall file the First Amended Complaint with this Court within three (3) days from the date hereof.

                                                  *s/Jessica S. Allen*
                                          **Honorable Jessica S. Allen, U.S.M.J.**