# THE LAW OFFICE OF PATRICK TRAINOR

848 Paterson Avenue | East Rutherford, New Jersey 07073
Telephone: (201) 777-3327 | eFax: (201) 896-7815 | help@ptesq.com

April 3, 2021

William T. Walsh, Clerk of Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: *D'Ambly v. Exoo, et al, Civil Action No: 2:20-cv-12880-JMV-JSA*
Request for an amended summons to be issued to that reflects the addition of newly added plaintiffs.  To be amended with new plaintiffs:

Daniel D'Ambly; Aaron Wolkind; Steven Hartley; Richard Schwetz; Jobel Barbosa; Matthew Reidinger; John Hugo; Sean-Michael David Scott; Thomas Louden; Zachary Rehl; Amanda Rehl; K.R., a minor, by and through her father Zachary Rehl and her mother Amanda Rehl, Mark Anthony Tucci,
v.
Christian Exoo, et al.

Dear Mr. Walsh,

On March 25, 2021, the Complaint in the above matter was amended to add plaintiffs Aaron Wolkind; Steven Hartley; Richard Schwetz; Jobel Barbosa; Matthew Reidinger; John Hugo; Sean-Michael David Scott; Thomas Louden; Zachary Rehl; Amanda Rehl; K.R., a minor, by and through her father Zachary Rehl and her mother Amanda Rehl, and Mark Anthony Tucci.

Please accept this request for an amended Summons to be issued with a caption that reflects the newly added Plaintiffs.  Enclosed herein is a proposed summons reflecting the additional plaintiffs that will be served on all individual defendants upon your seal.

Kindly advise if the proposed summons is acceptable.  If you have any questions with respect to the enclosed materials, please do not hesitate to contact me.  Thank you for your attention to this matter.

Sincerely,

Patrick Trainor, Esq.