# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVEN HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHRISTIAN EXOO, et al.,<br><br>*Defendants*. | Civil Action No. 2:20-CV-12880 |

**SUMMONS IN A CIVIL ACTION**

To:


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 ofthe Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Patrick Trainor
848 Paterson Avenue
East Rutherford, New Jersey 07073
pt@ptesq.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*


Dated: _____          _____
                                                *Signature of Clerk or Deputy Clerk*