Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4500
Email: llustberg@gibbonslaw.com
Email: ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone: (202) 663-6000
Email: patrick.carome@wilmerhale.com
Email: ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,<br><br>Defendants. | Civil Action No: 2:20-cv-12880-JMV-JSA<br><br>**APPLICATION BY DEFENDANTS VIJAYA GADDE and TWITTER, INC. FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for Vijaya Gadde and Twitter, Inc. ("Defendants"), for an extension of time within which to answer or otherwise respond to the First Amended Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b); and it is represented that:

1. There have been no prior extensions of time to answer or otherwise respond granted to Defendants with respect to the First Amended Complaint;

2. Defendants received a copy of the First Amended Complaint on March 25, 2021. Defendant's responsive pleading is due on or before April 8, 2021; and

3. The time to respond to the First Amended Complaint has not yet expired.

WHEREFORE, Defendants respectfully request that the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and including April 22, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

By: /s/Lauren James-Weir
Lauren James-Weir, Esq.

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone (Direct): 973-596-4861
Email: ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

Dated: April 5, 2021

The above application be and hereby is **GRANTED** and the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and including April 22, 2021, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                            WILLIAM T. WALSH, Clerk of the
                            United States District Court
                            District of New Jersey


                            By:_____
                                    Deputy Clerk


Dated:  April 5, 2021