UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>                       Plaintiff,<br><br>       v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP,<br><br>                       Defendants. | **APPLICATION BY ST. LAWRENCE UNIVERSITY FOR A CLERK'S ORDER EXTENDING THE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Civil Action No.<br>2:20-cv-12880-JMV-JSA |

      Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for defendant St. Lawrence University ("Defendant") for an extension of time within which to answer or otherwise respond to the Frist Amended Complaint, for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b).

      To date, there have been no prior extensions of time to answer or otherwise respond granted to Defendant with respect to the First Amended Complaint.  Defendant received a copy of the First Amended Complaint on March 25, 2021, and Defendant's response to the First Amended Complaint is therefore due on or before April 8, 2021. As such, the time to respond to the Complaint has not expired.

      WHEREFORE, Defendant respectfully requests that the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days through April 22, 2021, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

12367698.1 4/6/2021

Dated:  April 6, 2021

BOND, SCHOENECK & KING, PLLC

By:  /s/ Monica C. Barret
      Monica C. Barrett, Esq.
Office and P.O. Address
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Suite 200125 Half Mile Road
Red Bank, NJ 07701
Tel: (646) 253-2314
Fax: (646) 253-2383
Email: mbarrett@bsk.com

*Attorneys for defendant St. Lawrence University*

The above application is hereby **GRANTED** and the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and including April 22, 2021, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                              WILLIAM T. WALSH, Clerk of the
                              United States District Court
                              District of New Jersey

                              By: _____
                                          Deputy Clerk

Dated: April 6, 2021