Michael J. Canning, Esq. (032541984)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendant, Cohen, Weiss and Simon LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKING; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL; MARK ANTHONY TUCCI<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON, LLP, | Case No. 2:20-cv-12880-JMV-JAD<br><br>Civil Action<br><br>**APPLICATION BY DEFENDANTS COHEN, WEISS AND SIMON LLP FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for Defendants Cohen, Weiss and Simon, LLP, for an extension of time within which to answer or otherwise respond to the First Amended Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b); and it is represented that:

1.  There have been no prior extensions of time to answer or otherwise respond granted to Defendants with respect to the First Amended Complaint;

2.  Defendants received a copy of the First Amended Complaint on March 25, 2021.

3.  Defendant's responsive pleading is due on or before April 8, 2021; and

4.  The time to respond to the First Amended Complaint has not yet expired.

WHEREFORE, Defendants respectfully request that the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and including April 23, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                        GIORDANO HALLERAN & CIESLA, P.C.
                                        Attorneys for Defendant, Cohen, Weiss and Simon LLP

                                                Michael J. Canning /s
                                  By: _____
                                                MICHAEL J. CANNING

Dated:  April 6, 2021

Docs #5001112-v1