UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>                Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,<br><br>                Defendants. | Civil Action No: 2:20-cv-12880-JMV-JSA<br><br>APPLICATION BY DEFENDANT CHRISTIAN EXOO FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b) |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for Defendant Christian Exoo ("Defendant"), for an extension of time within which to answer or otherwise respond to the First Amended Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b); and it is represented that:

1. There have been no prior extensions of time to answer or otherwise respond granted to Defendant with respect to the First Amended Complaint;

2. Defendant received a copy of the First Amended Complaint on March 25, 2021. Defendant's responsive pleading is due on or before April 8, 2021; and

3. The time to respond to the First Amended Complaint has not yet expired.

WHEREFORE, Defendant respectfully requests that the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and including April 22, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

By: /s/ Christopher Marlborough
THE MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: (212) 991-8960
Email: chris@marlboroughlawfirm.com

*Attorneys for Defendant Christian Exoo*

Dated: April 6, 2021