UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP,<br><br>　　　　　　Defendants. | Civil Action No.: 2:20-cv-12880 (JMV/JAD) |

**APPLICATION FOR EXTENSION OF TIME
TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which Defendants Tribune Publishing Company and the New York Daily News ("Defendants") may answer, move, or otherwise reply to the First Amended Complaint filed by Plaintiff herein and it is represented that:

1. There have been no prior extensions of time to answer or otherwise respond granted to Defendants with respect to the First Amended Complaint;

2. Defendants received a copy of the First Amended Complaint on March 25, 2021. Defendant's responsive pleading is due on or before April 8, 2021; and

3. The time to respond to the First Amended Complaint has not yet expired.

WHEREFORE, Defendants respectfully request that the time to answer or otherwise respond to the First Amended Complaint is extended for a period of fourteen (14) days up to and

including April 22, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                Respectfully submitted,

                s/ Richard I. Scharlat
                Richard I. Scharlat, Esq.
                **McDermott, Will & Emery**
                340 Madison Avenue
                New York, New York 10173
                (212) 547-5578
                *Attorneys for Defendants*

## ORDER

The above application is **GRANTED**. Defendants' TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; time to answer, move or otherwise reply to Plaintiff's First Amended Complaint is extended through April 22, 2021.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk