Michael J. Canning, Esq. (MJC3060)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendant, Cohen, Weiss and Simon LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>                                Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP,<br><br>                                Defendants. | Case No. 2:20-cv-12880-JMV-JSA<br><br>Civil Action<br><br>**ORDER DISMISSING COUNT XIII OF PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE** |

**THIS MATTER** having come before the Court on motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c) brought by Defendant, Cohen, Weiss and Simon LLP, through counsel, Giordano, Halleran & Ciesla, P.C. seeking an order dismissing Count XIII of Plaintiff's Amended Complaint in its entirety with prejudice; and the Court having reviewed and considered the papers submitted by counsel, and for good cause shown with due deliberation thereon,

**IT IS ON THIS** _____ day of _____, 2021;

**ORDERED** that Defendant, Cohen, Weiss and Simon LLP's motion to dismiss is hereby granted;

**IT IS FURTHER ORDERED** that Count XIII of Plaintiff, Daniel D'Ambly's Amended Complaint is hereby dismissed with prejudice in its entirety as to Defendant, Cohen, Weiss and Simon LLP; and

**IT IS FURTHER ORDERED** that counsel for Cohen, Weiss and Simon LLP shall forward a true copy of this Order to all counsel of record within __days hereof.

_____
HON. JESSICA S. ALLEN,
U.S. MAGISTRATE COURT JUDGE

Docs #5037162-v1