UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

    Plaintiff,

v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;

    Defendants.

**NOTICE OF MOTION**

Civil Action No.

2:20-cv-12880-JMV-JAD

**PLEASE TAKE NOTICE** that for the reasons set forth in the Declaration of William L. Fox, sworn to October 27, 2020, and the Brief in Support of Defendant St. Lawrence University's (the "University") Motion to Dismiss, the University will move this Court before the Hon. John Michael Vazquez, United States District Court Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101, at 9:00 a.m., on July 6, 2021, or such other date and time as is set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiffs' Amended Complaint as against the University, in its entirety. The University intends to file and serve reply papers. The University requests oral argument.

Dated:  April 22, 2021

BOND, SCHOENECK & KING, PLLC

By: /s/ Monica C. Barrett
    Monica C. Barrett, Esq.
    Adam P. Mastroleo, Esq. (*pro hac vice*)
Office and P.O. Address
600 Third Avenue
22nd Floor
New York, NY 10016

>  Telephone: (646) 253-2300
>  Facsimile: (646) 253-2383
>  Email: mbarrett@bsk.com
>  amastroleo@bsk.com
>
>  *Attorneys for Defendant St. Lawrence University*