UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

                Plaintiff,

v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;

                Defendants.

Civil Action No.

2:20-cv-12880-JMV-JAD

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I caused the foregoing Notice of Motion to Dismiss, Brief in Support of Motion, Declaration of William Fox, and Proposed Order to be electronically filed with the Clerk of the District Court of New Jersey using the CM/ECF system, which sent notice of such filing to the following:

**PATRICK TRAINOR**
Law Office of Patrick Trainor, Esq., LLC
848 Paterson Avenue
East Rutherford, NJ 07073
201-777-3327
Email: pt@ptesq.com

**LAWRENCE S. LUSTBERG**
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4731
Email: llustberg@gibbonslaw.com

**MICHAEL J. CANNING**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road
Suite 300
Red Bank, NJ 07701
732-741-3900
Fax: 732-224-6599
Email: mcanning@ghclaw.com

**RICHARD SCHARLAT**
Mcdermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
212-547-5421
Email: Rscharlat@mwe.com

**CHRISTOPHER MARLBOROUGH**
The Marlborough Law Firm, P.C.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
(212) 991-8960
Email: chris@marlboroughlawfirm.com

                                              */s/ Jessica McIlroy*
                                              Jessica McIlroy

12432515.1 4/22/2021