Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
         ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>               Plaintiffs<br>v. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>Honorable John Michael Vazquez United States District Judge<br><br>**DEFENDANTS TWITTER, INC. AND VIJAYA GADDE'S NOTICE OF MOTION TO DISMISS WITH PREJUDICE COUNTS VIII-XII OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |

| | |
|---|---|
| CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,<br><br>Defendants. | ORAL ARGUMENT REQUESTED<br><br>Motion Date: July 6, 2021 |

To:

| | |
|---|---|
| **PATRICK TRAINOR, ESQ.**<br>Law Office of Patrick Trainor, Esq., LLC<br>848 Paterson Avenue<br>East Rutherford, NJ 07073<br>Telephone:  201-777-3327<br>Email: pt@ptesq.com<br>*Attorney for Plaintiffs* | **MONICA C. BARRETT, ESQ.**<br>Bond Schoeneck & King, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, NY 10009<br>Telephone:  646-253-2314<br>Email: mbarrett@bsk.com<br>*Attorneys for Defendant, St. Lawrence University* |
| **RICHARD SCHARLAT, ESQ.**<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone:  212-547-5421<br>Email: Rscharlat@mwe.com<br>*Attorneys for Tribune Publishing Company and New York Daily News* | **CHRISTOPHER MARLBOROUGH, ESQ.**<br>The Marlborough Law Firm, P.C.<br>445 Broad Hollow Road, Suite 400<br>Melville, NY 11747<br>Telephone: 212-991-8960<br>Email: chris@marlboroughlawfirm.com<br>*Attorneys for Christian Exoo* |
| **MICHAEL J. CANNING, ESQ**.<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Telephone:  (732) 741-3900<br>Email:  mcanning@ghclaw.com<br>*Attorneys for Defendants, Cohen, Weiss and Simon, LLP* | **RICHARD TORRES**, **ESQ**.<br>The Law Office of Richard Torres<br>63 Tooker Avenue<br>Springfield, NJ  07081<br>Telephone:  347-742-5362<br>Email:  richardtorresdna@gmail.com<br>*Attorneys for Christian Exoo* |

|  | **VICTORIA NICOLE MEDLEY**<br>Law Office of Zachary Margulis-Ohnuma<br>260 Madison Avenue – 17th Floor<br>New York, NY  10016<br>Telephone:  212-685-0999<br>Email:  vm@zmolaw.com<br>*Attorneys for Christian Exoo* |
|---|---|

**PLEASE TAKE NOTICE** that on July 6, 2021, or on a date and time to be set by the Court, Defendants Twitter, Inc. and Vijaya Gadde ("Defendants"), by and through their attorneys, Gibbons P.C. (by Lawrence S. Lustberg and Lauren James-Weir) and Wilmer Cutler Pickering Hale and Dorr LLP (by Ari Holtzblatt and Patrick Carome) (*pro hac vice*), shall move before the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for the entry of an Order pursuant to F.R.C.P. 12(b)(6) dismissing with prejudice Counts VIII-XII of Plaintiffs' First Amended Complaint and the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants shall rely upon their Memorandum in Support of Motion to Dismiss with Prejudice Counts VIII-XII of Plaintiffs' First Amended Complaint and Cross-Claims Filed by Co-Defendant Cohen, Weiss, and Simon, LLP, and the Declaration of Ari Holtzblatt, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated:  April 22, 2021         By:   */s/ Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq. (ID#023131983)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com

Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
            ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*