Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
         ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>                  Plaintiffs<br>v. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>Honorable John Michael Vazquez United States District Judge<br><br>**ORDER (PROPOSED) GRANTING DEFENDANTS TWITTER, INC. AND VIJAYA GADDE'S MOTION TO DISMISS WITH PREJUDICE COUNTS VIII-XII OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |

1

| | |
|---|---|
| CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,<br><br>Defendants. | Motion Date:  July 6, 2021 |

**THIS MATTER** having been brought before the Court upon the motion of Gibbons P.C. (by Lawrence S. Lustberg and Lauren James-Weir) and Wilmer Cutler Pickering Hale and Dorr LLP (by Ari Holtzblatt and Patrick Carome) (*pro hac vice*), attorneys for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants"), seeking an Order pursuant to F.R.C.P. 12(b)(6) dismissing with prejudice Counts VIII-XII of Plaintiffs' First Amended Complaint and the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP, and the Court having reviewed and considered Defendants' moving papers and any opposition submitted thereto, and for good cause having been shown;

**IT IS** on this ____ day of _____, 2021;

**ORDERED** that Defendants' Motion is hereby **GRANTED**; and it is further

**ORDERED** that Counts VIII-XII of Plaintiffs' First Amended Complaint be and are hereby dismissed with prejudice as against Defendants Twitter, Inc. and Vijaya Gadde; and it is further

2

**ORDERED** that the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP be and are hereby dismissed with prejudice as against Defendants Twitter, Inc. and Vijaya Gadde; and it is further

**ORDERED** that counsel for Defendants Twitter, Inc. and Vijaya Gadde shall forward a true copy of this Order to all counsel or record within ____ days hereof.

_____
Honorable John Michael Vazquez,
United States District Judge