Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
 ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>          Plaintiffs<br>v. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>**CERTIFICATION OF SERVICE OF DEFENDANTS TWITTER, INC. AND VIJAYA GADDE'S MOTION TO DISMISS WITH PREJUDICE COUNTS VIII-XII OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |

CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,

Defendants.

I, Mary Linda Khoyan, of full age, hereby depose and say:

1. I am a secretary with the law firm of Gibbons P.C., counsel for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants") in the above-captioned matter.

2. I hereby certify that on April 22, 2021, copies of the Defendants Twitter, Inc. and Vijaya Gadde's Notice of Motion to Dismiss with Prejudice Counts VIII-XII of Plaintiffs' First Amended Complaint and Cross-Claims Filed by Co-defendant, Cohen, Weiss And Simon, LLP, supporting Memorandum and Declaration of Ari Holtzblatt, proposed Order, and Certification of Service were filed and served upon all counsel of record by CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

|  |  |
|---|---|
| Dated:   April 22, 2021 | */s/*__Mary Linda Khoyan__<br>Mary Linda Khoyan |