**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP,<br><br>       Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>Oral Argument Requested<br><br>Return Date: July 6, 2021 |

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. Rules 12(b)(2) and 12(b)(6)

THE MARLBOROUGH LAW FIRM, P.C.
Christopher Marlborough, Esq.
445 Broad Hollow Road, Suite
400 Melville, New York 11747
Phone: (212) 991-8960
Fax: (212) 991-8952
E-mail: chris@marlboroughlawfirm.com

Richard Torres, Esq
63 Tooker Avenue
Springfield, New Jersey 07081
Phone: (347) 742-5362
E-mail: richardtorresdna@gmail.com

ZMO LAW PLLC
Victoria Medley
260 Madison Avenue, 17th Floor
New York, New York 10016
Phone: (212) 685-0999
Fax: (212) 991-8952
E-mail: vm@zmolaw.com

*Counsel for Defendant Christian Exoo*

## DECLARATION OF RICHARD TORRES

RICHARD TORRES, an attorney admitted to practice in the State of New Jersey and the United States District Court for the District of New Jersey, hereby affirms under penalty of perjury that:

1.     I am an attorney admitted to practice in this court.  I represent Defendant Christian Exoo in the above referenced action.

2.     I have personal knowledge of the matters stated herein and, if called upon I could and would competently testify thereto.

3.     I submit this declaration regarding the attached exhibits.

4.     Attached as Exhibit A is a true and correct copy of a signed declaration of Defendant Christian Exoo dated April 16, 2021 demonstrating he has no jurisdictional ties to the State of New Jersey.

5.     Attached as Exhibit B-I through B-XI are true and correct copies of the Twitter.com tweets from Defendant Exoo referenced in the Complaint. Exhibit B-I through B-XI are incorporated into the Complaint by reference. See First Amended and Supplemented Complaint at ¶¶ 1-15, 27, 31-37, 39-45, 48, 49, 51, 53, 58, 61, 72, 76-81, 84-87, 90-93, 96-99, 104-106, 108-110, 114-116, 118, 120, 121, 123, 124, 128, 133, 134, 138, 140, 141, 151-153, 157-159, 162-165, 168-170, 173-175, 187, 188, 192-195, 197-206, 211-215, 219-225, 233, 235-237.

B-I -  Exoo-Schwetz Tweets

        B-II - Exoo-D'Ambly Tweets
        B-III - Exoo-Scott Tweets
        B-IV - Exoo-Wolkind Tweets
        B-V - Exoo-Rehl Tweets
        B-VI - Exoo-Hartley Tweets
        B-VII - Exoo- Tucci Tweets
        B-VIII - Exoo-Reidinger Tweets
        B-IX -Exoo-Barbosa Tweets
        B-X - Exoo-Hugo Tweets
        B-XI - Exoo-LoudenTweets

6.     Attached as Exhibit C is a true and correct copy of the 2019 Terrorism

Threat Assessment Report of the New Jersey Office of Home Security and

Preparedness. The government report is publicly available and may be found at the

following internet website:

https://www.njhomelandsecurity.gov/s/ThreatAssessment-Booklet-2019_Final.pdf.

This government report is judicially noticeable pursuant to *Fellner v. Tri-Union*

*Seafoods, L.L.C.,* Civil Action No. 06-CV-0688 (DMC), 2010 U.S. Dist. LEXIS

36195, at *19 n.8 (D.N.J. Apr. 13, 2010) (taking judicial notice of publicly

available governmental reports). See also *In re Wellbutrin SR/Zyban Antitrust*

*Litigation*, 281 F. Supp.2d 751, 754 (E.D.Pa. 2003) (taking judicial notice of FDA

report posted on the official FDA website).

7.     Attached as Exhibit D is a true and correct copy of the 2020 Terrorism

Threat Assessment Report of the New Jersey Office of Home Security and

Preparedness. This government report is publicly available and may be found at the

following internet website: https://www.njhomelandsecurity.gov/s/2020-

Terrorism-Threat-Assessment.pdf. This government report is judicially noticeable

pursuant to *Fellner v. Tri-Union Seafoods, L.L.C.*, Civil Action No. 06-CV-0688

(DMC), 2010 U.S. Dist. LEXIS 36195, at *19 n.8 (D.N.J. Apr. 13, 2010). *See also*

*In re Wellbutrin SR/Zyban Antitrust Litigation*, 281 F. Supp.2d 751, 754 (E.D.Pa.

2003).

8.      Attached as Exhibit E is a true and correct copy of the indictment

against Plaintiff Zachary Rehl from *U.S. v. Zachary Rehl*, 1:21-cr-00175 (D.D.C.

March 10, 2021).  Official documents in a federal court proceeding are judicially

noticeable under F.R.E. 201.

9.      Attached as Exhibit F-I and F-II are true and correct copies of social

media linked by Exoo Tweets from Exhibit B-III.  Exhibit F-I contains tweets by

Twitter User WANaziWatch.  Exhibit F-II is an article by Puget Sound Anarchists,

*Community Alert: Neo-Nazi Proud Boy Sean-David Michael Scott Exposed*,

September 16, 2019 available at https://pugetsoundanarchists.org/community-alert-

neo-nazi-proud-boy-sean-michael-david-scott-exposed/ (last accessed 4/21/21).

*See* First Amended and Supplemented Complaint at ¶¶ 12, 128.

10.      Attached as Exhibit G-I and G-II are true and correct copies of the

information and complaint affidavit from the matter of *U.S. v. Mark Sahady*, 1:21-

mj-00108 (D.D.C. January 18, 2021).  Official documents in a federal court

proceeding are judicially noticeable under F.R.E. 201.

11.     Annexed as Exhibit H is the United Stated District Court for the District of New Jersey. [Model] RICO Case Order, Exhibit O to the District Court's Local Rules.

12.     Annexed as Exhibit I is a [PROPOSED] Order granting the instant motion.

I declare under penalty of perjury under the laws of the District of New Jersey and the laws of State of New Jersey that the facts set forth above are true and correct.

Executed this 22nd day of April 2021, at Springfield, New Jersey.

_____

Richard Torres