IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>      Plaintiffs,<br>  vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP,<br><br>      Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>DECLARATION OF CHRISTIAN EXOO |

I, Christian Exoo declare as follows:

    1.    I am over the age of 18 and make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts stated herein.

    2.    This Declaration is made in support of my motion to dismiss concerning the jurisdictional issues raised in the motion.

3. I live, work and conduct online research from the State of New York. My online research concerns individuals and groups located throughout the United States.

4. I do not conduct business in the State of New Jersey.

5. I do not own property in the state of New Jersey.

6. I do not pay taxes in the State of New Jersey.

7. I do not maintain any bank accounts in the State of New Jersey.

8. I do not visit the State of New Jersey with any regularity.

9. Other than the claims of Plaintiff D'Ambly, none of the Plaintiffs' claims in this case concern any activities relating to the State of New Jersey.

10. Other than Plaintiff D'Ambly, none of the Plaintiffs claim to live or work in New Jersey.

11. Other than Plaintiff D'Ambly, none of the Plaintiffs claim that I posted any information about them relating to the State of New Jersey.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 16 day of April 2021, in Canton, New York.

By: *Christian Exoo*
Christian Exoo