# Exhibit B-II

# Exoo-D'Ambly Tweets

Incorporated by reference in FASC at ¶¶ 1, 44, 45, 48, 49, 51, 53, 58, 59, 61, 72, 158, 162-165, 188, 215

 **AntiFash Gordon**
@AntiFashGordon

· · ·

THREAD: Left is Titus D'Andrea, leader of the New Jersey European Heritage Association, a white supremacist group.

No one knows his real identity.

Right is Dan D'Ambly, a newspaper printer at the @NYDailyNews in Jersey City.

You see where this is going?

Let's do this.





11:49 AM · Oct 29, 2018 · Twitter Web Client

**194** Retweets   **65** Quote Tweets   **270** Likes



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

Replying to @AntiFashGordon

2.) As of 2016, Dan was also the chairman of the Referendum Board for the Amalgamated Lithographers Local One.

You can contact them here to let them know that Dan runs a white nationalist group: litho.org/?q=contact

> The following unopposed candidates were elected to office pursuant to Article XIII, Section 21, of the Constitution and Laws of the GCC/IBT.
>
> **PRESIDENT–** Patrick LoPresti
> **EXECUTIVE VICE PRESIDENT–** Gene Kreis
>
> **LOCAL ONE COUNCIL BOARD**
> Pre-Press– Edward Aronsky/Allen Bennett
> **Tender–** Martin Phillip
> **Inside Sentinel–** Larry Vaccaro
>
> **LOCAL ONE TRUSTEES**
> Ralph Broccoli      Joseph Pallota, Jr.      Kirk Colacci
>
> **REFERENDUM BOARD MEMBERS**
> Daniel D'Ambly, Chairman
> Christopher Sclafani, Secretary
> Brian Gonzalez
> James Santangelo
> Angelo Rispoli
> Arnold Aronsky
> Ricardo Festini

 1           24          ♡ 68          ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018   · · ·

3.) Dan's organization, the New Jersey European Heritage Association, is a full-on "14 words" Nazi organization:

"We must secure the existence of our people and a future for white children."

---

**NEW JERSEY EUROPEAN HERITAGE ASSOCIATION**                                    HOME

The steps that we are taking help establish a means of communication with our people, bypassing the controlled news and entertainment media, enabling them to wake up and break their paralysis. Once that is achieved, swift and immediate action can be taken against the people who are destroying our race and civilization.

Our creed can be summed up by fourteen simple words; we must secure the existence of our people and a future for White children.

---

💬 1                    🔁 14                    ♡ 65                    ↑



 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018          ・・・

5.) They've also been flyering, recruiting more to their hateful cause and spreading fear in our communities:



NJ European Heritage Association flyer posted near FitzRandolph Gate
A poster referring to "The White Race" as "Earth's Most Endangered
Species," followed by contact information for a white supremacist ...
 dailyprincetonian.com

💬 1             ⟲ 9             ♡ 37             ⬆



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018   •••

6.) And again in August:



Racist Stickers Spotted In Princeton: Report
Stickers supporting the New Jersey European Heritage Association were
seen in downtown Princeton, Planet Princeton reports.
🔗 patch.com

💬 1            ⟲ 6            ♡ 36            ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018    ...

7.) And in October, too:



White Supremacist Stickers Reappear In Princeton
Stickers promoting the New Jersey European Heritage Association had
previously been reported in Princeton in August.
🔗 patch.com

 1          ↻ 5          ♡ 36          ⬆



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

8.) And until now, no one knew who was behind it.

It's Daniel D'Ambly, of Dayton, New Jersey, a newspaper printer for @NYDailyNews in Jersey City.

💬 1          🔁 13          ♡ 60          ⬆️



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018                ...

9.) And Dan and his friends Scott and Luther even attended the Unite the Right 2 rally in Washington, D.C.. Left to right, that's Dan, Scott, and Luther in the button-ups and khakis: bbc.com/news/world-us-...



# Unite the Right: White nationalists outnumbered at Washington rally

🕐 13 August 2018            f  💬  🐦  ✉  ◁ Share

💬 3              ↻ 12              ♡ 41              ⬆



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

10.) They even taped themselves going there: youtube.com/watch?v=Rc_So3...

💬 2          ⟲ 4          ♡ 35          ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018 · · ·
12.) Dan's also a Holocaust denier, and asserts that "Jews weren't the victims, but the culprits" in one of his fliers.

