# Exhibit B-III

# Exoo-Scott Tweets

Incorporated by Reference in FASC at ¶¶ 12, 128






