# Exhibit IV

# Exoo-Wolkind Tweets

Incorporated by reference in FASC ¶¶ at 5, 96, 97, 98, 99

 **AntiFash Gordon**
@AntiFashGordon

···

THREAD: Aaron Wolkind is the Sergeant-at-Arms of the Philly Proud Boys.

He was part of the group that threatened Gwen Synder, a researcher covering the far-right, late Saturday, calling her "that fat bitch" and warning her to stop.

He works for @AerzenUSA in Coatesville, PA.



9:44 AM · Jul 3, 2019 · Twitter Web Client

**173** Retweets   **15** Quote Tweets   **232** Likes

 **AntiFash Gordon** @AntiFashGordon · Jul 3, 2019                    ...
3/ For context, the Proud Boys are designated as a hate group by the
@splcenter.

For more on that, see here.



Proud Boys
Subscribe to the Sounds Like Hate podcast to learn more about hate
groups like the Proud Boys.   Established in the midst of the 2016 ...
🔗 splcenter.org

 3          ⇆ 14          ♡ 49          ⬆

 **AntiFash Gordon** @AntiFashGordon · Jul 3, 2019

4/ And they've been involved in a string of violent attacks.

Recently, leaked chats showed the Proud Boys planning a violent rally in Providence, posting pictures of protesters they planned to target, and they knives they planned to use to assault them.



EXCLUSIVE: Leaked Proud Boys Chats Show Members Plotting Violence...
The extremist gang claims it's just a pro-Trump "drinking club." But chat logs leaked to HuffPost reveal they plan weaponry and tactics months ...
🔗 huffpost.com



💬 1          🔁 13          ♡ 46          ⬆️

 **AntiFash Gordon**
@AntiFashGordon

· · ·

Replying to @AntiFashGordon

5/ In the last week, the Proud Boys have begun targeting children's events called Drag Queen Storytime, hosted at public libraries across North America.

 This Week in Fascism #16: Neo-Nazis & Proud Boys Join Att...
Hello antifascists! In this week's column we're going to stick to just a few new stories because there is so much going on....
🔗 itsgoingdown.org

9:44 AM · Jul 3, 2019 · Twitter Web Client

**12** Retweets   **39** Likes

 **AntiFash Gordon**
@AntiFashGordon                                              •••

Replying to @AntiFashGordon

6/ And Aaron Wolkind himself is a dangerous person.

He trains in MMA at @Quintellamma and can be seen in a photo below threatening a counterprotester with a can of mace at a rally.



9:44 AM · Jul 3, 2019 · Twitter Web Client

**16** Retweets   **1** Quote Tweet   **41** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

7/ The police won't protect us here.

In fact, the cops routinely protect the far-right at rallies.

As a community, we need to show violent hate groups that we don't tolerate predatory violence in our neighborhoods.

9:44 AM · Jul 3, 2019 · Twitter Web Client

**14** Retweets   **46** Likes

 **AntiFash Gordon** @AntiFashGordon · Jul 3, 2019
9/ We can beat the far-right, but it's going to take all of us working together.

If we don't do this, no one else will.

So pick up the phone.

Who's got this?

We got this.


💬 6          ♺ 15          ♡ 91          ⬆

 **AntiFash Gordon**
@AntiFashGordon

        ···

Philly Proud Boy Aaron Wolkind set up a table to distribute literature and recruit for his hate group at a neighborhood bar on Saturday.

He works as a Technical Support Specialist for Aerzen USA.

You can call Aerzen at 610-380-0244. (Use *67 to block your number.)
 t.co/5YZMSv82CA

> This Tweet is unavailable.

12:33 PM · Nov 18, 2019 · Twitter Web Client

**131** Retweets   **4** Quote Tweets   **271** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 18, 2019                    ···
Replying to @AntiFashGordon
If you'd like to point to a recent incident of hate from the Proud Boys, talk to Aerzen about why they're employing Aaron Wolkind, whose group recently dropped an antisemitic banner targeting an Orthodox community in NYC.

>  **AntiFash Gordon** @AntiFashGordon · Nov 18, 2019
> 1/ After their failed fascist rally on Saturday, the Proud Boys hung three banners along NYC highways.
>
> Let's talk about the dogwhistle antisemitism in this one, which was hung near an Orthodox Jewish community.
>
> It repeats an old conspiracy theory about Jews and pedophiles.
> Show this thread



💬 1          ⟲ 6          ♡ 31          ⬆