Exhibit B-VI

Exoo-Hartley Tweets

Incorporated by reference in FASC at ¶¶ 6, 104, 105









**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

3) And not only has Steve been a Proud Boy since they were founded, he's got deep connections with neo-Nazi members of the group.

This is him with Salvatore Cipolla.



♡ 3     ↻ 10     ♡ 59     ↑













**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

5) And Sal just keeps going.

This is the kind of person Steve Hartley associates with in the Proud Boys.

And @Amexpediting is giving Steve access to people's home addresses.

THE OVENGERS
Salvatore Holiday
May 31 ·
The heros we need
Like
Comment
Share
6
Write a comment...
People You May Know
See All
[redacted]

**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

6) Here's Steve with the other Proud Boys at an August meetup.

Note that they're using the "okay" symbol used as an in-joke by white nationalists.





AntiFash Gordon @AntiFashGordon · Nov 29, 2018

7) You can call @Amexpediting at (484) 540-8180 to tell them that one of their employees, Steve Hartley, is the President of the Philadelphia Proud Boys, a violent hate group.

💬 1   🔁 13   ♡ 67



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

8) Nationwide, the Proud Boys are a threat.

They showed up in Providence on 10/6 to attack protesters.

And in NYC on 10/12, the nine Proud Boys beat three protesters.

Harrisburg PA Proud Boy Max Hare is facing felony charges for that now.



Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and their associates.'
🔗 gothamist.com

💬 2    🔁 10    ♡ 58    ⬆️







Exhibit B-VI - Exoo-Hartley Tweets Page | 16







**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

13) So contact @Amexpediting and tell them that their employee, Steve Hartley, is a member of the Proud Boys, a violent hate group.

And that he poses for photos in Proud Boy shirts while giving the "okay" sign, a symbol associated with white nationalism.

💬 5  🔁 7  ♡ 42  ⤴

