# Exhibit B-VII

# Exoo-Tucci Tweets

Incorporated by reference in FASC at ¶¶ 7, 108, 109, 110

 **AntiFash Gordon**
@AntiFashGordon

···

SHARE THIS: Comrades, @EyesOfGritty just caught a 12-hour shadowban for posting a Proud Boy's employment info.

This is Proud Boy Mark Anthony Tucci. He works at Aldo's Pizzarama in Philly.

Call them at 215-698-8110 and ask why they are employing a proud member of a hate group.

 **permanentlymarked**



       

16 likes

permanentlymarked #usa #proudboys

AUGUST 11

← **Photo**

 **permanentlymarked**
Aldo's Pizzarama



     

7 likes

permanentlymarked #doughboi

JANUARY 10





AntiFash Gordon @AntiFashGordon · Dec 10, 2018

Replying to @AntiFashGordon

And for the rest of @EyesOfGritty's thread, see here. ❤️🖤🙂
twitter.com/EyesOfGritty/s...

This Tweet is unavailable.

💬 3          ⟲ 14          ♡ 28          ⬆️

This Tweet was deleted by the Tweet author. Learn more



gort @Gortnyc · Dec 10, 2018

called em they said that hes not employed there anymore

2        13

AntiFash Gordon
@AntiFashGordon

Replying to @Gortnyc @NYCAntifa and @EyesOfGritty

Thanks for calling! As soon as I see a public statement from them, I'll update the thread.

In the meantime, it's very likely they're just hoping this blows over, so keep calling, folks! ❤️🖤✊

7:07 PM · Dec 10, 2018 · Twitter for iPhone

**16** Likes

**PinskyZinsk** @PinskyZinsk · Dec 10, 2018
Replying to @AntiFashGordon @Gortnyc and 2 others
He is not going to make a public statement, I just spoke to him on the phone. The guy has not worked there for a couple weeks and we are destroying the owner's business. He is an immigrant and would not of hired him if he knew this was the kind of person he was.

💬 1          ↻          ♡ 1          ⬆

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018
He's lying to you.

Mark literally went live on Facebook from Aldo's less than four hours before the dox went live.

💬 1          ↻          ♡ 13          ⬆

Show replies

**PinskyZinsk** @PinskyZinsk · Dec 10, 2018

Well he sounded very sincere. Said the guy has always been respectful to him. I said well of course he was, that's common sense. Okay, I feel like I've done my part, carry on.

♡ 1          ↻          ♡          ↑

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

That's great. He still lied to you.

♡ 1          ↻          ♡ 6          ↑

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

You could accept that he's a member of a hate group, or you could, y'know, try reading the fucking thread?

♡ 1          ↻          ♡ 10          ↑

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

Hey, no shame in delivering pizza for a living. Work is work.

But there's *loads* of shame in being a fascist, which is why we're getting him fired. ❤️🖤😆

♡ 3          ↻ 1          ♡ 20          ↑

**AntiFash Gordon** @AntiFashGordon · Dec 11, 2018

Yeah, they were lying about it last night, too, saying he hadn't worked there in a month.

But he live-streamed himself making pizzas there yesterday morning, just hours before the dox went live.

Keep calling, folks.

Let them know that supporting hate has consequences.

♡          ↻          ♡ 1          ↑