# Exhibit B-IX

# Exoo – Barbosa Tweets

Incorporated by reference in FASC at ¶¶ 9, 123





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019
Replying to @AntiFashGordon
2/ Jobel also showed up at the Philadelphia Pride parade with other Proud Boys in an attempt to intimidate LGBTQIA attendees.

10   102   262





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019
Replying to @AntiFashGordon

4/ Fascist paramilitaries have always used claims of pedophilia to justify their attacks on LGBTQIA people.

As Human Rights Watch documented, anti-gay gangs in Russia commonly used this claim to lure queer activists into meeting and then attack them.



License to Harm
License to Harm Violence and Harassment against LGBT People and Activists in Russia Summary
🔗 hrw.org

💬 2         🔁 77         ♡ 275         ⬆









**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019
Replying to @AntiFashGordon
8/ The police won't protect us.

As we saw this weekend, cops are more concerned with spreading false narratives about "concrete milkshakes" than keeping their community free of violence and intimidation.

💬 4          ↻ 85          ♡ 398          ⬆





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019

10/ @JagLandRoverWG is owned by the @PiazzaAutoGroup.

If you want to call their corporate headquarters to tell them that their employee Jobel Barbosa is a member of the Proud Boys, a violent hate group that has been threatening researchers, that number is (610) 399-5330.

💬 11    🔁 121    ♡ 344    ⬆️

