# Exhibit B-X

# Exoo-Hugo Tweets

Incorportate by reference in FASC at ¶¶ 11, 133





**AntiFash Gordon**
@AntiFashGordon

1/ This is John Hugo, former GOP Congressional candidate and organizer of the Boston Straight Pride Parade, an event with hate group ties.

He works as a dispatcher for Green Cab and Yellow Cab of Somerville, MA.

You can email choran.greencab@yahoo.com to express your concerns.



11:37 AM - Jan 2, 2020 - Twitter Web App

**212** Retweets   **12** Quote Tweets   **363** Likes



**AntiFash Gordon** @AntiFashGordon · Jan 2, 2020    · · ·

Replying to @AntiFashGordon

2/ In the run-up to the Straight Pride Parade, quite a few national media outlets covered the hate group ties of Super Happy Fun America, the sponsoring organization.

Hugo's the President of Super Happy Fun America.

The organizers behind Boston's Straight Pride Parade should concern ...
Some of the organizers are close to neo-Nazis and other white supremacists.
🔗 thinkprogress.org

💬 3          🔁 25          ♡ 90          ⬆



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

3/ The Straight Pride Parade attracted a number of hate groups, including the Proud Boys, the American Guard, and the National Socialist Movement.

At least one Proud Boy, Shaun Hufton, served as security for the Parade's Grand Marshal, Milo Yionnopoulos.



AntiFash Gordon @AntiFashGordon · Sep 19, 2019
11/ This was all reported by @AndyBCampbell in the HuffPo.

Despite knowing this, the Super Happy Fun America organizers still asked Shaun Hufton to be a part of their Security detail at the Straight Pride Parade.

Show this thread



11:37 AM · Jan 2, 2020 · Twitter Web App

**25** Retweets   **77** Likes

 **AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

4/ In leaked Proud Boys chats, Hufton planned to assassinate me at a since-cancelled Resist Marxism rally in Providence, even choosing the caliber of firearm he'd use.



EXCLUSIVE: Leaked Proud Boys Chats Show Members Plotting Violence At Rallies
The extremist gang claims it's just a pro-Trump "drinking club." But chat logs leaked to HuffPost reveal they plan weaponry and tactics months ahead.
🔗 huffingtonpost.ca

11:37 AM · Jan 2, 2020 · Twitter Web App

34 Retweets   90 Likes



**AntiFash Gordon**
@AntiFashGordon

&middot;&middot;&middot;

Replying to @AntiFashGordon

5/ Neo-Nazis Sarah Flynn and Anthony Petrucelli
(National Socialist Movement) ended up carrying a
"Buy T-Shirts Here" sign for the organizers.



11:37 AM - Jan 2, 2020 - Twitter Web App

**15** Retweets   **63** Likes





 **AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

8/ As we saw at the Straight Pride Parade, the cops serve to protect neo-Nazis organizing in our communities.

Peaceful protesters were brutalized and arrested, maced and hit with bicycles.

Who protects us?

We protect us.


11:37 AM · Jan 2, 2020 · Twitter Web App