# Exhibit B-XI

# Exoo-Louden tweets

Incorporated by reference in FASC at ¶¶ 13, 138, 141



**AntiFash Gordon**
@AntiFashGordon

‧‧‧

1/ Meet Thomas J. Louden of Pekasie, PA.

He's a volunteer firefighter and Director of Managed Care at @TJUHospital in Philadelphia.

But as "Fireeagle," he's the head of the Bucks County Civilian Defense Force militia, and spreads violent, racist, and antisemtic conspiracies.





# Civilian defense force in bucks county

By Fireeagle, September 22, 👁 65, ↩ 0 in Topics

• bucks   • cdf

**Fireeagle** ➕ 304
📅 Posted September 22

If you live in or are near Bucks County, there is a newly formed CDF unit.  Go to civiliandefenseforce.org for more information and instructions on how to join.  The bucks county unit is #0011.  Pm me if you have any questions.

❤ 1



**Connect**   🔒 Message   More...

Thomas J. Louden
Director of Managed Care at Jefferson Health
Greater Philadelphia · 500+ connections · Contact info

Thomas Jefferson University Hospitals
Saint Joseph's University

 **Fireeagle** ⊕ 304
Posted September 8

Winter patriot, excellent summary. Not sure how many of the militia units will pass that smell test.  Their hearts are in the right place but they need to realize right now that antifa and blm are being trained and funded.  Those marching in the streets are what they call cannon fodder. Those behind the scenes are who really need to be stopped.

 Quote

11:20 AM · Nov 2, 2020 · Twitter Web App

**565** Retweets    **146** Quote Tweets    **1,199** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020          · · ·
Replying to @AntiFashGordon
2/ He's also the Battalion Chief of the @SellersvilleFd and the Deputy
Emergency Management Coordinator of Hilltown Township, Pennsylvania.

You can email them at info@hilltown.org.

---

## Volunteer Experience

 **Battalion Chief and Vice President**
Sellersville Fire Department
Jun 2006 – Present · 14 yrs 6 mos

20+ years as a fire response officer/chief officer responsible for all fire suppression, Hazmat,
Rescue and other emergency responses for a 27 square mile suburban fire department. As
Vice President also responsible for administrative operations of the department supplementing
the duties of the Department President and responsible for all grant writing and administration,
recruitment and retention efforts, and public information duties as they arise.

 **Deputy Emergency Management Coordinator**
Hilltown Township
Jan 2006 – Present · 14 yrs 11 mos
Disaster and Humanitarian Relief

Respond to and coordinate recovery efforts for all natural and man made disasters in Hilltown
Township. Write and maintain emergency management plan.

 **Deputy Chief and President**
Silverdale Fire Company
Mar 1993 – Mar 2006 · 13 yrs 1 mo

 2           69          ♡ 350          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                          · · ·
Replying to @AntiFashGordon
3/ He's also becoming increasingly radicalized in response to the upcoming election.

On June 30 of this year, he started looking for a militia to join, and hinting that he wants to kill anti-racist protesters.





**Fireeagle**  ⊕ 304
👤 Author of the topic    📅 Posted June 30

I know here in PA, if these clowns want to start bringing their terroristic behavior outside the democrat party run cities and immediately adjacent suburbs, that will start going into areas where there are more guns than people.  And those that are there know how to use those guns. It won't be a video game where they can just hit reset.   These areas are the real freedom heart of America.  The need for these areas to vote is more important now than ever to keep power away from the the extremists and socialists.

I hope the government is doing something behind the scenes or the freedom loving populations will.

Quote        👍 2

💬 3          🔁 55          ♡ 334          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020   •••

4/ By August 28, he was openly calling for the murder of Black Lives Matter activists.

By September, he was talking about "cannon fodder" and "those behind the scenes" who "really need to be stopped," and invoking the antisemitic "Soros" conspiracy theory.

 **Fireeagle**
Fireeagle

📅 Posted August 28

" On 8/28/2020 at 12:56 PM, Sheesh said:

*I can't believe they would actually wear brown shirts.*

They all need to have those brown and black shirts replaced by orange.... or dirt.

 **Fireeagle** ✪ 304
Posted September 8

Winter patriot, excellent summary. Not sure how many of the militia units will pass that smell test.  Their hearts are in the right place but they need to realize right now that antifa and blm are being trained and funded.  Those marching in the streets are what they call cannon fodder. Those behind the scenes are who really need to be stopped.

