Exhibit F-I

WANaziWatch-Scott Tweets



**WANaziWatch**
@WANaziWatch

NEW! This article exposes Sean-Michael David Scott as a dangerous anti-Semite. In addition to organizing with the Proud Boys, Sean is a frequent contributer to some of the darkest Nazi chat groups on Telegram.
pugetsoundanarchists.org/community-aler...

10:03 AM · Sep 16, 2019 · Twitter for iPhone

165 Retweets   40 Quote Tweets   258 Likes



**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

You may have seen Sean at right-wing events in Seattle, Tacoma, and/or Portland. Sean was seen at times wearing the skull mask affiliated with the Atomwaffen Division. After one event he sent Atomwaffen propaganda to leftist Twitter accounts.




 Francisco Franco Bahamonde
@caudillopraxis

Read siege



11:39 · 28 Jun 19 · Twitter for iPhone





**WANaziWatch** @WANaziWatch · Sep 16, 2019
Replying to @WANaziWatch
Sean is a 3rd degree Proud Boy. He got matching Proud Boy tattoos with Zachary Thomas Staggs shortly after the August 17th PDX Proud Boy rally.









10:03 AM · Sep 16, 2019 · Twitter for iPhone

10 Retweets   3 Quote Tweets   57 Likes



**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean aka "The Gael" was also discovered in Nazi Telegram chats with the likes of "Vic Mackey" and Paul Nehlen. Sean incessantly posts about jewish people and his hatred of them. Sean is hopeful of a race war - a "boogaloo." Messages from just last night...



**The Gael**
There's a lot of potential allies against (((them))) and the educational awareness is just beginning   7:21 PM



**The Gael**
I can only imagine what the 2020 irl meme war will be like   5:18 PM

2019 is a bubbling boogaloo waiting to happen   5:18 PM



**The Gael**
 **The Noticer / The European Man**
"Donald Trump is a racist and if you su...
Soon..   4:59 PM

10:03 AM · Sep 16, 2019 · Twitter for iPhone

8 Retweets   1 Quote Tweet   50 Likes



**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean frequently posts the names and faces of leftists in Nazi chat rooms. He posts the twitter accounts of Jewish journalists and Seattle activists, hoping that "The Noticer" will build a profile of them for targeted harassment.




10:03 AM · Sep 16, 2019 · Twitter for iPhone

11 Retweets    56 Likes



**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean claimed he is a ghost--that he can't be doxxed. Well, today we invite you to read all about Ballard resident Sean-Michael David Scott. In the next thread we will ask that you take part in an action. ///

> **The Gael**
> Nobody can dox me I'm a fkn ghost
> 5:08 PM
>
> Unless it's a Pb if so cowabunga it is then
> edited 5:09 PM
>
> People who get doxed talk to media or have social media
> 5:10 PM
>
> Or are trying to make a name for themselves
> 5:10 PM

10:03 AM · Sep 16, 2019 · Twitter for iPhone

**19** Retweets   **2** Quote Tweets   **94** Likes

