Exhibit G-1
Sahady Information

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | NO.   21-mj-00108-RMM |
| | : | |
| | : | **VIOLATIONS:** |
| | : | |
| v. | : | **(18 U.S.C. 1752(a)(1)** |
| | : | **(Entering or Remaining in Restricted** |
| **MARK SAHADY,** | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| Defendant. | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

**COUNT TWO**

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a

restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

BY: */s/Jessi Camille Brooks*
JESSI CAMILLE BROOKS
Assistant United States Attorney
CA Bar No. 283055
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7745
Jessica.brooks@usdoj.gov