IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP;<br><br>    Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>**ORDER (PROPOSED) GRANTING DEFENDANT CHRISTIAN EXOO'S MOTION PURSUANT TO F.R.C.P. RULES 12(b)(1), 12(b)(2) AND 12(b)(6) TO DISMISS WITH PREJUDICE COUNTS II, III, IV, V, VI, VIII, IX, X OF PLAINTIFF'S COMPLAINT** |

    THIS MATTER having come before the Court on motion to dismiss pursuant to Federal Rule of Civil Procedure Rules 12(b)(1), 12(b)(2) and 12(b)(6) brought by Defendant Christian Exoo through counsel, the Marlborough Law Firm, P.C., Richard J. Torres Esq. and Law Office of Margulis-Ohnuma seeking an order dismissing Counts II, III, IV, V, VI, VIII, IX, X of Plaintiff's Complaint in

their entirety with prejudice; and the Court having reviewed and considered the papers submitted by counsel, and for good cause shown with due deliberation thereon,

    IT IS ON THIS _____ day of _____, 2021;

    ORDERED that Defendant Christian Exoo's motion to dismiss is hereby granted;

    IT IS FURTHER ORDERED that Counts II, III, IV, V, VI, VIII, IX, X of Plaintiffs' Complaint are hereby dismissed with prejudice in its entirety as to Defendant Christian Exoo; and

    IT IS FURTHER ORDERED that counsel for Defendant Christian Exoo shall forward a true copy of this Order to all counsel of record within \_\_days hereof.

_____
HON. JOHN M. VASQUEZ
U.S. DISTRICT COURT JUDGE