Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email:  patrick.carome@wilmerhale.com
          ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>Plaintiffs | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>Honorable John Michael Vazquez<br>United States District Judge<br><br>**CONSENT ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS AND EXTENDING DEADLINE FOR THOSE** |

| | |
|---|---|
| v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; UNNAMED ASSOCIATES 1-100,<br><br>Defendants. | DEFENDANTS TO FILE REPLIES THERETO |

**THIS MATTER** having been presented to the Court by Defendants Vijaya Gadde and Twitter, Inc., by and through their attorneys, Gibbons P.C. (by Lawrence S. Lustberg and Lauren James-Weir) and Wilmer Cutler Pickering Hale and Dorr LLP (by Ari Holtzblatt and Patrick Carome) *(pro hac vice)*, and having been consented to by all parties, by and through their respective attorneys, and joined by those Defendants who have also filed Motions to Dismiss the First Amended Complaint, specifically, Christian Exoo, St. Lawrence University, and Cohen, Weiss and Simon LLP (collectively, with Defendants Vijaya Gadde and Twitter, Inc., "Filing Defendants"), for the entry of an Order extending the deadline for Plaintiffs to file their opposition to Filing Defendants' Motions to Dismiss the First Amended Complaint and extending the deadline for Filing Defendants to file their replies thereto; and the Court having considered this application; and for good cause shown;

      **IT IS** on this 23rd day of April, 2021, hereby

**ORDERED** that Plaintiffs shall file, on or before May 20, 2021, their opposition to the Filing Defendants' Motions to Dismiss the First Amended Complaint; and it is further

**ORDERED** that the Filing Defendants shall file their replies to Plaintiffs' opposition to the Filing Defendants' Motions to Dismiss the First Amended Complaint on or before June 17, 2021.

                                                                               **Honorable John Michael Vazquez,**
                                                                               **United States District Judge**

**AGREED AND CONSENTED TO BY:**

| | |
|---|---|
| Dated:  April 22, 2021<br>**/s/Patrick Trainor**<br>Patrick Trainor, Esq.<br>LAW OFFICE OF PATRICK TRAINOR, LLC<br>848 Paterson Avenue<br>East Rutherford, NJ 07073<br>Telephone:  201-777-3327<br>Email: pt@ptesq.com<br>***Attorneys for Plaintiffs***<br><br>Dated:  April 22, 2021<br>**/s/Richard Torres**<br>Richard Torres, Esq.<br>The Law Office of Richard Torres<br>63 Tooker Avenue<br>Springfield, NJ  07081<br>Telephone:  347-742-5362<br>Email:  richardtorresdna@gmail.com<br>***Attorneys for Defendant, Christian Exoo*** | Dated:  April 22, 2021<br>**/s/Lauren James-Weir**<br>Lauren James-Weir, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  973-596-4861<br>Email:  ljames-weir@gibbonslaw.com<br>***Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*** |

Dated:  April 22, 2021
**/s/Monica C. Barrett**
Monica C. Barrett, Esq.
BOND SCHOENECK & KING, PLLC
600 THIRD AVENUE 22ND FLOOR
NEW YORK, NY 10009
Telephone:  646-253-2314
Email: mbarrett@bsk.com
*Attorneys for Defendant, St. Lawrence University*

Dated:  April 22, 2021
**/s/Michael J. Canning**
Michael J. Canning, Esq.
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
Telephone:  (732) 741-3900
Email:  mcanning@ghclaw.com
*Attorneys for Defendants, Cohen, Weiss and Simon, LLP*

Dated:  April 22, 2021
**/s/Richard Scharlat**
Richard Scharlat, Esq.
MCDERMOTT WILL & EMERY, LLP
340 MADISON AVENUE
NEW YORK, NY 10173
Telephone:  212-547-5421
Email: Rscharlat@mwe.com
*Attorneys for Defendants, Tribune Publishing Company and New York Daily News*

|  |  |
|--|--|