**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, | CIVIL ACTION NO.:  2:20-cv-12880 |
| Plaintiff, | |
| vs. | *(ELECTRONICALLY FILED)* |
| CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2021, I caused Plaintiff's Brief in Opposition to Defendant

Cohen, Weiss, and Simon, LLP's Motions to Dismiss, and this Certificate of Service to be served

via the Court's CM/ECF system and electronic mail on the following counsel of Record:

Monica C. Barrett, Esq.
BOND, SCHOENECK & KING, PLLC
600 Third Avenue
22nd Floor
New York, New York, 10016
P: (646) 253-2300
mbarrett@bsk.com
*Attorneys for Defendants St. Lawrence University*

Richard Scharlat
MCDERMOTT WILL & EMERY, LLP
340 Madison Avenue
New York, New York 10173
P: (212) 547-5421
rscharlat@mwe.com

Lawrence S. Lustberg
GIBBONS, PC
One Gateway Center
Newark, New Jersey 07102
P: (973) 596-4731
llustberg@gibbonslaw.com

Michael J. Canning
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road
Suite 300
Red Bank, New Jersey 07701
P: (732) 741-3900
mcanning@ghclaw.com

Christopher Marlborough
The Marlborough Law Firm, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
P: (212) 991-8960
chris@marlboroughlawfirm.com

Dated: May 6, 2021

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly*