THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.:  2:20-cv-12880<br><br>(ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021, I caused Plaintiff's Brief in Opposition to Defendants Christian Exoo, Vijaya Gadde, Twitter, Inc., and St. Lawrence University's Motions to Dismiss, and this Certificate of Service to be served via the Court's CM/ECF system and electronic mail on the following counsel of Record:

　　Monica C. Barrett, Esq.
　　BOND, SCHOENECK & KING, PLLC
　　600 Third Avenue
　　22nd Floor
　　New York, New York, 10016
　　P: (646) 253-2300
　　mbarrett@bsk.com
　　*Attorneys for Defendants St. Lawrence University*

　　Richard Scharlat
　　MCDERMOTT WILL & EMERY, LLP
　　340 Madison Avenue

New York, New York 10173
P: (212) 547-5421
rscharlat@mwe.com

Lawrence S. Lustberg
GIBBONS, PC
One Gateway Center
Newark, New Jersey 07102
P: (973) 596-4731
llustberg@gibbonslaw.com

Michael J. Canning
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road
Suite 300
Red Bank, New Jersey 07701
P: (732) 741-3900
mcanning@ghclaw.com

Christopher Marlborough
The Marlborough Law Firm, P.C.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
P: (212) 991-8960
chris@marlboroughlawfirm.com

Dated: May 20, 2021

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
848 Paterson Avenue
East Rutherford, New Jersey 07073
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff Daniel D'Ambly*