AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Daniel D'Ambly; Aaron Wolkind; Steve Hartley; et al. ) | |
| *Plaintiff* ) | |
| v.  ) | Case No. 2:20-cv-12880-JMV-JSA |
| Christian Exoo a/k/a Antifash Gordon; et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Tribune Publishing Company, Inc. and New York Daily News Company .

Date: 06/16/2021

/s/ Lindsay F. Ditlow
*Attorney's signature*

Lindsay F. Ditlow (016452006)
*Printed name and bar number*

McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
*Address*

lditlow@mwe.com
*E-mail address*

(212) 547-5425
*Telephone number*

(212) 547-5444
*FAX number*