UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVEN HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a @ANTIFASH GORDON, *et al.,*<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA |

## NOTICE OF CHANGE OF ADDRESS

Patrick Trainor, Esq., with The Law Office of Patrick Trainor, Esq., LLC, files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> **THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
> 19 Union Avenue
> Suite 201
> Rutherford, New Jersey 07070
> P: (201) 777-3327
> F: (201) 896-7815
> pt@ptesq.com

## Certificate of Service

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, email, U.S. Mail and/or facsimile to:

1. Christopher Marlborough, Esq.
   THE MARLBOROUGH LAW FIRM, P.C.
   445 Broad Hollow Road, Suite 400

    Melville, NY 11747
    Telephone: 212-991-8960
    Email: chris@marlboroughlawfirm.com
    *Attorney for Defendant Christian Exoo*

2. Lauren James-Weir, Esq.
    GIBBONS P.C.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: 973-596-4861
    Email: ljames-weir@gibbonslaw.com
    *Attorney for Defendants Vijaya Gadde and Twitter, Inc.*

3. Monica C. Barrett, Esq.
    BOND, SCHOENECK & KING, PLLC
    600 Third Avenue, 22nd Floor
    New York, NY 10009
    Telephone: 646-253-23014
    Email: mbarrett@bsk.com
    *Attorney for Defendant St. Lawrence University*

4. Richard Scharlat, Esq.
    MCDERMOTT WILL & EMERY, LLP
    340 Madison Avenue
    New York, NY 10173
    Telephone: 212-547-5421
    Email: Rscharlat@mwe.com
    *Attorney for Defendants Tribune Publishing Company and New York Daily News*

5. Michael J. Canning, Esq.
    GIORDANO, HALLERAN & CIESLA, P.C.
    125 Half Mile Road, Suite 300
    Red Bank, NJ 07701-6777
    Telephone: 732-741-3900
    Email: mcanning@ghclaw.com
    *Attorney for Defendants Cohen, Weiss and Simon, LLP*

Dated: October 6, 2021

    PATRICK TRAINOR, Esq.
    *Attorney for Plaintiffs*