UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>- AGAINST -<br><br>CHRISTIAN EXOO ET AL,<br><br>DEFENDANTS. | Motion For Withdrawal of Appearance as Counsel<br><br>20 Civ. 12880 |

PLEASE TAKE NOTICE that, pursuant to New Jersey Disciplinary Rule of Professional Conduct 1.16, I, Victoria N. Medley, an associate with ZMO Law, PLLC, co-counsel for defendant Christian Exoo in the above-captioned action, hereby withdraw as attorney of record. I am starting a new job as a Court Attorney with the Honorable Adam D. Perlmutter in Kings County Criminal Court on September 2, 2021. Co-counsel Christopher Marlborough and Richard Torres will continue to serve as counsel of record for Mr. Exoo in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated:  August 30, 2021
New York, New York

Respectfully submitted,

By:  __s/Victoria Nicole Medley_____
     Victoria Medley
     260 Madison Avenue, 17th Fl.
     New York, NY 10016
     (212) 685-0999

So Ordered.

October 19, 2021

*/s/ Jessica S. Allen*
Hon. Jessica Stein Allen, U.S.M.J.