UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY, et al.,

    *Plaintiffs*,

v.

CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,

    *Defendants*.

Civil Action No. 20-12880

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 1st day of November, 2021,

**ORDERED** that Defendant Cohen, Weiss, and Simon LLP's motion (D.E. 74) is **GRANTED**; and it is further

**ORDERED** that Count XIII of the Amended Complaint and Cohen, Weiss, and Simon LLP as a Defendant are **DISMISSED without prejudice** in this matter; and it is further

**ORDERED** that Plaintiffs are provided leave to file an amended pleading that remedies the identified deficiencies. Plaintiffs' amended pleading must be filed within thirty (30) days of the date of this Order. If Plaintiffs fail to file an appropriate amended pleading within this time, the claim against Cohen, Weiss, and Simon LLP and Cohen, Weiss, and Simon LLP as a Defendant will be **DISMISSED with prejudice**.

John Michael Vazquez, U.S.D.J.