UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al., <br><br> *Defendants*. | Civil Action No. 20-12880 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 1st day of November, 2021,

**ORDERED** that the motions to dismiss from (1) St. Lawrence University, D.E. 75, (2) Vijaya Gadde and Twitter, Inc., D.E. 78, and (3) Christian Exoo, D.E. 79, are **GRANTED**; and it is further

**ORDERED** that Counts II through VI and XIII through XII of the Amended Complaint are **DISMISSED** for failure to state a claim; and it is further

**ORDERED** that except for Plaintiff Daniel D'Ambly, Plaintiffs' claims are **DISMISSED** as to Christian Exoo for lack of personal jurisdiction; and it is further

**ORDERED** that Plaintiffs are provided leave to file an amended pleading that remedies the identified deficiencies. Plaintiffs' amended pleading must be filed within thirty (30) days of the date of this Order. If Plaintiffs fail to file an appropriate amended pleading within this time, the dismissed claims and parties will be **DISMISSED with prejudice**.

John Michael Vazquez, U.S.D.J.