

Lauren James-Weir
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4861
Fax: (973) 639-6253
Ljames-weir@gibbonslaw.com

November 2, 2021

**Electronically Filed**
Honorable John Michael Vazquez, U.S.D.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ  07101

Re: Daniel D'Ambly, et als. v. Vijaya Gadde; Twitter, Inc., et als.
Docket No.: 2:20-CV-12880-JMV-JSA

Dear Judge Vazquez:

This Firm, along with co-counsel WilmerHale, represents Defendants Vijaya Gadde and Twitter, Inc. ("Defendants") in the above-referenced matter. We are in receipt of Your Honor's Order and Opinion issued in this case, dated November 1, 2021. Upon review of the Order, we noticed that it appears to contain a typographical error. Specifically, the Order states, in part, "that Counts II through VI and ***XIII through XII*** of the Amended Complaint are DISMISSED for failure to state a claim." (emphasis added). We believe that the reference made to Count XIII should instead be Count VIII (Count 8), consistent with Your Honor's Opinion. If the Court agrees, we respectfully ask that Your Honor issue an amended Order; for the Court's convenience, we have provided a form of such Order that, if satisfactory to Your Honor, can be signed and filed.

Of course, if the Court has any questions or concerns, or wishes us to raise this issue in some other way, please do not hesitate to call me. Thank you very much for your kind consideration of this matter.

Respectfully submitted,

*/s/Lauren James-Weir*
LAUREN JAMES-WEIR

LJW/mlk

cc: All Counsel of Record