EXHIBIT D
D'Ambly Daily News Termination of Employment Letter



NYDailyNews.com
125 Theodore Conrad Drive, Jersey City, NJ 07305

JAMES R. BRILL
Senior Vice President of Operations

January 22, 2019

**<u>DELIVERED VIA OVERNIGHT MAIL</u>**



Re: **TERMINATION OF EMPLOYMENT**

Dear Mr. D'Ambly:

This will confirm that your employment is terminated as of January 18, 2019.

As you know, on January 11, 2019, you were issued a Last and Final Written Warning after you admitted that you were involved with the New Jersey European Heritage Association ("NJEHA") which has been identified as a white supremacy group. You also admitted that you referred to Jews as "Kikes" during public rallies. As we explained in the Last and Final Written Warning, your conduct and association with the NJEHA is in stark contrast to the values and mission of our newspaper and this Company. You also admitted that, as a result of your association with the NJEHA, you have been targeted by an organization called Antifa, which has been identified as a militant anti-fascist group that targets individuals like you and groups such as the NJEHA for violent retaliation. As we explained in the Last and Final Written Warning, the only reason you were not immediately terminated is that we had not yet learned of any action targeted toward the Daily News plant.

On Monday, January 14, 2019, we learned that two threatening voice-mails had been left on a Company voice-mail box on Friday, January 11, 2019, which caused our company to have serious concern for the safety of our employees. You were notified on that day to stay home from work and the Company felt compelled to hire extra security to protect our employees and to notify the local law enforcement authorities. When we spoke with you on January 16, 2019, and played the voice-mails, you acknowledged that the voice-mails were probably left by Antifa members and/or another terrorist type organization. You also stated that you believe that one of these groups came to your house on Friday, January 11, 2019, at night and slashed your tires as a result of your association with the NJEHA. You further acknowledged that these groups are violent and may target you at work.

When we met with you on Wednesday, January 16, 2019, you attempted to analogize your situation to that of a battered spouse who is targeted at work by their batterer. However, your situation is completely different. You are not an innocent victim. You are being targeted by this group because you made the choice to associate with the NJEHA and to go into the public making anti-Semitic and racist comments. In addition, your choice to take these repulsive actions has now put our workplace and employees at risk of counter attacks by Antifa. This is a violation of Article 34 – No Discrimination and Article 39 – Safety and Health in the New York Lithographers and Photo-Engravers Union Contract. As a result, we deem your actions to be work related and are terminating your employment for cause.

You are not to return to the workplace for any reason and any attempt to do so will be considered trespass and will be dealt with accordingly. To the extent you have any belongings at work, we will send those belongings to you via mail.

Jimmy Brill  *[signature]*

Cc:   Employee File
      Jean Nechvatal, Vice President, Talent Management & Learning
      Pete Cairnie, Union Steward
      Pat LoPresti President, Local One