# Exhibit E
# South Brunswick PD Incident Report I-2019-002817

# INVESTIGATION REPORT

☑ ORIGINAL  ☐ CO-OP    BIAS INCIDENT ☑ YES ☐ NO   DOMESTIC VIOLENCE ☐ YES ☑ NO

| # | Field | Value |
|---|---|---|
| 1 | DEPARTMENT | SOUTH BRUNSWICK POLICE |
| 2 | ORI NO. | NJ0122100 |
| 3 | DEPT. CASE NO. | I-2019-002817 |
| 4 | PROS. CASE NO. | |
| 5 | JUVENILE CASE NO. | |
| 6 | VICTIM NO. | 1 OF 1 |
| 7 | VICTIM / COMPLAINANT NAME | DAMBLY, DANIEL S |
| 8 | PHONE (AREA) | [redacted] |
| 9 | SOCIAL SECURITY # | [redacted] |
| 10 | RESIDENT | ☑ RESIDENT |
| 11 | ADDRESS | [redacted] 2411 |
| 12 | AGE | 61 |
| 13 | DOB | [redacted] |
| 14 | SEX | M |
| 15 | RACE | WHITE |
| 16 | HISPANIC | ☐ YES ☑ NO ☐ UNK |
| 17 | EMPLOYER / SCHOOL | NY DAILY NEWS |
| 18 | EMPLOYER'S ADDRESS | NY DAILY NEWS - 175 THEODORE CONRAD ROAD, JERSEY CITY |
| 19 | BUSINESS PHONE (AREA) | 201-356-6904 |
| 20 | CRIME / INCIDENT | CRIMINAL MISCHIEF |
| 21 | N.J. STATUTE(S) | 2C:17-3 |
| 22 | UCR | |
| 23 | STATUS | ☐ ATT  ☑ COMP |
| 24 | | ☐ AT  ☑ BETWEEN |
| 25 | HOUR | 23:00 |
| 26 | DAY OF WEEK | Friday |
| 27 | DATE | 01/11/2019 |
| 28 | | HARASSMENT |
| 29 | | 2C:33-4 |
| 30 | | |
| 31 | STATUS | ☐ ATT ☑ COMP |
| 32 | NO. OF SUSPECTS | 0 |
| 33 | HOUR | 10:00 |
| 34 | DAY OF WEEK | Saturday |
| 35 | DATE | 01/12/2019 |
| 36 | | BIAS INCIDENT |
| 39 | STATUS | ☐ ATT ☑ COMP |
| 40 | NO PERSONS ARRESTED | 0 |
| 41 | DATE / TIME REPORTED | 01/13/2019 16:38 |
| 42 | HOW RECEIVED | Dispatched |
| 43 | CRIME / INCIDENT LOCATION | 1005 BLOSSOM CIRCLE, DAYTON NJ |
| 44 | MUNICIPAL CODE | 1221 |
| 45 | DIST. / AREA | 4 |
| 46 | BEAT | DAYTON |
| 47 | TYPE OF BIAS INCIDENT | NA |
| 48 | TOTAL HRS MIN TIME SPENT | 20 |
| 49 | CHILDREN WERE | ☐ PRESENT ☑ NA ☐ INVOLVED |
| 50 | PRIOR COURT ORDERS? | ☐ YES ☐ NO ☑ NA |
| 51 | RESIDED TOGETHER | ☐ YES ☐ NO ☑ NA |
| 52 | DOMESTIC RIGHTS SIGNED | ☐ YES ☐ NO ☑ NA |
| 53 | DESCRIPTION OF BIAS INCIDENT | NA |
| 54 | WEATHER CONDITIONS | CLEAR |
| 55 | NUMBER OF UNITS ENTERED | |
| 56 | TECHNICAL SERVICES | ☐ YES ☑ NO ☐ NA |
| 57 | TELETYPE NO. | |
| 58 | CRIMINAL WARRANT/SUM NO. | |
| 59 | MV SUMMONS / WARNING NO. | |

### 60. TYPE OF VICTIM
☑ 1. INDIVIDUAL
☐ 2. FINANCIAL
☐ 3. BUSINESS
☐ 4. GOVERNMENT
☐ 5. RELIGIOUS
☐ 6. GEN. PUBLIC
☐ 7. OTHER

### 61. INJURY TYPE (UP TO 5)
☑ 1. NONE
☐ 2. SEV. LACERATION
☐ 3. BROKEN BONES
☐ 4. LOSS OF TEETH
☐ 5. MINOR INJURY
☐ 6. UNCONSCIOUSNESS
☐ 7. POSS INT INJURY
☐ 8. OTHER MAJOR INJ.

