Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4500
Email:  llustberg@gibbonslaw.com
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
Email: ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL; MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1-100,<br><br>Defendants. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>**APPLICATION BY DEFENDANTS VIJAYA GADDE and TWITTER, INC. FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the undersigned attorneys for Vijaya Gadde and Twitter, Inc. ("Defendants"), for an extension of time within which to answer or otherwise respond to the Second Amended Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b); and it is represented that:

1. There have been no prior extensions of time to answer or otherwise respond granted to Defendants with respect to the Second Amended Complaint;

2. Defendants received a copy of the Second Amended Complaint on November 30, 2021. Defendants' responsive pleading is due on or before December 14, 2021; and

3. The time to respond to the Second Amended Complaint has not yet expired.

WHEREFORE, Defendants respectfully request that the time to answer or otherwise respond to the Second Amended Complaint is extended for a period of fourteen (14) days up to and including December 28, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

By: /s/Lauren James-Weir
Lauren James-Weir, Esq.

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone (Direct):  973-596-4861
Email:  ljames-weir@gibbonslaw.com
*Attorneys for Defendants, Vijaya Gadde and Twitter, Inc.*

Dated: December 3, 2021

The above application be and hereby is **GRANTED** and Defendants' time to answer or otherwise respond to the Second Amended Complaint is extended for a period of fourteen (14) days up to and including December 28, 2021 pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

WILLIAM T. WALSH, Clerk of the
United States District Court
District of New Jersey

By:_____
        Deputy Clerk

Dated: _____, 2021