Michael J. Canning, Esq. (MJC3060)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendant, Cohen, Weiss and Simon LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP,<br><br>                    Defendants. | Case No. 2:20-cv-12880-JMV-JAD<br><br>Civil Action<br><br>**COHEN, WEISS AND SIMON LLP'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 11(c)**<br><br>MOTION DATE: January 3, 2022 |

**PLEASE TAKE NOTICE** that Giordano, Halleran & Ciesla, P.C., counsel for Defendant, Cohen, Weiss and Simon LLP ("*CWS*"), shall move before the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey on _____, 20___ at 9:00 a.m. or as soon thereafter as counsel may be heard, for the entry of an order imposing sanctions against Plaintiff, Daniel D'Ambly and awarding CWS reasonable attorneys' fees and costs against Plaintiff's counsel pursuant to Fed.R.Civ.P. 11(c).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, CWS shall rely upon the Certification of Michael J. Canning, Esq. and Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if opposition to this motion is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                        **GIORDANO, HALLERAN & CIESLA, P.C.**
                                        Attorneys for Defendant, Cohen, Weiss and Simon LLP

                                        By: _____
                                                Michael J. Canning, Esq.

Dated: December 3, 2021

Docs #5426904-v1