Michael J. Canning, Esq. (MJC3060)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendant, Cohen, Weiss and Simon LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP,<br><br>                Defendants. | Case No. 2:20-cv-12880-JMV-JAD<br><br>Civil Action<br><br>ORDER FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 11 |

**THIS MATTER** having come before the Court by Defendant, Cohen, Weiss and Simon LLP, through counsel, Giordano, Halleran & Ciesla, P.C., seeking an order imposing sanctions against Plaintiff for violation of Fed.R.Civ.P. 11 and awarding CWS reasonable attorneys' fees and costs against Plaintiff's Counsel, Patrick Trainor, Esq., pursuant to Fed.R.Civ.P. 11(c)(5); and the Court having reviewed and considered the papers submitted by counsel, and for good cause shown with due deliberation thereon,

**IT IS ON THIS** _____ day of _____, 20\_\_\_\_;

**ORDERED** that Defendant, Cohen, Weiss and Simon LLP's motion against Plaintiff for violating Fed.R.Civ.P. 11(c) is hereby granted; and

**IT IS FURTHER ORDERED**, that Plaintiff's counsel, Patrick Trainor, Esq., shall pay to Defendant, Cohen, Weiss and Simon LLP its reasonable attorneys' fees and costs incurred in connection with this action, including this motion, in an amount to be determined by the Court; and

**IT IS FURTHER ORDERED**, Defendant, Cohen, Weiss and Simon LLP shall submit to the Court within thirty (30) days of the date hereof an affidavit of services in support of said award of attorneys' fees and costs.

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within ___ days of the date hereof.

_____<br>
HON. JOHN MICHAEL VAZQUEZ,<br>
U.S.D.J.

Docs #4728579-v1