IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>      Plaintiffs,<br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, NICK STRICKLAND, TORCH ANTIFA NETWORK, UNNAMED ASSOCIATES 1-100<br><br>      Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>Hon. John M. Vazquez, U.S.D.J. |

The joint application of Defendants Christian Exoo, New York Daily News, Tribune Publishing Company, St. Lawrence University, Cohen Weiss & Simon, LLP, Twitter, Inc., and Vijaya Gadde is **ORDERED GRANTED** and the time to answer or otherwise respond is extended for a period of [fourteen (14)] / [forty-five (45)] days up to and including [December 28, 2021] / [January 28, 2022] pursuant

to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                        JUDGE JOHN M. VAZQUEZ of the United States District Court for the District of New Jersey

                                        _____

                                                      U.S. DISTRICT JUDGE

Order Dated:         December _____, 2021