UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI<br><br>*Plaintiffs,*<br><br>vs.<br><br>CHRISTINE EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, NICK STRICKLAND, TORCH ANTIFA NETWORK, UNNAMED ASSOCIATES 1-100<br><br>*Defendants.* | Civil Action No.: 2:20-CV-12880-JMV-JSA<br><br>NOTICE TO WITHDRAW AS COUNSEL<br><br>Document Filed Electronically |

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Richard I. Scharlat, Esq., who represented defendants Tribune Publishing Company, LLC and New York Daily News at a prior firm, no longer represents these defendants and his current firm, Fox Rothschild LLP, never represented these defendants.

PLEASE TAKE FURTHER NOTICE that Richard I. Scharlat, Esq.'s appearance as counsel for defendants Tribune Publishing Company, LLC and New York Daily News is hereby

respectfully withdrawn, such withdrawal to have no impact upon any other appearances duly noticed.

                                                  Respectfully submitted,

                                                  FOX ROTHSCHILD LLP

Dated: December 16, 2021        /s/ Richard I. Scharlat
                                                   Richard I. Scharlat
                                                   49 Market Street
                                                   Morristown, New Jersey 07960
                                                   Phone: 973-992-4800
                                                   Fax: 973-992-9125
                                                   Email: rscharlat@foxrothschild.com