# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CHRISTIAN EXOO, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>**NOTICE OF MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO DEFENDANT COHEN, WEISS, AND SIMON, LLP'S RULE 11 MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(B)** |

TO:　CLERK OF THE COURT
　　　Martin Luther King Jr. Federal Building
　　　& U.S. Courthouse
　　　50 Walnut Street
　　　Newark, NJ 07102

　　　Michael Canning
　　　Giordano, Halleran & Ciesla, P.C.
　　　125 Half Mile Road, Suite 300
　　　Red Bank, New Jersey 07701

PLEASE TAKE NOTICE that on January 18, 2022, or as soon as counsel may be heard, the undersigned attorney for Plaintiff Daniel D'Ambly, (hereinafter "Plaintiff") shall apply to the United States District Court for the District of New Jersey pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for an order extending time to answer, move, or otherwise reply to defendant Cohen, Weiss and Simon, LLP's Rule 11 Motion. The Plaintiff will rely on the Declaration of Patrick Trainor, Esq., being filed simultaneously with this notice of motion.

A proposed form of order is attached.

Dated: December 26, 2021
                                      
_____
Patrick Trainor, Esq.
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff*