Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO, et al.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>**STATEMENT THAT NO BRIEF IS NECESSARY IN ACCORDANCE WITH L. CIV. R. 7.1(d)(4)** |

I, Patrick Trainor, Esq., attorney for Plaintiff Daniel D'Ambly, hereby certify that no brief is necessary in support of Plaintiff's motion for an order extending time to answer, as I will rely on the attached declaration.

Dated: December 26, 2021

_____
Patrick Trainor, Esq.
*Attorney for Plaintiff Daniel D'Ambly*