Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO, et al.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>**ORDER** |

This matter having come before the court on a motion of Patrick Trainor, Esq., attorney for Plaintiff Daniel D'Ambly, pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for cause shown;

**IT IS** On this day _____ day of _____ 2022;

**ORDERED** that Plaintiff Daniel D'Ambly is hereby granted leave to answer, move, or otherwise reply to Defendant Cohen, Weiss, and Simon, LLP's Rule 11 Motion for Sanctions within fourteen (14) days from the date of this Order.

_____