# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>L. CIV. R. 7.1.1 THIRD PARTY FUNDING STATEMENT |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Plaintiffs, Daniel D'Ambly, Aaron Wolkind; Steven Hartley; Richard Schwetz; Jobel Barbosa; Matthew Reidinger; John Hugo; Sean-Michael David Scott, Jr.*;* Thomas Louden; Zachary Rehl; Amanda Rehl; K.R., a minor, by and through her father Zachary Rehl and her mother Amanda Rehl (hereinafter collectively referred to as "Plaintiffs") by and through their attorney the Law Office of Patrick Trainor discloses that they are not a publicly held corporation, have no parent corporation, and no publicly held corporation owns 10% or more of its stock.

## L. CIV. R. 7.1.1 THIRD PARTY FUNDING STATEMENT

Pursuant to Local Rule of Civil Procedure 7.1.1 Plaintiffs have not obtained funding for litigation costs and/or expenses from any third-party funder.

Dated: December 30, 2021

_____
Patrick Trainor, Esq.
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*