**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI, <br><br>    Plaintiffs, <br><br>vs. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, NICK STRICKLAND, TORCH ANTIFA NETWORK, UNNAMED ASSOCIATES 1-100, <br><br>    Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD <br><br> Hon. John M. Vazquez, U.S.D.J. <br><br> Oral Argument Requested <br><br> Motion Date: February 22, 2022 |

**PLEASE TAKE NOTICE** that the Marlborough Law Firm, P.C., and Richard Torres, Esq. counsel for Defendant Christian Exoo ("Defendant"), shall move before the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, on February 22, 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard, for the entry of an Order imposing sanctions against Plaintiffs and their counsel and awarding Defendant Exoo's counsel reasonable attorneys' fees and costs against Plaintiffs' counsel pursuant to Fed. R. Civ. P. 11(c), including but not

limited to the fees and costs relating to this motion, and an anticipated motion to strike and anticipated motion to dismiss to the extent the motions relate to the sanctionable conduct.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants shall rely upon the Memorandum of Law and Declaration of Christopher Marlborough submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: December 15, 2021
To Be Filed: January 6, 2022

By: *[signature: Christopher Marlborough]*

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough, Esq.
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Phone: (212) 991-8960
Fax: (212) 991-8952
E-mail: chris@marlboroughlawfirm.com

Richard Torres, Esq.
63 Tooker Avenue
Springfield, New Jersey 07081
Phone: (347) 742-5362
E-mail: richardtorresdna@gmail.com

*Counsel for Defendant Christian Exoo*