Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTIAN EXOO, et al., <br><br> Defendants. | **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA <br><br> **ORDER** |

**THIS MATTER** having come before the court on the motion of Plaintiff Daniel D'Ambly ("Plaintiff") for an extension of time to oppose or otherwise respond to Defendant Cohen, Weiss, and Simon LLP's ("CWS") Rule 11 Motion for Sanctions (ECF No. 110); and the court having considered the papers submitted in support of Plaintiff's motion; and the Court having considered Plaintiff's motion as a request to extend the briefing schedule, pursuant to L. Civ. R. 7.1(d)(2); and there being no opposition filed; and for cause shown;

**IT IS** on this day 7th day of January, 2022;

**ORDERED** that Plaintiff is hereby granted an extension of time to file opposition to Defendant CWS's Rule 11 motion for Sanctions until **January 21, 2022**; and it is further

**ORDERED** that CWS's reply papers, if any, shall be filed by **January 28, 2022**.

s/Jessica S. Allen<br>
<b>Jessica S. Allen</b><br>
<b>United States Magistrate Judge</b>