**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| |
|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI, |
| |
|       Plaintiffs, |
| |
|   vs. |
| |
| CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, UNNAMED ASSOCIATES 1-100, |
| |
|       Defendants. |
| |

CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA

Hon. John M. Vazquez, U.S.D.J.

Oral Argument Requested

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Exoo's Motion To Strike Portions of Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(F), any response(s) thereto, and the record herein, it is on this _____ day of _____, 2022:

ORDERED, that Defendant Exoo's Motion to Strike Portions of Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(F) is GRANTED, and it is further;

ORDERED, that Count VII of Plaintiffs' Second Amended Complaint (ECF No. 103) is hereby STRICKEN; and it is further;

ORDERED, that Nick Strickland and Torch Antifa Network are not defendants in this Action and their names are not to be included in the caption of any further filings in this matter, subject to further Order of this Court.

_____

HONORABLE JUDGE JOHN M. VAZQUEZ
DISTRICT JUDGE FOR THE DISTRICT OF
NEW JERSY