UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>Civil Action No.<br><br>2:20-cv-12880-JMV-JAD<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>Motion Date: February 21, 2022 |

**PLEASE TAKE NOTICE,** that for the reasons set forth in the Declaration of William L. Fox, sworn to October 27, 2020, and the Brief in Support of Defendant St. Lawrence University's (the "University") Motion to Dismiss, the University will move this Court before the Hon. John Michael Vazquez, United States District Court Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101, at 9:00 a.m., on February 21, 2022, or such other date and time as is set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiffs' Amended Complaint as against the University, in its entirety. The University intends to file and serve reply papers. The University requests oral argument.

1

|  |  |
|---|---|
| Dated:  January 14, 2022 | BOND, SCHOENECK & KING, PLLC |
|  | By: /s/ Monica C. Barrett |
|  |     Monica C. Barrett, Esq. |
|  |     Adam P. Mastroleo, Esq. (*pro hac vice*) |
|  | Office and Post Office Address |
|  | 600 Third Avenue, 22nd Floor |
|  | New York, NY 10016 |
|  | Telephone:   (646) 253-2300 |
|  | Facsimile:    (646) 253-2383 |
|  | Email: mbarrett@bsk.com |
|  |       amastroleo@bsk.com |
|  | *Attorneys for Defendant St. Lawrence University* |

2

13597700.1