UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants. | **PROPOSED ORDER GRANTING DEFENDANT ST. LAWRENCE UNIVERSITY'S MOTION TO DISMISS**<br><br>Civil Action No.<br><br>2:20-cv-12880-JMV-JAD<br><br>Hon. John M. Vazquez, U.S.D.J. |

Defendant St. Lawrence University (the "University"), by and through its counsel, Bond, Schoeneck & King, PLLC, having filed a Notice of Motion dated January 14, 2022, seeking an Order dismissing the Plaintiff's Complaint against it pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6),

AND the Court having considered the Declaration of William L. Fox, sworn to on October 27, 2020, and the Brief in support of the University's motion to dismiss, and all papers submitted in opposition to the motion, and after due deliberation, it is hereby

ORDERED that the University's motion is granted in its entirety and the Complaint is dismissed as against the University, with prejudice.

1

13597773.1

IT IS SO ORDERED THIS

_____ DAY OF _____, 2022

_____
Honorable John Michael Vazquez

13597773.1