UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL D'AMBLY

                Plaintiff,

v.

CHRISTIAN EXOO a/k/a ANITFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC., COHEN, WEISS AND SIMON, LLP;

                Defendants.

Civil Action No.
2:20-cv-12880-JMV-JAD

Hon. John M. Vazques, U.S.D.J.

Motion Date: February 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I caused the foregoing Notice of Motion, Declaration of William L. Fox, and Brief, all in Support of Defendant St. Lawrence University's Motion to Dismiss, to be electronically filed with the Clerk of the District Court of New Jersey using the CM/ECF system, which sent notice of such filing to the following:

**PATRICK TRAINOR**
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, NJ 07070
201-777-3327
Email: pt@ptesq.com

**LAUREN JAMES-WEIR, ESQ.**
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4861
Email: ljames-weir@gibbonslaw.com

**MICHAEL J. CANNING**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
732-741-3900
Fax: 732-224-6599
Email: mcanning@ghclaw.com

**RICHARD SCHARLAT**
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
212-547-5421
Email: Rscharlat@mwe.com

**CHRISTOPHER MARLBOROUGH**
The Marlborough Law Firm, P.C.
445 Broad Hollow Road, Suite 400
Melville, NY 11747
(212) 991-8960
Email: chris@marlboroughlawfirm.com

                              /s/ Corinne Barbaro
                              Corinne Barbaro

13601123.1