Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
         ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Twitter, Inc. and Vijaya Gadde*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| DANIEL D'AMBLY, ET AL., Plaintiffs, vs. CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ET AL., Defendants. | Civil Action No:   2:20-cv-12880-JMV-JSA |
|---|---|
| | Honorable John M. Vazquez, United States District Judge |
| | **ORDER (PROPOSED) GRANTING DEFENDANTS TWITTER, INC. AND VIJAYA GADDE'S MOTION TO DISMISS WITH PREJUDICE COUNTS IV, V, AND VII OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |
| | **Motion Date: February 7, 2022** |

1

**THIS MATTER** having been brought before the Court upon the motion of Gibbons P.C. (by Lawrence S. Lustberg, Esq. and Lauren James-Weir, Esq.) and Wilmer Cutler Pickering Hale and Dorr LLP (by Patrick J. Carome, Esq. and Ari Holtzblatt, Esq.) (*pro hac vice*), attorneys for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants"), seeking an Order pursuant to F.R.C.P. 12(b)(6) dismissing with prejudice Counts IV, V, and VII of Plaintiffs' Second Amended Complaint and the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP, and the Court having reviewed and considered Defendants' moving papers and any opposition submitted thereto, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2022;

**ORDERED** that Defendants' Motion is hereby **GRANTED**; and it is further

**ORDERED** that Counts IV, V and VII of Plaintiffs' Second Amended Complaint be and are hereby dismissed with prejudice as against Defendants; and it is further

**ORDERED** that the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP be and are hereby dismissed with prejudice as against Defendants; and it is further

**ORDERED** that counsel for Defendants shall forward a true copy of this Order to all counsel or record within ___ days hereof.

_____
Honorable John Michael Vazquez,
United States District Judge