Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
         ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Twitter, Inc. and Vijaya Gadde*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,<br><br>Defendants. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>**CERTIFICATION OF SERVICE OF DEFENDANTS TWITTER, INC. AND VIJAYA GADDE'S MOTION TO DISMISS WITH PREJUDICE COUNTS IV, V AND VII OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP** |

I, Kerry A. Tolson, of full age, hereby depose and say:

1. I am a secretary with the law firm of Gibbons P.C., counsel for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants") in the above-captioned matter.

2. I hereby certify that on January 14, 2022, copies of the following documents were filed and served upon all counsel of record by CM/ECF:

- Defendants' Notice of Motion to Dismiss with Prejudice Counts IV, V and VII of Plaintiffs' Second Amended Complaint and Cross-Claims Filed by Co-defendant, Cohen, Weiss And Simon, LLP;
- Supporting Memorandum;
- Declaration of Ari Holtzblatt, Esq.,
- Proposed Order, and
- Certification of Service

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

/s/**Kerry A. Tolson**
Kerry A. Tolson

Dated:	January 14, 2022