# Exhibit D-I

# Exoo-Schwetz Tweets

Incorporated by reference in SAC at ¶¶ 8, 118, 120



**AntiFash Gordon**
@AntiFashGordon

1/ Meet Philadelphia Proud Boy Richard Schwetz, aka "PhillyDick" aka "Dick Sweats."

He was at the Proud Boys' "rally" in West Philly on Saturday, threatening to dox protesters.

He works for @InovaPayroll in Reading, PA.

Hey, @InovaPayroll, why do you employ hate group members?





2:58 PM · Sep 21, 2020 · Twitter Web App

**500** Retweets   **108** Quote Tweets   **960** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

2/ Saturday's rally was a complete failure for the Philadelphia Proud Boys.

Only a handful of them showed up, compared with 400-500 protesters.

Richard was *pissed* and took to Twitter to make threats.



Philly Proud Boys Are Western Cowards and they Refused to Show Up For Their …
It's pretty much a joke at this point to say that if you put together…
🔗 idavox.com

2:58 PM · Sep 21, 2020 · Twitter Web App

68 Retweets   2 Quote Tweets   345 Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

3/ On Twitter, Richard Schwetz makes threats to dox journalists and activists, and generally spreads racist propaganda.

Like all Proud Boys, he also hates trans people, using the hashtag "#TrannyLivesDontMatter."





2:58 PM · Sep 21, 2020 · Twitter Web App

47 Retweets   3 Quote Tweets   228 Likes



Case 2:20-cv-12880-JMV-JSA   Document 118-6   Filed 01/14/22   Page 6 of 14 PageID: 3121




**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

5/ On Telegram, he claims to be a 4th Degree Proud Boy, which requires that he attacked someone for the hate group.

**Dick Sweats**
last seen recently

**4th ° from the Best Chapter in the Worlds' Greatest Fraternity #UHURU**
Bio

**@ProudOfThisDick**
Username

**ADD TO CONTACTS**

2:58 PM · Sep 21, 2020 · Twitter Web App

34 Retweets   2 Quote Tweets   189 Likes









**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

8/ If you're a regular follower of mine, you know what's coming next.

We contact @InovaPayroll to get this hate group member fired.

Given their feelings about the death of George Floyd, it seems strange that @InovaPayroll employs a hate group member.

> **Inova Payroll** @InovaPayroll · Jun 3, 2020
> "With a heavy but hopeful heart, I stand with those calling for justice for George Floyd, and for sweeping systemic change, so that every American can live and pursue without fear or hindrance the dream that brought me to this country." A note from our CEO Farsheed Ferdowsi.
>
> Show this thread

2:58 PM · Sep 21, 2020 · Twitter Web App

**68** Retweets   **3** Quote Tweets   **327** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

9/ You can call @InovaPayroll's corporate office at 615-921-0600.

Ask to speak to Human Resources, and tell them about their employee Richard Schwetz, a member of the violent hate group the Proud Boys.



**Locations**

**Corporate Office:**
**Nashville, Tennessee**

615.921.0600
636 Grassmere Park Ste 110
Nashville, TN 37211

2:58 PM · Sep 21, 2020 · Twitter Web App

74 Retweets   4 Quote Tweets   281 Likes

EXHIBIT D-I - Exoo-Schwetz Tweets                                                                                    Page | 10



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

10/ And if any Proud Boys are reading this right now-- this is what happens when you come into our communities to spread your hate.

You come out to Portland on the 26th, you get identified and then we get you fired.

It's as simple as that.

2:58 PM · Sep 21, 2020 · Twitter Web App

47 Retweets   383 Likes

 **AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

11/ We don't run crying to the cops or the courts.

Who protects us?

We protect us.
❤️🖤✊

2:58 PM · Sep 21, 2020 · Twitter Web App

**36** Retweets   **459** Likes



