# Exhibit D-III

# Exoo-Scott Tweets

Incorporated by Reference in SAC at ¶¶ 12, 132, 134, 183





 **AntiFash Gordon** @AntiFashGordon

Replying to @AntiFashGordon

For more on Sean-Michael Scott's history of antisemitism and neo-Nazi ties, see this thread, and the accompanying article.



> **WANaziWatch** @WANaziWatch · Sep 16, 2019
> NEW! This article exposes Sean-Michael David Scott as a dangerous anti-Semite. In addition to organizing with the Proud Boys, Sean is a frequent contributer to some of the darkest Nazi chat groups on Telegram.
> pugetsoundanarchists.org/community-aler...
> Show this thread

10:34 AM · Sep 16, 2019 · Twitter for iPhone

**13** Retweets   **31** Likes