Exhibit D-IV

Exoo-Wolkind Tweets

Incorporated by reference in SAC ¶¶ at 5, 98 – 102, 107 183



**AntiFash Gordon**
@AntiFashGordon

THREAD: Aaron Wolkind is the Sergeant-at-Arms of the Philly Proud Boys.

He was part of the group that threatened Gwen Synder, a researcher covering the far-right, late Saturday, calling her "that fat bitch" and warning her to stop.

He works for @AerzenUSA in Coatesville, PA.



9:44 AM · Jul 3, 2019 · Twitter Web Client

173 Retweets    15 Quote Tweets    232 Likes



**AntiFash Gordon** @AntiFashGordon · Jul 3, 2019

3/ For context, the Proud Boys are designated as a hate group by the @splcenter.

For more on that, see here.



**Proud Boys**
Subscribe to the Sounds Like Hate podcast to learn more about hate groups like the Proud Boys. Established in the midst of the 2016 ...
🔗 splcenter.org

💬 3    14   ♡  49   ↥






**AntiFash Gordon** @AntiFashGordon · Jul 3, 2019

4/ And they've been involved in a string of violent attacks.

Recently, leaked chats showed the Proud Boys planning a violent rally in Providence, posting pictures of protesters they planned to target, and they knives they planned to use to assault them.

**EXCLUSIVE: Leaked Proud Boys Chats Show Members Plotting Violence…**
The extremist gang claims it's just a pro-Trump "drinking club." But chat logs leaked to HuffPost reveal they plan weaponry and tactics months …
🔗 huffpost.com

💬 1    🔁 13    ♥ 46    ↥



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

5/ In the last week, the Proud Boys have begun targeting children's events called Drag Queen Storytime, hosted at public libraries across North America.



This Week in Fascism #16: Neo-Nazis & Proud Boys Join Att...
Hello antifascists! In this week's column we're going to stick to just a few new stories because there is so much going on....
🔗 itsgoingdown.org

9:44 AM · Jul 3, 2019 · Twitter Web Client

12 Retweets   39 Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

6/ And Aaron Wolkind himself is a dangerous person.

He trains in MMA at @Quintellamma and can be seen in a photo below threatening a counterprotester with a can of mace at a rally.



9:44 AM · Jul 3, 2019 · Twitter Web Client

16 Retweets   1 Quote Tweet   41 Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

7/ The police won't protect us here.

In fact, the cops routinely protect the far-right at rallies.

As a community, we need to show violent hate groups that we don't tolerate predatory violence in our neighborhoods.

9:44 AM · Jul 3, 2019 · Twitter Web Client

14 Retweets    46 Likes



**AntiFash Gordon** @AntiFashGordon · Jul 3, 2019

9/ We can beat the far-right, but it's going to take all of us working together.

If we don't do this, no one else will.

So pick up the phone.

Who's got this?

We got this.
❤️🖤✊

💬 6   🔁 15   ♡ 91   ⬆️



**AntiFash Gordon**
@AntiFashGordon

Philly Proud Boy Aaron Wolkind set up a table to distribute literature and recruit for his hate group at a neighborhood bar on Saturday.

He works as a Technical Support Specialist for Aerzen USA.

You can call Aerzen at 610-380-0244. (Use *67 to block your number.)
❤️🖤✊ t.co/5YZMSv82CA

> This Tweet is unavailable.

12:33 PM · Nov 18, 2019 · Twitter Web Client

**131** Retweets   **4** Quote Tweets   **271** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 18, 2019
Replying to @AntiFashGordon
If you'd like to point to a recent incident of hate from the Proud Boys, talk to Aerzen about why they're employing Aaron Wolkind, whose group recently dropped an antisemitic banner targeting an Orthodox community in NYC.

>  **AntiFash Gordon** @AntiFashGordon · Nov 18, 2019
> 1/ After their failed fascist rally on Saturday, the Proud Boys hung three banners along NYC highways.
>
> Let's talk about the dogwhistle antisemitism in this one, which was hung near an Orthodox Jewish community.
>
> It repeats an old conspiracy theory about Jews and pedophiles.
> Show this thread
>
> 

💬 1    🔁 6    ♡ 31    ↥



