# Exhibit D-VI

# Exoo-Hartley Tweets

Incorporated by reference in SAC at ¶¶ 6, 108-111



AntiFash Gordon
@AntiFashGordon

THREAD: This is Steve Hartley, President of the Philadelphia Proud Boys, an @splcenter-designated hate group.

He's Logistics Manager for @Amexpediting, a same-day courier service.

@Amexpediting, do you really want to give a hate group member access to people's home addresses?






Philadelphia Chapter President

City
Philadelphia, PA

2:14 PM · Nov 29, 2018 · Twitter Web Client

**113** Retweets **15** Quote Tweets **235** Likes


AntiFash Gordon @AntiFashGordon · Nov 29, 2018
Replying to @AntiFashGordon
2) Steve's a longtime member of the group, too.
This is him posting about the group on Reddit in 2016.
Posted by u/fortheloveofrothbard 2 years ago
11
Proud Boy locations
[removed]
47 Comments
Share
Save
This thread is archived
New comments cannot be posted and votes cannot be cast
SORT BY BEST
steve_hartley 6 points · 2 years ago
Philadelphia, Pa.
Share Report Save
JuiceTerryLawson 3 points · 2 years ago
2 for Philly Uhuru
Share Report Save
1
3
52



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

3) And not only has Steve been a Proud Boy since they were founded, he's got deep connections with neo-Nazi members of the group.

This is him with Salvatore Cipolla.




3 10 59



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

4) And who is Sal Cipolla?

He's a neo-Nazi who openly posts literal antisemitic Nazi propaganda on Facebook.




DER EWIGE JUDE
EIN DOKUMENTARFILM ÜBER DAS WELTJUDENTUM
Salvatore Holiday
January 1
Like
Comment
Share
Write a comment...
People You May Know
See All
You believe they lied to you about:
911..........................and they did
WMDs.....................and they did
Vaccines...................and they did
JFK's Assassination....and they did
Gulf of Tonkin..........and they did
but you believe everything they told you about
Adolf Hitler........was the absolute Truth
now tell me again.....who is delusional?
t.sixx
Salvatore Holiday
March 28
HDNW
Like
Comment
Share
5
Shwanie Figner Yes>No
Like · Reply · 12w
Jesse Henderson So what did they lie about hitler? Not being contrary..honest question
Like · Reply · 12w
Jäger Von Kaiser Hitler dindu nuffin
Like · Reply · 12w
2
14
60



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

5) And Sal just keeps going.

This is the kind of person Steve Hartley associates with in the Proud Boys.

And @Amexpediting is giving Steve access to people's home addresses.




AT&T Wi-Fi
12:34
100%
Sal Cipolla updated his cover photo.
3 hrs ·
HAIL VICTORY, BROTHER
HH
Like
Comment
Share
Matt Smaller and 23 others
Luke Strazzulla
The new 88
1
2h Like Reply
Aaron Ward
https://youtu.be/eCGoA-dZBzo
1
Hulk Hogan Theme - I Am
Write a comment...
GIF


Sal Cipolla
11 mins ·
JEWS ROCK!
1
Like
Comment
Share


AT&T Wi-Fi
19%
Sal Cipolla
2 hrs ·
Professional educators are the lowest form of human. Even below (((them)))
Like
Comment
Share
11
David-George Oldham
Awww bro, that's the nicest thing you've said to ((([[[me]]]))) all year.
2h Like Reply
2
Joey Alt Teixeira
Most educators are (((them)))
2h Like Reply
1
David Ganzberg
Even worse: (((they))) are
Write a comment...
GIF
1
1
6
48



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018 ···

6) Here's Steve with the other Proud Boys at an August meetup.

Note that they're using the "okay" symbol used as an in-joke by white nationalists.


1
8
46


AntiFash Gordon @AntiFashGordon · Nov 29, 2018

7) You can call @Amexpediting at (484) 540-8180 to tell them that one of their employees, Steve Hartley, is the President of the Philadelphia Proud Boys, a violent hate group.

1 13 67



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018 ···

8) Nationwide, the Proud Boys are a threat.

They showed up in Providence on 10/6 to attack protesters.

And in NYC on 10/12, the nine Proud Boys beat three protesters.

Harrisburg PA Proud Boy Max Hare is facing felony charges for that now.




Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and their associates.'
gothamist.com

  10  58



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018 ···

9) And yet, @Amexpediting is okay with giving not just a member, but a chapter President, Steve Hartley, people's home addresses as part of his work duties.

