# Exhibit D-VII

# Exoo-Tucci Tweets

Incorporated by reference in SAC at ¶¶  7, 113-116

 **AntiFash Gordon**
@AntiFashGordon                                        ...

SHARE THIS: Comrades, @EyesOfGritty just caught a 12-hour shadowban for posting a Proud Boy's employment info.

This is Proud Boy Mark Anthony Tucci. He works at Aldo's Pizzarama in Philly.

Call them at 215-698-8110 and ask why they are employing a proud member of a hate group.

 **permanentlymarked**



                        

**16 likes**

**permanentlymarked** #usa #proudboys

AUGUST 11

← **Photo**

 **permanentlymarked**
Aldo's Pizzarama

⋮



                                             

**7 likes**
**permanentlymarked** #doughboi

JANUARY 10









**PinskyZinsk** @PinskyZinsk · Dec 10, 2018 · · ·

Well he sounded very sincere. Said the guy has always been respectful to him. I said well of course he was, that's common sense. Okay, I feel like I've done my part, carry on.

♡ 1          ⇄          ♡          ⬆

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018 · · ·

That's great. He still lied to you.

♡ 1          ⇄          ♡ 6          ⬆

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018 · · ·

You could accept that he's a member of a hate group, or you could, y'know, try reading the fucking thread?

♡ 1          ⇄          ♡ 10          ⬆

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018 · · ·

Hey, no shame in delivering pizza for a living. Work is work.

But there's *loads* of shame in being a fascist, which is why we're getting him fired. ❤️🖤😂

♡ 3          ⇄ 1          ♡ 20          ⬆

**AntiFash Gordon** @AntiFashGordon · Dec 11, 2018 · · ·

Yeah, they were lying about it last night, too, saying he hadn't worked there in a month.

But he live-streamed himself making pizzas there yesterday morning, just hours before the dox went live.

Keep calling, folks.

Let them know that supporting hate has consequences.

♡          ⇄          ♡ 1          ⬆