Exhibit D-IX

Exoo – Barbosa Tweets

Incorporated by reference in SAC at ¶¶ 9, 126, 128, 129



**AntiFash Gordon**
@AntiFashGordon

1/ Philadelphia Proud Boys, a violent hate group, showed up at the home of researcher @gwensnyderPHL at 11:20 p.m. on Saturday to intimidate her.

This is Jobel Barbosa, one of the Philadelphia Proud Boys.

He's a mechanic at @JagLandRoverWG.

You can call them at 215-443-5900.



11:55 AM · Jul 1, 2019 · Twitter Web Client

737 Retweets    72 Quote Tweets    1,051 Likes







**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019

Replying to @AntiFashGordon

4/ Fascist paramilitaries have always used claims of pedophilia to justify their attacks on LGBTQIA people.

As Human Rights Watch documented, anti-gay gangs in Russia commonly used this claim to lure queer activists into meeting and then attack them.



License to Harm
License to Harm Violence and Harassment against LGBT People and Activists in Russia Summary
🔗 hrw.org

 2   77   275





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019

6/ Leaked chats recently exposed that Proud Boys in the northeast were planning a violent rally, including targeting specific activists and trading pictures of the knives they planned to use to assault these activists.



EXCLUSIVE: Leaked Proud Boys Chats Show Members Plotting Violence...
The extremist gang claims it's just a pro-Trump "drinking club." But chat logs leaked to HuffPost reveal they plan weaponry and tactics months ...
🔗 huffpost.com

💬 3     🔁 103     ♡ 224     ⬆





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019
Replying to @AntiFashGordon
8/ The police won't protect us.

As we saw this weekend, cops are more concerned with spreading false narratives about "concrete milkshakes" than keeping their community free of violence and intimidation.

💬 4    🔁 85    ♡ 398    ⤴





**AntiFash Gordon** @AntiFashGordon · Jul 1, 2019

10/ @JagLandRoverWG is owned by the @PiazzaAutoGroup.

If you want to call their corporate headquarters to tell them that their employee Jobel Barbosa is a member of the Proud Boys, a violent hate group that has been threatening researchers, that number is (610) 399-5330.

💬 11    🔁 121    ♡ 344    ⬆️

