Exhibit D-X

Exoo-Hugo Tweets

Incorportate by reference in SAC at ¶¶ 11, 138, 139









**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

3/ The Straight Pride Parade attracted a number of hate groups, including the Proud Boys, the American Guard, and the National Socialist Movement.

At least one Proud Boy, Shaun Hufton, served as security for the Parade's Grand Marshal, Milo Yionnopoulos.

> 
> **AntiFash Gordon** @AntiFashGordon · Sep 19, 2019
> 11/ This was all reported by @AndyBCampbell in the HuffPo.
>
> Despite knowing this, the Super Happy Fun America organizers still asked Shaun Hufton to be a part of their Security detail at the Straight Pride Parade.
> Show this thread



11:37 AM · Jan 2, 2020 · Twitter Web App

25 Retweets   77 Likes











**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

8/ As we saw at the Straight Pride Parade, the cops serve to protect neo-Nazis organizing in our communities.

Peaceful protesters were brutalized and arrested, maced and hit with bicycles.

Who protects us?

We protect us.
❤️🖤✊

11:37 AM · Jan 2, 2020 · Twitter Web App