CW: LOADS of antisemitism in that image





**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

13.) The New Jersey European Heritage Association even has a YouTube account, "The Jersey Goyz 14."



The Jersey Goyz 14
256 subscribers

SUBSCRIBE

💬 1          ⟲ 7          ♡ 37          ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018          ···

14.) The logo they use for their YouTube channel is the state of New Jersey superimposed over a Sonnenrad, a symbol used in Nazi occultism:
en.wikipedia.org/wiki/Black_Sun...



💬 1          🔁 8          ♡ 39          ⬆️



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018  · · ·

16.) Here's Dan and Luther with Patrick Little, an antisemitic activist who advocates for Jews to raised as livestock and tortured: youtube.com/watch?v=8WQyh3...

CW: EXTREME antisemitism



NJEHA.com Patrick Little J Walking

507 views

👍 47    👎 2    ➤ SHARE    ≡+ SAVE    · · ·

The Jersey Goyz 14                                        SUBSCRIBE 256

💬 2          ⇄ 11          ♡ 36          ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018                    •••

17.) By the way, fuck that cop for protecting them, too. He's part of the problem.

Dan D'Ambly and Patrick Little were spreading *exactly* the kind of antisemitic rhetoric that motivated the massacre in Pittsburgh on Saturday.

💬 3                    ⟲ 5                    ♡ 61                    ⬆



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

18.) I need your help, everyone.

Here's what you can do for me-- let @NYDailyNews know that one of their printers in Jersey City, Daniel D'Ambly, is the leader of a hate group. Get him fired.

Hate has no place in our communities.

💬 2          🔁 30          ♡ 71          ⬆



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018                    ···

19.) Stay on top of this, too. If you don't hear back from @NYDailyNews, keep tweeting at them.

Call their printing facilities in Jersey City at (201) 946-6000 to warn them about Daniel D'Ambly, leader of the New Jersey European Heritage Association.



 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018   •••

20.) We can beat back the hate in our communities, folks, but it's going to take all of us working together.

And Dan, if you're reading this:

You don't get to spread antisemitic bullshit in our streets.

Hate has consequences, you fucking jabroni.



</thread>

💬 2          🔁 8          ♡ 84          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018     •••

P.S. Some people have reported the @NYDailyNews number I posted above drops the call when you press 0 for an operator.

This numbers works just fine. Call them: 212-210-2100

💬 3          ⟲ 9          ♡ 41          ⬆

 **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018                          · · ·

P.P.S. One of my awesome Twitter friends-- who may or may not want to be tagged here, lol-- just gave me a direct line to the print shop: 201-356-6923

Give them a call and tell them to fire white nationalist Dan D'Ambly.

💬 4                    ⟲ 18                    ♡ 55                    ⬆️



**AntiFash Gordon** @AntiFashGordon · Oct 29, 2018

Hey, @Teamsters can you haul this white supremacist's ass to the garbage?

Hate has no place in our unions.

💬 1          ⭤ 1          ♡ 19          ⬆

 **AntiFash Gordon**
@AntiFashGordon                                              ...

Jersey friends— if you can, show up and shut down the
New Jersey European Heritage Association on Saturday.

And please say hi to their leader, Dan D'Ambly for me.
❤️ 🖤 

 boris rorer @BorisRorer · Jan 10, 2019
A NeoNazi hate group showing up in Princeton Saturday to spew their racist
antisemitic messages. We're asking everyone to show up and "shut it down" with
nonviolent counterprotest
@CentralNJDSA @_GreatUnwashed @ShowUpAmerica @occupytheory
@AshAgony
facebook.com/events/2185021...



5:02 PM · Jan 10, 2019 · Twitter for iPhone

**21** Retweets   **1** Quote Tweet   **43** Likes



**AntiFash Gordon**
@AntiFashGordon

1/ NEW JERSEY: A white supremacist group called the New Jersey European Heritage Association is having a noon rally tomorrow at Palmer Square in Princeton.

Several DSA chapters are coordinating a counterprotes here: facebook.com/events/2185021...

10:14 AM · Jan 11, 2019 · Twitter Web Client

**68** Retweets   **1** Quote Tweet   **97** Likes

**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019

Replying to @AntiFashGordon

2/ What is the New Jersey European Heritage Association?

They're a group of white supremacists and antisemites led by "Titus D'Andrea," real name Dan D'Ambly of Dayton, NJ.