➕ Quote

💬 1            ⟲ 51            ♡ 293            ⬆



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

5/ And simultaneously, he became the head of a newly formed unit of the Civilian Defense Force, a far-right militia, where he goes by "Commander Fireeagle."

**Civilian defense force in bucks county**

By Fireeagle, September 22, 65, 0 in Topics

bucks    cdf

**Fireeagle**    304
Posted September 22

If you live in or are near Bucks County, there is a newly formed CDF unit.  Go to civiliandefenseforce.org for more information and instructions on how to join.  The bucks county unit is #0011.  Pm me if you have any questions.

1



CIVILIAN DEFENSE FORCE NATIONAL HEADQUARTERS

## Units

Here is our unit map, and the list of existing or provisional units that have been formed or are in the process of forming now. Please look the map over to see if there is a unit currently in your county; if there is not, consider starting one!



(Provisional) CDF Unit #0011

**Bucks County Civilian Defense Force**

Doylestown, PA

Commander Fireeagle

bccdf@protonmail.com

11:20 AM · Nov 2, 2020 · Twitter Web App

**29** Retweets   **1** Quote Tweet   **261** Likes



If that's the case Saiga, please come to PA and be part of my CDF unit.  You can be my top sniper.

◯ 1                     ⟲ 43                     ♡ 269                     ⬆️



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020

7/ This was right around when he stopped using his real name on the militia forum he joined.

Btw, those links are live and resolve to the profile of "Fireeagle."



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                        • • •

8/ In June, he was trying to convince the other members of his militia forum that an armed response was needed to a satirical announcement of an antifa-sponsored flag burning.



♡ 2            ⟲ 33            ♡ 262                    ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                    ···
9/ He's also increasingly active on the Civilian Defense Force forums, where he's adding contacts at an alarming rate.



IN THE FIGHT FOR THE SOUL OF AMERICA, THERE CAN BE NO BYSTANDERS.

**CIVILIAN DEFENSE FORCE**
- National Online Headquarters -

HOME     LOG IN     REGISTER

CIVILIAN DEFENSE FORCE NATIONAL HEADQUARTERS

Fireeagle

 @fireeagle

   ◯ 1              ⇄ 21              ♡ 236              ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020

10/ He's been training to act on his violent fantasies, too.

He claims to be "hitting the range 4 times a week and flying at least 100 rounds each session."

**Fireeagle** ⊕ 304
📅 Posted September 17

So true breaking bad. That's why I'm hitting the range 4 times a week and flying at least 100 rounds each session.
Be prepared. Stay safe.

Quote

👍 3

💬 3      ⟲ 18      ♡ 223      ↑



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020          • • •

11/ And he's well-stocked on guns, too.

He claims to concealed carry a Sig Sauer P320x, and keeps a Beretta 92F at the ready. He also owns an Armalite AR, but doesn't specify which kind. (Pictured is an Armalite AR-10.)



## FOUR GUNS

Fireeagle replied to **LetFreedomRing**'s topic in Primary Arms

Glad to hear you're happy with the Taurus. Almost all reviews I researched were positive and I just bought it for my wife. I cc a sig P 320x and always have my Beretta 92F handy. Also been training her on using our armalite AR. Have quite a few more, but these are our primaries.

🕐 August 14     💬 38 replies      1







💬 4          ⟲ 21          ♡ 215          ↑



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020          •••

12/ So how'd we find his real identity?

On the Civilian Defense Force forums, he notes that he's in Bucks County, PA, and that he's a volunteer firefighter. And the Deputy EMC for his township.

But that still doesn't tell us *which* town he lives in.



🗨 1          ⟲ 27          ♡ 235          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020 ···

13/ A quick Google search of "fireeagle" and "Pennsylvania" brought me to a Corvette stingray forum, where a user with that screen name (who also claimed to be a volunteer firefighter) posted a picture with a house number visible, but no town.



💬 1          🔁 18          ♡ 256          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020   · · ·
14/ On the same forum, a picture of his car won the December 2019 photo contest.

Do you see what I saw?



○ 3          ⇄ 18          ♡ 229          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020    · · ·

15/ Hacker voice: Computer, enhance.

We see a sign for a cross street. The top sign is illegible, but the bottom reads "VICTORIA LN."