### 62. RELATIONSHIP OF VICTIM TO OFFENDER(S) — VICTIM IS
☑ UNKNOWN / NA
☐ STEP / SON / BABYSITTEE
☐ EX / DAUGHTER / EMPLOYER
☐ GRAND / BROTHER / EMPLOYEE
☐ IN-LAW / SISTER / FRIEND
☐ HUSBAND / BOYFRIEND / NEIGHBOR
☐ WIFE / GIRLFRIEND / AQUAINTANCE
☐ MOTHER / CHILD OF BF/GF / OTHERWISE KNOWN
☐ FATHER / BABYSITTER / STRANGER

### 63. TOOLS USED
☑ 1. UNKNOWN
☐ 2. NOT APPLICABLE
☐ 3. BOLT CUTTER/PLIERS
☐ 4. BRICK / ROCK
☐ 5. HAMMER / AX
☐ 6. GLASS CUTTER
☐ 7. HANGER/SLIP DEVICE
☐ 8. KEY / LOCK PICK
☐ 9. PRY TOOL
☐ 10. OTHER

### 64. TYPE OF WEAPON
☑ 1. UNKNOWN
☐ 2. NOT APPLICABLE
☐ 3. AUTOMATIC
☐ 4. HANDGUN
☐ 5. SHOTGUN
☐ 6. RIFLE
☐ 7. OTHER FIREARM
☐ 8. UNKNOWN FIREARM
☐ 9. KNIFE / CUT INST.
☐ 10. CLUB / BLUNT OBJ
☐ 11. HANDS / FEET
☐ 12. VEHICLE
☐ 13. FIRE/INCEND. DEV.
☐ 14. DRUGS / NARCOTICS
☐ 15. OTHER

### 65. SUSPECT ACTIONS
☐ 1. ALARM DISABLED
☐ 2. ALCOHOL CONSUMED
☐ 3. ALCOHOL ON BREATH
☐ 4. ATE / DRANK ON PREMISES
☐ 5. CASED LOCATION
☐ 6. CASH DEMANDED
☐ 7. COMPUTER EQUIP USED
☐ 8. DEMAND NOTE USED
☐ 9. DRUGS CONSUMED
☐ 10. EXIT PREPARED
☐ 11. GLOVES WORN
☐ 12. KNEW LOC OF HIDDEN PROP
☐ 13. LOOKOUT USED
☐ 14. MASK WORN / FACE HIDDEN
☐ 15. MATCHES USED FOR LIGHT
☐ 16. PRETENDED TO BE
☐ 17. MULT SUSPECTS INDICATED
☐ 18. PHONE DISABLED
☐ 19. PILLOWCASE TAKEN / USED
☐ 20. POWER DISABLED
☐ 21. RANSACKED
☐ 22. SELECTIVE IN LOOT
☐ 23. SMOKED IN PREMISES
☐ 24. UNSCREWED LIGHT BULB
☐ 25. VANDALIZED
☐ 26. VEH DEMANDED OR STOLEN
☐ 27. VEH NEEDED REMOVE PROP
☐ 28. VICT CLOTHES CUT / RIPPED
☐ 29. VICTIMS NAME USED
☐ 30. VICTIMS TOOLS USED
☑ 31. OTHER

### 66. METHOD OF ENTRY
☐ 1. UNKNOWN
☑ 2. NOT APPLICABLE
☐ 3. ALLOWED IN
☐ 4. ATTEMPT ONLY
☐ 5. BODILY FORCE
☐ 6. HID IN BLDG.
☐ 7. KICKED
☐ 8. KNOB TWIST
☐ 9. LOCK BOX
☐ 10. LOCK CUT / BROKEN
☐ 11. LOCK PUNCHED
☐ 12. LOCK SLIPPED
☐ 13. OPEN / UNLOCKED
☐ 14. PRIED
☐ 15. REMOVED
☐ 16. SMASHED
☐ 17. TUNNELED
☐ 18. OTHER FORCED
☐ 19. OTHER NON-FORCED

### 67. POINT OF ENTRY
☐ 1. UNKNOWN
☑ 2. NOT APPLICABLE
☐ 3. FRONT
☐ 4. REAR
☐ 5. SIDE
☐ 6. GROUND LEVEL
☐ 7. UPPER LEVEL
☐ 8. ADJACENT BLDG.
☐ 9. BASEMENT
☐ 10. DOOR
☐ 11. DUCT / VENT
☐ 12. FLOOR
☐ 13. GARAGE
☐ 14. LOUVRE
☐ 15. PET DOOR
☐ 16. ROOF
☐ 17. SLIDING DOOR
☐ 18. WALL
☐ 19. WINDOW
☐ 20. OTHER