Call them and tell them that's not okay with you: (484) 540-8180





**Steve Hartley**
Member since November 2018

Philadelphia Chapter President

**City**
Philadelphia, PA



**Steve S Hartley** ···
American Expediting Company
Works at American Expediting Company
Lives in Philadelphia, Pennsylvania


AntiFash Gordon @AntiFashGordon · Nov 29, 2018
10) The police won't protect us here, folks.
We need to step up and protect our own communities.
We need to show these people that hate has consequences.
And you can do that with the direct action of getting them fired.
1
6
50


AntiFash Gordon @AntiFashGordon · Nov 29, 2018
11) Getting fascists fired works.
The people of Philadelphia stood up two weeks ago to say "NO" to hate and get Proud Boy Andrew Kovalic fired.
xfinit
Comcast Fires Employee Targeted Over Reported Ties to Hate Group
Andrew Kovalic, an alleged member of the Proud Boys, was the subject of a petition by the Philadelphia-based Media Mobilizing Project.
phillymag.com
1
7
57



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

13) So contact @Amexpediting and tell them that their employee, Steve Hartley, is a member of the Proud Boys, a violent hate group.

And that he poses for photos in Proud Boy shirts while giving the "okay" sign, a symbol associated with white nationalism.

5 7 42


AntiFash Gordon @AntiFashGordon · Nov 29, 2018
14) We can do this, folks, but it takes all of us.
We have to be willing to stand up and fight to protect our communities.
This is all of our work, and it's not easy, but we can do it.
All of us together?
We got this.
2
1
47



**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018
THREAD: Folks-- go follow @GrittyIsWatchin.

I've been working with some great people in Philadelphia, and they just set up an account specifically for keeping track of PA-area fascists.

In fact, you're already familiar with some of their work. Let's recap.
twitter.com/EyesOfGritty/s...

This Tweet is from a suspended account. Learn more

2 27 52

**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018
2/ Remember when we got Harrisburg PA Proud Boy Andrew Kovalic fired from Comcast?

That was work I did with @GrittyIsWatchin.

If you liked that, you're going to love what they've got coming out in the next month.

phillymag.com
Comcast Fires Employee Targeted Over Reported Ties to Hate Group
Andrew Kovalic, an alleged member of the Proud Boys, was the subject of a petition by the Philadelphia-based Media Mobilizing Project.

1 1 13



AntiFash Gordon
@AntiFashGordon

3/ Remember last week, when we exposed Philadelphia Proud Boys President Steve Hartley and got him fired in under an hour?

Again, that was my team-up with @GrittyIsWatchin.

AntiFash Gordon @AntiFashGordon · Nov 29, 2018
THREAD: This is Steve Hartley, President of the Philadelphia Proud Boys, an @splcenter-designated hate group.

He's Logistics Manager for @Amexpediting, a same-day courier service.

@Amexpediting, do you really want to give a hate group member access to people's home addresses?
Show this thread



9:46 AM · Dec 6, 2018 · Twitter Web Client

1 Retweet 11 Likes



**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

Replying to @AntiFashGordon

4/ Exposing Harrisburg PA Proud Boy Matt Reidinger?

Yup.

That was me and @GrittyIsWatchin.

> **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018
>
> THREAD: This is Harrisburg PA Proud Boys Sergeant-at-Arms Matt Reidinger.
>
> He came to Providence to attack protesters on 10/6.
>
> He works at the Irish Isle Provision Co in Coal Township, PA.
>
> You can call them (570) 648-6893 or visit their Facebook page: facebook.com/pages/category...
>
> Show this thread



3 9



**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

5/ Leaking the security chats from 11/17 fascist rally in Philly, showing that not only were organizers planning on having hate groups like the Proud Boys attend, but they were also planning violence against counterprotesters?

Me an @GrittyIsWatchin.



**AntiFash Gordon** @AntiFashGordon · Nov 14, 2018

THREAD: Far-right groups are organizing a "We the People" rally in Philadelphia for Saturday, 11/17.

They're also planning violence against protesters.

This is a screenshot from their leaked security chat, where they discuss what weapons they can legally bring.

Show this thread

lawful purpose" the same with brass buckles and snaps and sap gloves. No double sided knives considered daggers and no swords all covered under no lawful purpose for self defense.



Alan

Flags and flag poles. Mace cans small enough to fit in your pocket. Sabre is sold at Wal-Mart $10. Everyone needs a can. When they start spraying us, and they will, we return the favor 10 fold. We'll be able to walk out and disarm them all after that.





Jerry

Wooden stakes only for signs. no metal flag poles. I have not


AntiFash Gordon @AntiFashGordon · Dec 6, 2018
6/ If you like my account, you're going to love @GrittyIsWatchin.

We're going to get some fascists fired.

But we need your help to do it.

1 2 14

AntiFash Gordon @AntiFashGordon · Dec 6, 2018
7/ Fundamentally, anti-fascism is about a community stepping up to protect itself.

And that's exactly what @GrittyIsWatchin is.

Go follow that account now.

1 20

AntiFash Gordon @AntiFashGordon · Dec 6, 2018
8/ Starting next week, @GrittyIsWatchin will be posting the names and employment information of Philadelphia Proud Boys.

But we need your help to get them fired.

Follow @GrittyIsWatchin, and wait for the action alerts next week.

Don't let fascists stay employed. ❤🖤💛

3 9 26