♡ 1          ⇄ 6          ♡ 23



**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019    •••
3/ Back in October, I exposed Dan here:

> **AntiFash Gordon** @AntiFashGordon · Oct 29, 2018
> THREAD: Left is Titus D'Andrea, leader of the New Jersey European Heritage Association, a white supremacist group.
>
> No one knows his real identity.
>
> Right is Dan D'Ambly, a newspaper printer at the @NYDailyNews in Jersey City.
>
> You see where this is going?
>
> Let's do this.
>
> ❤️🖤🤏
> Show this thread

○ 1          ⇄ 4          ♡ 22          ⬆️



**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019

4/ At the time, Dan was working for the @NYDailyNews as a newspaper printer in Jersey City.

I still haven't heard any official comment from the Daily News about whether or not they're still employing him.

♡ 1          ⇆ 5          ♡ 24

**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019      · · ·

5/ The counterprotest starts at 11:30 in Palmer Square.

The DSA's goal is to hold the space so that the Nazis can't have their rally.

💬 1          ↻ 6          ♡ 32          ↑



**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019 · · ·

6/ If you can, show up and show these pricks that we don't tolerate hate in our streets.

If you can't make it, feel free to contact the @NYDailyNews and ask if white supremacist leader Dan D'Ambly is still working for their press in Jersey City.

💬 1          🔁 8          ♡ 29          ⬆️



**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019

7/ Remember that the police won't protect us here.

It's up to us to show Nazis that they can't organize a genocide in our streets.

¡No pasarán!
❤️🖤🙂

💬 5          🔁 5          ♡ 36          ⬆️



**AntiFash Gordon** @AntiFashGordon · Jan 11, 2019 · · ·

8/ UPDATE: @LivRizz reports that Black Lives Matter has applied for a permit to counterprotest:

Counter-protesters will rally during white supremacist march in Princet...
Princeton is preparing for a white supremacist rally and simultaneous counter protest.
🔗 nj.com

💬 2          ⟲ 6          ♡ 28          ⬆







**European Heritage Association**
@EuropeanAssoc

· · ·

You've been punk'd

> There isn't going to be a "march" this Saturday, there never was.
>
> The NJEHA would like to formally thank the DSA, NIOT Princeton, Jewish supremacist news outlets, and the many other communist snowflakes who are making us a household name. Thanks to them, our organization has received an unprecedented amount of publicity, media coverage, and website traffic. Hundreds of people across the state are eagerly awaiting to join our ranks.
>
> This exercise demonstrates that the so-called "tolerant" phony privileged limousine liberals of Princeton have no respect for freedom of speech. They don't think IT'S OKAY TO BE WHITE.
>
> We are a peaceful law-abiding group. We respect and honor law enforcement. We wish to thank the men and women of The Princeton Police Department for their professionalism and adherence to the First Amendment and equal protection for all.

2:20 PM · Jan 11, 2019 · Twitter Web App

**3** Retweets    **11** Quote Tweets    **12** Likes







 **AntiFash Gordon**
@AntiFashGordon                                                    •••

1/ UPDATE: Dan D'Ambly of Dayton, NJ, aka "Titus
D'Andrea" of the neo-Nazi New Jersey European
Heritage Association, confirms on a podcast last week
that he has been fired and is currently destitute after
being doxxed in October.

Hate has consequences, motherfucker.
❤️ 🖤 ✊



0:17   7.5K views

3:57 PM · Feb 22, 2019 · Twitter Web Client

**67** Retweets   **17** Quote Tweets   **297** Likes

https://twitter.com/AntiFashGordon/status/1099050519346233344 [Transcribed from D'Ambly audio
interview: *Ultimately the employer capitulated to communist terrorists who were financed by Jewish
money and they fired me from my job.*]



 **AntiFash Gordon** @AntiFashGordon · Feb 22, 2019   ···

3/ In January 2019, he was caught flyering for a flash rally in Princeton, New Jersey.

After that, there was a community outcry, and counterprotests were mobilized.



💬 1          🔁 5          ♡ 37          ⬆️



**AntiFash Gordon** @AntiFashGordon · Feb 22, 2019

4/ Dan got so scared that he tried to play it off like he was only kidding about having a rally, despite trying to flyer at night, when no one would see him.

💬 1          ⟲ 4          ♡ 38          ⬆