💬 1          ↻ 15          ♡ 231          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                                   •••

16/ So I went to the Bucks County property records site, to see exactly how many Victoria Lanes there were in the district.

Three towns have a Victoria Lane-- Chalfont, Levittown, and Perkasie.

💬 1                   ⟲ 13                   ♡ 212                   ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                    · · ·

17/ A quick look on showed me the Victoria Lanes, so I checked for any intersecting streets that have the same number referenced in the photo from tweet 13 in this thread.

(I can't give it out on Twitter-- that's a violation of Twitter's policies.)

💬 1                    ⟲ 11                    ♡ 217                    ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020    · · ·

18/ I compared the photo he posted with the Google Street View image of the house matching that number.

Huh.

Same garage, outdoor lighting, porch pillars, and bush.



💬 2          ⟲ 12          ♡ 240          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020

19/ So then I checked the property records and saw that it's owned by a Thomas J. Louden of Pekasie, Pennsylvania, and his wife.

💬 2          ⟲ 15          ♡ 229          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                    •••

20/ On his militia forum, "Fireeagle" gives his location as Hilltown Township, PA, just five miles from Perkasie, PA.

(The latitude/longitude is not his home, just the location of the town center.)

## Marker Information

| | |
|---|---|
| **Added by** | Fireeagle |
| **Submitted** | June 26 |
| **Updated** | October 23 |
| **Location** | Hilltown Township, PA, USA |
| **Coordinates** | N 40° 20' 21.847"   W 75° 14' 10.456" |

💬 1          🔁 11          ♡ 195          ⬆



 **AntiFash Gordon** @AntiFashGordon · Nov 2, 2020   •••

22/ On his LinkedIn profile, he kindly lists that he's the Deputy Emergency Management Coordinator for Hilltown Township, PA.



○ 1          ⇄ 14          ♡ 229          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020        ···

23/ Anyway, @TJUHospital, your Director of Managed Care, Thomas Louden, is leading a far-right  militia chapter and spreading rumors about "ANTIFA" who had been "trained by radical Islam" who planned on "killing as many Trump supporters and whites as possible!!"



💬 2          ⟲ 152          ♡ 497          ⬆

30,000 members per state...many trained by radical Islam they plan on killing as many Trump supporters and whites as possible!!

ANTIFA To Desecrate Gettysburg National Cemetery on July 4 - Then MURDER & BURN White Suburbs under cover of "Fireworks"

ANTIFA is planning to desecrate the Gettysburg National Cemetery by burning flags there on July 4; just before they begin MURDERING White people and BURNING DOWN Suburbs the same day. It will start at the desecration of Union Solder graves at Gettysburg, Pa.

According to the  Controlled Unclassified Law Enforcement Bulletin issued as "Law Enforcement Sensitive - For Official Use Only" to Police and Fire Departments about ANTIFA already using fireworks to acclimate suburbia with sounds of explosions, so they can use those to cover for gun fire when they attack white, suburban, neighborhoods the same day.



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020    •••

24/ Maybe I shouldn't be surprised that @TJUHospital has the leader of a far-right militia working as their Director of Managed Care, given that they tried to deport one of their own patients, as @aurabogado reported in June.

> 🟠 **Aura Bogado** ✔ @aurabogado · Jun 23, 2020
>
> On May 11, Claudia got a call. Her uncle was involved in an accident; could she come identify him? Yes, it was him. He sustained brain injury and will not walk again. When asked, Claudia disclosed her uncle is undocumented. Now, @TJUHospital wants to deport him to Guatemala.
>
> Show this thread
>
> 

◯ 4          ⇅ 88          ♡ 380          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020                    •••

25/ So @TJUHospital, think about whether or not you want to have a heavily armed wingnut like Thomas J. Louden, aka "Commander Fireeagle" of the Citizens Defense Force in your offices, as he's recruiting snipers for his militia.

💬 11            ⟲ 77            ♡ 493            ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 2, 2020

26/ UPDATE: They're thinking about it!

> 🔵 **Jefferson Health** ✔ @TJUHospital · Nov 2, 2020
>
> We were recently made aware of a Twitter thread concerning one of our employees and are investigating the matter. Upon review of the facts, we will address the matter consistent with our values, which condemn hate speech and violence of any kind.

💬 7          �17 21          ♡ 353          ⬆