### 68. LOCATION OF OFFENSE
☐ 1. AIR / BUS / TRAIN TERMINAL
☐ 2. BANK / S & L
☐ 3. BAR / NIGHT CLUB
☐ 4. CHURCH / SYNAGOGUE
☐ 5. COMMERCIAL / OFFICE BLDG.
☐ 6. COMMON AREA / MULTI UNIT
☐ 7. CONSTRUCTION SITE
☐ 8. CONVENIENCE STORE
☐ 9. DEPART / DISCOUNT STORE
☐ 10. DRUG STORE / DR OFF / HOSP.
☐ 11. FACTORY
☐ 12. FIELD / WOODS
☐ 13. GAS STATION
☐ 14. GOVERNMENT / PUBLIC BLDG.
☐ 15. GROCERY / SUPERMARKET
☐ 16. HIGHWAY / ROAD / ALLEY
☐ 17. HOTEL / MOTEL / ETC
☐ 18. LAKE / WATERWAY
☐ 19. LIQUOR STORE
☐ 20. MALL
☑ 21. PARKING LOT / GARAGE
☐ 22. RESIDENCE / HOME
☐ 23. RESTAURANT
☐ 24. SCHOOL / COLLEGE
☐ 25. SPECIALTY STORE
☐ 26. OTHER / UNK

### 69. TARGET
☐ 1. UNKNOWN
☐ 2. NOT APPLICABLE
☐ 3. ATTIC
☐ 4. BASEMENT
☐ 5. BATHROOM
☐ 6. BEDROOM
☐ 7. CASH REG / DRAWER
☐ 8. COIN OP. MACHINE
☐ 9. CUSTOMER
☐ 10. DINING ROOM
☐ 11. DISPLAY ITEMS
☐ 12. FAMILY ROOM
☐ 13. GARAGE / CARPORT
☐ 14. KITCHEN
☐ 15. LIVING ROOM
☐ 16. OWNER / EMPLOYEES
☐ 17. PEDESTRIAN
☐ 18. SAFE / BOX
☐ 19. STORAGE SHED
☑ 20. VEHICLE
☐ 21. OTHER

### PROPERTY DAMAGE

| # | Field | Value |
|---|---|---|
| 70 | TOTAL VALUE OF PROPERTY | $600 |
| 71 | ORGANIZED GROUP NAME | NA |
| 72 | VEHICLE OWNER'S NAME | DAMBLY, DANIEL S |
| 73 | YEAR | 2006 |
| 74 | MAKE | CHR |
| 75 | MODEL | 300 |
| 76 | BODY TYPE | 4 DR |
| 76 | COLOR | K |
| 78 | REGISTRATION NO. | [redacted] |
| | STATE | NJ |
| 79 | VIN / OTHER IDENTIFYING NO. | [redacted] |

### PARTIES INVOLVED
80. MO / PERSONS — W. WITNESS   R. PERSON REPORTING   S. SUSPECT   A. ARRESTEE
81. CODE  82. NAME  83. ADDRESS  84. CITY  85. STATE  86. PHONE  87. DOB  88. RACE  89. SEX  90. SS#

| | |
|---|---|
| 91. WAS A SUSPECT ARRESTED? | ☐ YES ☑ NO |
| CAN A SUSPECT BE DESCRIBED? | ☐ YES ☑ NO |
| CAN SUSPECTS VEHICLE BE IDENTIFIED? | ☐ YES ☑ NO |
| CAN A SUSPECT BE NAMED? | ☐ YES ☑ NO |
| WAS THERE A KNOWN WITNESS TO THE CRIME? | ☐ YES ☑ NO |
| IS STOLEN PROPERTY TRACEABLE? | ☐ YES ☑ NO |
| CAN A SUSPECT BE LOCATED? | ☐ YES ☑ NO |
| IS THERE A UNIQUE M.O. PRESENT? | ☐ YES ☑ NO |
| WAS PHYSICAL EVIDENCE RECOVERED? | ☐ YES ☑ NO |

| 92. PRINT RANK / OFF. NAME | SIGNATURE | 93. BADGE NO. | 94. PAGE NO. | 95. REPORT DATE | 96. CLR BY ARREST / UNFOUNDED / EXCPTL CLRD | 97. STATUS | 98. REVIEWED BY |
|---|---|---|---|---|---|---|---|
| PATROLMAN RASK, ROBERT | | 503 | 1 OF 2 | 01/13/2019 | | | SERGEANT KUCHMA, MICHAEL |

| | | INVESTIGATION REPORT | BIAS INCIDENT ✓ YES ☐ NO | DOMESTIC VIOLENCE ☐ YES ✓ NO |
|---|---|---|---|---|
| ✓ ORIGINAL ☐ CO-OP | | | | |
| 1. DEPARTMENT SOUTH BRUNSWICK POLICE | 2. ORI NO. NJ0122100 | 3. DEPT. CASE NO. I-2019-002817 | 4. PROS. CASE NO. | 5. JUVENILE CASE NO. |

ROLE: Suspect | NAME: FRIEND, MARTHA H | HOME ADDRESS: [redacted]
HOME PHONE: [redacted] | SEX: F | DOB: [redacted] | AGE: 49 | HEIGHT: 5' 5" | WEIGHT: 121 | DL#: [redacted]
DL EXP: [redacted] | DL STATE: NJ | SS#: [redacted]

ON SUNDAY, JANUARY 13, 2019, I, PTL. RASK, WAS DISPATCHED TO 1005 BLOSSOM CIRCLE FOR A REPORT OF CRIMINAL MISCHIEF.

UPON ARRIVAL, I SPOKE TO THE REPORTING PARTY, DANIEL DAMBLY. DAMBLY STATED THAT THE FRONT TIRES ON HIS VEHICLE (NJ C59FEF) WERE SLASHED SOME TIME DURING THE OVERNIGHT HOURS BETWEEN FRIDAY, JANUARY 11, AND SATURDAY, JANUARY 12. ONE OF THE TIRES WAS FLAT, AND THE OTHER WAS DAMAGED, BUT WAS STILL HOLDING AIR. THERE WAS ALSO DAMAGE TO THE WHEELS, WHICH MAY HAVE BEEN PRE-EXISTING DAMAGE.

DAMBLY STATED THAT HE MAY HAVE BEEN TARGETED BY "ANTIFA" DUE TO HIS AFFILIATION WITH THE "EUROPEAN HERITAGE ASSOCIATION." HE STATED THAT A PRINCETON SCHOOL TEACHER, MARTHA FRIEND, HAD POSTED A PICTURE OF HIS VEHICLE ON TWITTER THIS PAST NOVEMBER. HE ALSO STATED THAT ANOTHER TWITTER USER, KNOWN AS "ANTIFASHGORDON", DOXXED HIM A FEW MONTHS AGO BY RELEASING HIS HOME ADDRESS, EMPLOYMENT DETAILS, PICTURES OF HIS VEHICLE, AND A SATELLITE IMAGE OF HIS HOUSE TO TWITTER. HE BELIEVES THAT THE ACTOR USED THIS INFORMATION TO FIND HIS VEHICLE AND SLASH HIS TIRES TO PREVENT HIM FROM DRIVING TO A SCHEDULED PROTEST IN PRINCETON ON SATURDAY.

HE ALSO STATED THAT HE RECEIVED A TEXT THIS WEEKEND FROM AN UNKNOWN SUBJECT (732-744-4937) ASKING HIM, "SO YOUR THING WENT WELL TODAY? DID YOU GUYS GET THERE OK?" HE BELIEVES THIS SUBJECT MAY HAVE BEEN INVOLVED WITH DAMAGING HIS TIRES.

DAMBLY ESTIMATED THE DAMAGE TO BE APPROXIMATELY $600.

A CANVASS OF THE AREA WAS CONDUCTED. NO NEIGHBORS WITNESSED ANYTHING SUSPICIOUS AND THERE WERE NO CAMERAS IN THE AREA.

EVIDENCE TECHNICIAN GARRISON PHOTOGRAPHED THE VEHICLE AND THE DAMAGE. HE DID NOT RECOVER ANYTHING OF EVIDENTIARY VALUE.

DETECTIVE SHELCUSKY, THE BIAS INCIDENT LIAISON, WAS NOTIFIED BY MYSELF AND SGT. HERMAN. THE BIAS INCIDENT FORM AND INVESTIGATION REPORT WERE FAXED TO MCPO.

I SPOKE TO DET. 1. ED BRITA AT THE CENTRAL SECURITY BUREAU. HE STATED THAT THE MATTER DID NOT APPLY TO HIS BUREAU, BUT HE WILL FORWARD THE INFORMATION TO THE JTTF.

ADDITIONAL PATROLS WERE SET UP IN THE AREA.

MARTHA FRIEND

LITTLEBROOK ELEMENTARY SCHOOL

PRINCETON NJ