Exhibit E-II
NJ Department of Homeland Security and Preparedness
Terrorist Threat Assessment 2020



# 2020

## Terrorism Threat Assessment

NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS



# ABOUT US

The New Jersey Office of Homeland Security and Preparedness (NJOHSP) is tasked with coordinating counterterrorism, resiliency, and cybersecurity efforts across all levels of government, law enforcement, nonprofit organizations, and the private sector. Created by Executive Order in 2006 when the Office of Counterterrorism (OCT) merged with staff from the Domestic Security Preparedness Task Force (DSPTF), NJOHSP bolsters New Jersey's resources for counterterrorism, critical infrastructure protection, preparedness, training, and federal and State grant management.

Shortly after the tragic events of September 11, 2001, New Jersey's legislature and Governor passed and signed the Domestic Security Preparedness Act, which created the DSPTF within the Office of the Attorney General. In 2002, the Governor created the OCT by Executive Order, which remained under the Attorney General. OCT provided New Jersey with a single agency to lead and coordinate New Jersey's counterterrorism efforts with state, local, and federal authorities and with the private sector.

## Mission

NJOHSP leads and coordinates New Jersey's counterterrorism, cybersecurity, and preparedness efforts while building resiliency throughout the State.

## Core Values

**SERVICE.** We put our State and its citizens first, and we put Mission before self. We take pride in being timely, accurate, and relevant.

**TEAMWORK.** We stand with and behind each other. We recognize that partnerships, both internal and external, are critical to achieving success. We cannot fulfill our Mission alone.

**EXCELLENCE.** We take great pride in the quality of our work. We do every task, every project, every initiative, to the best of our ability.

**DIVERSITY.** We strive to build a workforce that is as diverse as New Jersey's citizenry. We pride ourselves on encouraging diversity of thought, perspective, and problem solving.

**INTEGRITY.** We are committed to holding ourselves accountable to the highest moral and ethical standards in our personal and professional conduct. We can be relied upon to act with honor and truthfulness.



# FOREWORD



Communities across the United States and around the globe have suffered unimaginable tragedies over the past year at the hands of individuals driven by hate. An attack targeting the Hispanic population during back-to-school season at an El Paso store left 22 dead. A woman was killed when a gunman opened fire during a Passover service at a synagogue in Poway, California. More than 50 people were killed when they were shot while worshiping at two mosques in New Zealand.

New Jersey has also faced incidents supportive of extremist ideologies. In December, two individuals fatally shot Detective Joseph Seals, a dedicated 15-year veteran of the Jersey City Police Department, and three civilians in a Jersey City attack rooted in anti-Semitism and anti-law enforcement sentiment. A Camden County man was arrested in November on accusations he directed acts of vandalism against two synagogues in Midwestern states for the purpose of intimidating minorities. A Sussex County man accused of being obsessed with Nazis and mass shootings was charged in June with weapons offenses and bias intimidation. Recruiting efforts by various groups have been prevalent, as reported flyering incidents more than doubled since 2018.

Homeland security and law enforcement professionals at all levels have taken notice of the rise in activity from white supremacist extremists. New Jersey is committed to protecting the diversity of culture and faith that shapes our great State. For that reason, NJOHSP increased the threat posed by white supremacist extremists from moderate to high in 2020, joining homegrown violent extremists as the most persistent hostile actors in New Jersey.

The fight against terrorism at home and abroad is represented by individuals such as Detective Seals, whose heroic sacrifice in Jersey City saved countless lives, and US Army Sergeant First Class Michael Goble, a Bergen County native assigned to 7th Special Forces Group, who died as a result of injuries sustained from combat operations on his third tour in Afghanistan. They will forever be remembered for embodying the character of our great nation. We are indebted to all who made the ultimate sacrifice, as well as those who continue to serve and protect the United States. NJOHSP follows their example by remaining unremitting in our mission to ensure the safety and security of all people and institutions throughout New Jersey, combatting any threat posed by those wishing to disrupt our way of life.

We will do everything we can to keep you and your families safe. However, we rely on the public's assistance. I ask all residents and visitors to "See Something, Say Something" by reporting terrorism-related suspicious activity to 1-866-4-SAFE-NJ and tips@njohsp.gov.


Sincerely,

Jared M. Maples
Director, NJOHSP
February 2020

# TABLE OF CONTENTS

New Jersey's Assessed Threat Level in 2020 .................................................................................... 2

2019 New Jersey Terrorism Timeline ............................................................................................... 4

High Threats in 2020 ...................................................................................................................... 7

    HVE Support for Foreign Terrorists Remains High ......................................................................... 8

    HVEs: 2019 Regional Arrests ....................................................................................................... 9

    White Supremacist Extremists Shifting to High Threat ................................................................. 10

    White Supremacist Extremists Embrace Accelerationism .............................................................. 11

Domestic Terrorism ...................................................................................................................... 13

    Domestic Terrorism Overview ..................................................................................................... 14

    Domestic Extremist Attacks in 2019 ........................................................................................... 14

    Anarchist Extremists Support Violent Tactics .............................................................................. 16

    Sovereign Citizen Extremists Violently Oppose Authority ............................................................. 16

    Black Separatist Extremists Present Moderate Threat .................................................................. 17

    Domestic Terrorism Forecast for 2020 ....................................................................................... 18

International Terrorism ................................................................................................................ 20

    Al-Qa'ida Perseveres in 2020 ..................................................................................................... 21

    ISIS Operations Persist Despite Leader's Death ........................................................................... 22

Understanding Mass Violence ...................................................................................................... 24

    Targeted Mass Violence ............................................................................................................. 25

    Extremists Target Houses of Worship .......................................................................................... 26

Cybersecurity Threats .................................................................................................................. 28

SEE Something, SAY Something ................................................................................................... 32

    How to Report Suspicious Activity .............................................................................................. 33

    Recognize and Report Signs of Terrorism-Related Suspicious Activity ........................................... 34

Terrorism Definitions ................................................................................................................... 36

NJOHSP Terrorism-Related Products ........................................................................................... 40

*Information Cutoff: January 1, 2020*



# New Jersey's Assessed Threat Level in 2020

# 2020 ASSESSED THREAT LEVEL

| High | Homegrown Violent Extremists |
|------|------------------------------|
|      | White Supremacist Extremists |

| Moderate | Anarchist Extremists |
|----------|----------------------|
|          | Anti-Government Extremists |
|          | Black Separatist Extremists |
|          | Militia Extremists |
|          | Sovereign Citizen Extremists |

| Low | Al-Qa'ida (core) |
|-----|------------------|
|     | Al-Qa'ida in the Arabian Peninsula |
|     | Al-Qa'ida in the Indian Subcontinent |
|     | Al-Qa'ida in the Islamic Maghreb |
|     | Al-Shabaab |
|     | Animal Rights Extremists |
|     | Anti-Abortion Extremists |
|     | Boko Haram |
|     | Environmental Extremists |
|     | HAMAS |
|     | Hizballah |
|     | Hurras al-Din |
|     | ISIS |
|     | Lashkar-e-Tayyiba |
|     | Tehrik-e-Taliban Pakistan |

## CHANGES FROM 2019

**White Supremacist Extremists:** The threat from white supremacist extremists increased from moderate to high in 2020 due to the number of threats, plots, and attacks conducted in 2019, including the El Paso attack where Patrick Crusius killed 22 people and injured 24.

**Black Separatist Extremists:** This threat category moved from low to moderate after two individuals associated with this ideology targeted law enforcement and the Jewish community in Jersey City (Hudson County), killing four and injuring three.

**ISIS:** The threat from ISIS decreased from moderate to low in 2019. ISIS continues to focus on establishing its worldwide presence, but the group has not conducted an attack in the United States. ISIS's inspiration of supporters in the United States makes homegrown violent extremists a consistently high threat.

**Anti-Government Extremists:** This threat category was added after examining the actions of individuals who do not necessarily question the legitimacy of government but express their opposition to specific policies, entities, officials, and political parties through threats or acts of violence.

**Hurras al-Din:** Recognized as al-Qa'ida's official presence in Syria, this group was added after the US State Department declared it a foreign terrorist organization in September. Open source reporting suggests the group plotted against US interests.





# 2019 New Jersey Terrorism Timeline

# 2019 New Jersey Terrorism Timeline



**May 22 Homegrown Violent Extremist:** Authorities charged Jonathan Xie of Basking Ridge (Somerset County) with attempting to provide material support to HAMAS after he sent money to someone he believed was a member of the group. Additionally, authorities observed Xie outside Trump Tower in New York City shortly before he posted on social media that he wanted to attack that location or the Israeli Consulate General.

**June 25 White Supremacist Extremist:** Michael Zaremski of Green Township (Sussex County) was indicted on weapons charges and bias intimidation. Zaremski's ex-girlfriend claimed he was fascinated with Hitler, had an interest in committing a mass shooting in a hospital, and sent her Jewish employer anti-Semitic material. Investigators discovered white supremacist content on his phone and computer.





**July 9 Hizballah:** Alexei Saab of Morristown (Morris County) was indicted on multiple terrorism charges. Saab, a naturalized American citizen from Lebanon, allegedly acted as a scout for the Islamic Jihad Organization, the foreign operations wing of Hizballah. While living in the United States, Saab conducted detailed pre-operational surveillance for potential future target locations, including the Empire State Building and the Statue of Liberty.

**October 25 White Supremacist Extremist:** Fred Arena of Salem (Salem County) was indicted for making false statements to government agents. He was a member of Vanguard America, a white supremacist extremist group, and lied about his involvement on his application for a security clearance. Arena espoused violent rhetoric online and expressed a willingness to fight anti-fascists and law enforcement.





**November 13 White Supremacist Extremist:** Richard Tobin of Brooklawn (Camden County) admitted instructing two members of a loosely organized neo-Nazi network, The Base, to vandalize synagogues in Wisconsin and Michigan. Tobin also expressed an interest in attacking black people with a machete in a New Jersey mall.

**December 10 Black Separatist Extremists:** David Anderson and Francine Graham fatally shot three and injured one at a kosher grocery store in Jersey City (Hudson County) shortly after killing a police detective at a nearby cemetery. The pair engaged in an hours-long shootout with responding officers, injuring two, before being killed. Both Anderson and Graham expressed anti-Semitic and anti-law enforcement views prior to committing the attack.





# HIGH THREATS IN 2020

# HVE Support for Foreign Terrorists Remains High

**In 2020, homegrown violent extremists (HVEs) will continue to pose a high threat to New Jersey as foreign terrorist organizations encourage supporters to kill Americans, provide material support, and travel overseas to fight.** Last year, authorities arrested seven HVEs plotting to conduct attacks. In December, Mohammed Alshamrani, an officer in the Saudi Air Force participating in a military training program, killed three sailors and wounded eight others at a Naval Air Station in Pensacola, Florida. He used a firearm legally purchased in the United States and claimed inspiration from foreign terrorist organizations.

In 2019, HVEs adopted a variety of attack methods to target law enforcement officers, government offices, religious facilities, and large gatherings. Ismail Hamed, of Fountain Hills, Arizona, attempted to stab a sheriff's sergeant at a department substation in January 2019. In March, Rondell Henry from Germantown, Maryland, plotted to conduct a vehicle attack with a stolen rental van at the National Harbor in Maryland. Prior to his arrest, Henry drove to Dulles International Airport in Virginia to surveil the area but determined the crowd was too small. Court documents stated Henry drew inspiration from ISIS and sought to conduct an attack similar to when an extremist killed 84 people by driving a truck into a crowd in Nice, France, in 2016.

Rather than conduct an attack in furtherance of a group's violent ideology, several supporters provided material support by attempting to recruit new members and offer financial assistance. In February 2019, authorities arrested Michael Sewell from Arlington, Texas, for providing material support to Lashkar-e-Tayyiba. Sewell encouraged a co-conspirator through social media to travel to Pakistan and join the group by contacting a facilitator, who was an undercover agent. In September, Sewell received 20 years in federal prison.

An NJOHSP review revealed an increase in extremists arrested for attempting to travel overseas from one in 2018 to nine in 2019. HVEs attempt to travel overseas to acquire weapons training and kill American forces and regional opponents. While many supporters attempted to join ISIS despite losing its caliphate in Iraq and Syria, several extremists tried to join other groups. In July, Delowar Hossain from Bronx, New York, was arrested at John F. Kennedy International Airport in New York City before he could travel to Pakistan to join the Taliban. He first discussed his travel plans with an informant in September 2018, when he acknowledged he wanted to kill Americans and non-believers.



## Understanding the HVE Threat

**HVE support in the United States for foreign terrorist organizations will remain a constant, highlighted by an increase in arrests in 2019 compared to the previous year.**

HVEs are individuals inspired—as opposed to directed—by foreign terrorist organizations and radicalized in the countries in which they are born, raised, or reside. These organizations continue to call for attacks in the West, despite the groups' inability to execute large-scale attacks in recent years.

## Identified HVEs by Year*

| Year | Count |
|------|-------|
| 2015 | 84 |
| 2016 | 43 |
| 2017 | 37 |
| 2018 | 21 |
| 2019 | 41 |

*Due to the sensitivity of ongoing HVE investigations, this data only reflects publicly available information and may be subject to change.*



# HVEs: 2019 Regional Arrests



**Sinmyah Ceasar Brooklyn, New York:** In March, authorities arrested Sinmyah Ceasar for obstructing justice after she broke her agreement to cooperate with the government following a conviction for participating in the online recruitment of ISIS fighters. Authorities released Ceasar on bail in April 2018; however, she secretly contacted ISIS supporters online, posted defiant messages, and deleted postings that would have revealed her criminal activity. Ceasar received an additional 18 months in prison.

**Ashiqul Alam Queens, New York:** In June, authorities arrested Ashiqul Alam after he purchased two firearms without serial numbers from an undercover agent. Beginning in August 2018, Alam expressed a desire to purchase weapons, grenades, and explosives to conduct an attack. In January 2019, he visited Times Square in New York City several times to surveil potential targets while recording the area. Alam is accused of referencing al-Qa'ida and ISIS and admiring Usama bin Ladin.





**Ruslan Asainov Brooklyn, New York:** In July, Kurdish-led Syrian Democratic Forces transferred Ruslan Asainov to authorities in New York after they captured him on the battlefield fighting for ISIS. In December 2013, Asainov traveled to Istanbul, Turkey, before entering Syria to become an ISIS sniper and weapons trainer. Over time, he became an emir in charge of firearms training for ISIS fighters and attempted to recruit other Americans to travel to Syria.

**Awais Chudhary Queens, New York:** In August, authorities arrested Awais Chudhary at a shopping center in Queens, New York, after he attempted to receive a tactical knife from an undercover agent to conduct an attack in the name of ISIS. Investigators discovered his intentions in a chatroom, where he is accused of revealing his willingness to use other methods of attack, including the construction of an improvised explosive device (IED).





**Zachary Clark Brooklyn, New York:** In November, authorities arrested Zachary Clark for attempting to provide material support to ISIS. He is accused of disseminating propaganda through encrypted chatrooms, including instruction manuals on how to construct IEDs, select targets, and conduct attacks in New York City. Clark pledged allegiance to ISIS leadership beginning in July, first to Abu Bakr al-Baghdadi and then his successor, Abu Ibrahim al-Hashemi al-Qurayshi.

# WHITE SUPREMACIST EXTREMISTS SHIFTING TO HIGH THREAT

**White supremacist extremists will pose a high threat to New Jersey in 2020 as supporters of this ideology demonstrate their willingness and capability to carry out attacks, direct and inspire sympathizers online, and attempt to network globally.** In 2019, white supremacist extremists carried out four attacks and participated in at least 19 additional plots, threats of violence, and instances of weapons stockpiling.

On August 3, Patrick Crusius shot and killed 22 people and injured 24 others at a retail store in El Paso. Police arrested Crusius shortly after the shooting and charged him with capital murder. Prior to the shooting, he posted a manifesto online with white supremacist extremist and anti-immigrant viewpoints.

In November, federal and State authorities arrested Richard Tobin of Brooklawn (Camden County) after he admitted instructing two members of a loosely organized neo-Nazi network, The Base, to vandalize synagogues in Wisconsin and Michigan. The Base is a collective designed to unify fascists and develop a network to train members for an upcoming race war. Tobin also expressed an interest in attacking black people with a machete at a New Jersey mall.

Over the summer, Feuerkrieg Division, an international neo-Nazi group that advocates for a race war and calls for violence against their perceived enemies, focused on identifying and recruiting members from New Jersey and New York. The group was established overseas in late 2018 and is attempting to reach American audiences. On August 9, federal authorities arrested Conor Climo in Las Vegas on weapons charges. He was arraigned on allegations that he had bomb-making materials in his home and plotted to attack Jewish people and members of the LGBTQ community. Climo closely associated himself with Feuerkrieg Division.

## RECRUITMENT IN NEW JERSEY

White supremacist organizations in New Jersey have actively attempted to spread their ideologies and recruit new members throughout the State.

Since January 2019, there have been 168 reported instances of white supremacist propaganda distribution, compared to 46 in 2018. They have been mostly in the form of flyers placed in public venues and higher education institutions throughout New Jersey.

Notably, the majority of flyering incidents can be attributed to one New Jersey-based white supremacist group, which attempted to expand its membership nationally in 2019. The group's flyers were found in cities and on college campuses across the country.



White Supremacist Propaganda Locations

Sparse
Dense

# WHITE SUPREMACIST EXTREMISTS EMBRACE ACCELERATIONISM

**Over the last few years, white supremacist extremists cited a violent form of accelerationism as motivation for violent acts after attackers and supporters endorsed the theory online.** Some white supremacist extremists argue that participating in mass attacks or creating other forms of chaos will accelerate the imminent and necessary collapse of society in order to build a racially pure nation.

On March 15, Brenton Tarrant attacked two mosques in New Zealand, resulting in 51 deaths and 49 injuries. Prior to the attack, Tarrant posted a manifesto online articulating the concept of accelerationism, with a section titled, "Destabilization and Accelerationism: Tactics for Victory." Tarrant's manifesto encompassed the core traits of accelerationism, with the goal of creating societal chaos. Tarrant allegedly believed murdering worshipers at the mosques would help bring this extreme theory into the mainstream.

> Accelerationism is a longstanding theory that Western governments are corrupt and their demise should be accelerated through political tensions to create radical social change. White supremacist extremists embrace a violent form of accelerationism as a way of establishing a whites-only ethnostate.

Patrick Crusius, who conducted the attack in El Paso, uploaded a manifesto online that expressed rhetoric aligning with the theory, showed admiration for Tarrant, and espoused anti-immigrant and anti-Hispanic messages. Individuals in the online accelerationist community celebrated the attack, calling for additional violence and discussing whether "high-value targets" or members of the general population should be targeted.

Some white supremacist extremists and organizations often refer to several books and scholarly articles about accelerationism, and some organizations have required reading lists in order to gain membership. Additionally, many of these texts are often referenced in online chatrooms and podcasts.

## LIVESTREAMING AS A TACTIC





*Brenton Tarrant livestreamed his attacks on two New Zealand mosques.*

Livestreamed videos of attacks over the last year led to the spread of propaganda across online platforms, inspired like-minded individuals, and provided a tool for future attackers to assess successes and failures to aid their own operations. In addition to his manifesto, Tarrant livestreamed the attack, which spread rapidly to other online platforms. Other extremists found this tactic useful to reach a wider audience to broadcast their actions.

In October, Stephan Balliet attempted to carry out an attack on a synagogue in Germany. He livestreamed a 35-minute video of the assault. The video was shared on white supremacist extremist online forums.

In response to the livestreaming of attacks, social media companies have amended policies to address online hate speech to stop the spread of violent content, but it is still possible for these videos to be released elsewhere in the online community before being discovered.



# DOMESTIC TERRORISM

# DOMESTIC TERRORISM OVERVIEW

**In 2019, domestic extremists conducted nine attacks and were responsible for an additional 35 plots, threats of violence, and instances of weapons stockpiling, according to an NJOHSP nationwide review.** Race-based extremists were responsible for 57 percent of all domestic terrorist incidents, highlighting a new threat focus for law enforcement.

Domestic terrorism is violence committed by individuals or groups associated primarily with US-based movements, including anti-government, race-based, religious, and single-issue extremist ideologies.



**INCIDENTS BY YEAR***

| 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|
| 37 | 43 | 50 | 46 | 44 |

*Due to the sensitivity of criminal investigations, this data only reflects publicly available information and may be subject to change.*

# DOMESTIC EXTREMIST ATTACKS IN 2019

**March 24** 

**White Supremacist Extremist:** John Earnest sets fire to the Dar-ul-Arqam mosque in Escondido, California, and sprays graffiti in the parking lot praising the New Zealand shooter. Several people in the mosque were uninjured.

**White Supremacist Extremist:** John Earnest shoots and kills one and injures three others at the Chabad of Poway Synagogue near San Diego.

 **April 27**

**June 20** 

**White Supremacist Extremists:** Authorities arrest Julian Calfy, John Carollo, and Nicholas Holloway, three white nationalists who planned to protest the Knox PrideFest in Tennessee, after they assaulted a man they lured through an LGBTQ dating app.

**Anarchist Extremists:** A group of unidentified anarchists punches, kicks, and throws objects at a conservative journalist during protests in Portland, Oregon.

 **June 29**

# DOMESTIC EXTREMIST ATTACKS IN 2019



**July 13**

**Anarchist Extremist:** Willem Van Spronsen points a loaded rifle at responding police officers after setting fire to a vehicle at an Immigration and Customs Enforcement facility in Tacoma, Washington. Officers open fire, killing Spronsen.

**White Supremacist Extremist:** Patrick Crusius, targeting members of the Hispanic community, shoots and kills 22 people and injures 24 others at a retail store in El Paso.



**August 3**



**November 18**

**Sovereign Citizen Extremists:** Tonia Scott and six associates hold a security officer hostage while trying to take control of property belonging to a private community in Bushkill, Pennsylvania.

**Black Separatist Extremists:** David Anderson and Francine Graham shoot and kill a Jersey City (Hudson County) police detective before attacking a kosher grocery store, killing three and injuring one. Police kill both in a shootout that injures two officers.



**December 10**



**December 28**

**Undetermined*:** Grafton Thomas enters a rabbi's home in Monsey, New York, and stabs five people, critically injuring two. Thomas attempts to continue the attack at a synagogue next to the home, but parishioners inside lock the doors and prevent him from entering.

*The appropriate threat category has not yet been determined, as the attack is still under investigation. The federal complaint charging Thomas with hate crimes noted writings in his journal with anti-Semitic messages and possible references to Black Hebrew Israelites; however, he has no other known link to the black separatist ideology.



# ANARCHIST EXTREMISTS SUPPORT VIOLENT TACTICS

**In 2020, anarchist extremists will continue to attack government institutions, use violent counter-protest tactics against adversarial groups, and target political figures representing disparate political views.** Despite the use of new tactics, anarchist extremists have not conducted an attack garnering favorable attention among the overall movement.



In July, a self-proclaimed anarchist extremist and anti-fascist (Antifa), Willem Van Spronsen, attempted to firebomb the US Immigration and Customs Enforcement detention facility in Tacoma, Washington, while armed with a rifle. He was killed in a confrontation with police. Van Spronsen tossed lit objects at vehicles and buildings, causing one car fire, and unsuccessfully tried to ignite a propane tank in order to disable a fleet of buses used to transport immigrants to the Yakima Air Terminal in Washington for deportation.

*Firebombed vehicle near the Northwest Detention Center in Tacoma, Washington*

On June 29, anarchist extremists and Proud Boys members clashed at a rally in Portland, Oregon, forcing law enforcement to declare a civil disturbance and use riot control methods to disperse the crowds. Additionally, anarchist extremists assaulted a journalist videotaping the event, resulting in a head injury. In May, the same journalist claimed he was pepper-sprayed by an Antifa member while recording a fight in Portland.

# SOVEREIGN CITIZEN EXTREMISTS VIOLENTLY OPPOSE AUTHORITY

**Sovereign citizen extremists are likely to use threats and violence as they attempt to operate outside a legal system they view as illegitimate.** Sovereign citizens believe they are not required to follow US laws, with extremists justifying the use of violence to prevent officials from enforcing them. While there were several instances of sovereign citizen extremists threatening or using violence in 2019, none occurred in New Jersey.

In November, Tonia Scott and six associates forced entry into the clubhouse of a private community in Bushkill, Pennsylvania, and held a security guard at gunpoint. Scott previously filed an unsuccessful lawsuit claiming she was the owner of the property and later filed court documents insisting officials had no authority over her. She recruited her associates by showing them fraudulent documents supporting her claim and offering them homes and jobs if they helped her take control of the community and evict its residents.

In October, a jury convicted Christopher Bruce of Sioux Falls, South Dakota, for stalking the city's mayor. Bruce, who claimed he was a "state national," sent a series of threatening emails to the mayor and city council members over eight months, some of which included references to the mayor's immediate family. He later admitted writing in one of the messages, "I say, you can fight City Hall, you just need a bigger gun, better bullets, and harder armor."

During a traffic stop in Maplewood, Minnesota, in February 2019, Dennis Vann told police officers that he did not need a driver's license and was not required to follow traffic laws because he was a "free citizen." He threatened to kill the officers if they tried to remove him from his vehicle and then reached for an improvised explosive device (IED), leading to a four-hour standoff. After Vann surrendered, officers recovered the IED and found an anti-police message written on it.



# BLACK SEPARATIST EXTREMISTS PRESENT MODERATE THREAT

**Fringe black separatist extremists are conducting violence while mainstream members continue to promote violent and hate-based rhetoric against law enforcement, government officials, white people, and members of the Jewish community.** Lone offenders, drawing inspiration from the black separatist extremist ideology, often act without warning. Within New Jersey, the New Black Panther Party (NBPP) and the Israelite Church of God in Jesus Christ (ICGJC) are the most active black extremist groups.

On December 10, David Anderson and Francine Graham killed three people and injured three when they targeted a kosher grocery store in Jersey City (Hudson County) shortly after killing a police detective at a nearby cemetery. The shooters espoused anti-Semitic and anti-law enforcement views prior to the attack, according to authorities. A review of Anderson's social media activity highlighted direct threats toward these groups and support for the Black Hebrew Israelite ideology. This ideology asserts that black people are the true descendants of the Israelites and that the white and Jewish communities are the enemy, as well as law enforcement.



*Multi-agency response to the Jersey City shooting*

In May 2017, Derick Brown killed his roommate, injured his neighbor, and critically wounded a first responder. Brown formerly led the Dallas chapter of the NBPP and had links to other black extremist groups. In October 2014, Zale Thompson attacked four New York Police Department officers with a hatchet, seriously injuring two. Thompson was heavily influenced by a mix of foreign terrorist propaganda. Additionally, he attended NBPP meetings and was allegedly angered by perceived police brutality. Law enforcement officials stated Thompson sought "inspiration from foreign terrorist sources like ISIS, but there is also evidence he was focused on black separatist ideology."

Groups operating in New Jersey are unlikely to plot or conduct attacks despite espousing hate-based rhetoric due to disorganization and lack of consistent leadership. The New Jersey NBPP last organized a rally in 2011, when it protested a National Socialist Movement gathering outside the State House in Trenton (Mercer County). New Jersey NBPP members are known to attach themselves to other chapters during highly publicized racially divisive incidents, including protests in Ferguson, Missouri; Sanford, Florida; and Baltimore. The ICGJC is not known for violence, but some members participate in criminal activity, particularly financial crimes they believe are ordained by God to help members survive in a world dominated by white people.

## REACTIONS TO JERSEY CITY ATTACK

In the aftermath of the Jersey City attack on December 10, a neo-Nazi group on social media platforms expressed favorable views of the shooters and their methods and paid homage to previous attacks. Online group members celebrated the attack and called for a continuation of violence against Jewish Americans and law enforcement officers. The group praised Anderson and Graham as "non-white heroes," along with previous minority attackers. These responses came during and after the incident, highlighting how race-based attacks are likely to inspire like-minded individuals to commit further acts of violence.

**Domestic extremists are adopting foreign terrorist organization strategies in order to improve propaganda distribution, form global networks, and inspire lone offenders.** The majority of domestic extremist attacks in the United States are committed by individuals not directed by larger groups, similar to how homegrown violent extremists (HVEs) are inspired by foreign terrorist organizations to commit attacks.

- In August, an alleged member of two neo-Nazi groups accused of plotting to bomb a synagogue revealed supporters are exploiting online propaganda created by ISIS and al-Qa'ida. The European neo-Nazi group, Feuerkrieg Division, used an image of an ISIS video to promote homemade explosives with the caption, "It's easier than you think." In 2019, its American counterpart, Atomwaffen Division (AWD), posted online that "the culture of martyrdom and insurgency within groups like the Taliban and ISIS is something to admire and reproduce in the neo-Nazi terror movement."

- Domestic extremists are forming global networks similar to those of jihadists. In June 2018, a self-proclaimed white nationalist created a network, The Base, which shares the English-language name for al-Qa'ida, to promote propaganda, encourage violence against minorities, and attract new AWD members. The Base uses a vetting process that limits its membership to men of European descent who are of a certain age and attend an in-person meeting. This resembles how al-Qa'ida screens prospective recruits by introducing them to an imam or family member. In addition to recruitment, similarities exist between domestic extremist groups and foreign terrorist organizations in the use of violence, organizational structure, and promotion of violence.

- Domestic extremists continue to inspire lone offenders by praising past shooters and spreading propaganda, similar to how Salafi-jihadists encourage HVEs to execute attacks. While domestic extremists glorify Anders Breivik, Dylann Roof, and Brenton Tarrant in online forums for advancing far-right ideologies, al-Qa'ida has memorialized martyred leaders such as Usama bin Ladin and Anwar al-Aulaqi to encourage future acts of violence.

---

### DIRECTOR JARED M. MAPLES ORAL TESTIMONY BEFORE THE UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON FINANCIAL SERVICES, JANUARY 15, 2020

We assess that organized domestic extremists will continue to fund activities through criminal enterprises, such as selling counterfeit goods, drug and weapons trafficking, cigarette smuggling, and various fundraising methods. Lone offenders will likely be self-directed and self-funded in order to carry out their goals.

Additionally, we cannot discount the future use of cryptocurrencies as a means to fund acts of domestic extremism within New Jersey and across the United States. Foreign Terrorist Organization (FTOs) have used platforms such as Facebook and Telegram to solicit funding through bitcoin.

Over the past year, we have seen domestic terror groups adopt tactics from FTOs. This is no different. In 2017, Andrew Anglin, publisher of neo-Nazi blog The Daily Stormer, received a donation after the Charlottesville attack in the amount of 14.88* bitcoins, or approximately $60,000.

*The numbers 14 and 88 are references to white supremacist ideology*

---





# INTERNATIONAL TERRORISM

# AL-QA'IDA PERSEVERES IN 2020

**In 2020, al-Qa'ida will continue to represent itself as the de facto leader of the global jihadist network by encouraging attacks against Western countries, recognizing successes and resiliency of affiliates, and memorializing members to inspire supporters.** Despite publishing three new magazines and releasing several videos in 2019, al-Qa'ida did not release any media dedicated to new terrorist tactics or threatening specific targets.


*Al-Qa'ida's flag*

Al-Qa'ida leader Ayman al-Zawahiri reiterated calls to strike countries that reject the group's ideology in a video released in 2019 commemorating the attacks on September 11, 2001. He reminded supporters of potential targets, including the US military and French, Russian, Indian, Chinese, and Israeli interests that conducted counterterrorism operations against al-Qa'ida's affiliates.

While attempting to depict itself as the leader of Salafi-jihadist groups and bolster the resolve of supporters, al-Qa'ida suggested in July that its affiliates represent a global terrorist community regardless of geographic boundaries. When advocating this cohesion, Zawahiri recognized supporters' efforts to conduct attacks and called for them to increase their lines of communication in order to share terrorist tactics and techniques.

In the inaugural issue of its *One Ummah* Arabic-language magazine in April, al-Qa'ida acknowledged Usama bin Ladin, Anwar al-Aulaqi, the Charlie Hebdo attackers in Paris in 2015, and other leaders and supporters killed in counterterrorism operations. Without any recent attacks in the West, the group remains relevant by praising affiliate operations and celebrating their leaders to motivate supporters.

## HURRAS AL-DIN (AL-QA'IDA IN SYRIA OR AQ-S)


*Two Hurras al-Din fighters in Syria*

Designated a foreign terrorist organization in September and recognized as al-Qa'ida's official presence in Syria, Hurras al-Din has both the intent and capability to attack the West, including against Americans and American interests.

In September, the US State Department offered a reward of up to $5 million for information leading to the identification of senior leadership.

In June and August, the Pentagon confirmed military strikes were conducted against al-Qa'ida leadership in northwest Syria, which remains a safe haven for the group to plot external attacks throughout the region and in the West.

# ISIS Operations Persist Despite Leader's Death

**Over the next year, ISIS will likely remain resilient and focus on insurgent operations while attempting to inspire Western attacks through affiliates' activity and guidance.** In 2019, ISIS faced a major loss after US Special Operations Forces killed its leader, Abu Bakr al-Baghdadi, in a raid in the northwest Syrian village of Barisha, located in the Idlib province.

According to open source reporting, approximately 10,000 ISIS fighters are imprisoned in Syrian Democratic Forces (SDF) prison camps, 2,000 of which are foreign fighters. Reports indicate that 100 ISIS fighters and recruiters have already escaped detention. ISIS also demonstrated its ability to conduct operations across Africa after claiming responsibility for attacks throughout 2019 in Libya, Tunisia, the Sinai region, Nigeria, Niger, Mali, Burkina Faso, Cameroon, Democratic Republic of the Congo, and Mozambique. Additionally, ISIS established affiliates in Central Africa, Turkey, and India, with each releasing videos in 2019, and released its first video of fighters in Azerbaijan.

Following Baghdadi's death, multiple ISIS affiliates pledged allegiance to its new leader, Abu Ibrahim al-Hashemi al-Qurayshi, highlighting dedication to the group despite the death of its prolific leader. The majority of official ISIS propaganda contains claims of global operations and attacks as opposed to previous videos and magazines discussing life in the caliphate.

*Deceased ISIS leader Baghdadi featured in an April propaganda video*

In October, ISIS warned supporters of "spies who profess to be soldiers of [ISIS]" in the group's official newsletter, *al-Naba*. ISIS cautioned that the purpose of the spies is to "identify and locate [supporters] and set up traps for his arrest or death." ISIS published guidelines in *al-Naba* in June for supporters to refrain from online communications with unknown users, conduct attacks using readily available weapons, and abstain from asking for financial and material support online in order to avoid detection from law enforcement.

## Outlook for 2020

On October 31, ISIS official media group *al-Furqan Foundation* announced Qurayshi as the new leader of ISIS. While the death of Baghdadi is significant, the group will likely operate similarly under Qurayshi. Prior to Baghdadi's death, ISIS affiliates conducted attacks and operations across the world, participating in and contributing to various regional instability. If ISIS can capitalize on instability in the regions where it operates, it may be able to recoup its forces, revitalize its media operations, and recreate its stance as a global terrorist network. Between the death of Baghdadi and the group's global operational presence, fighters could be reinvigorated to conduct operations eliciting the support of US-based homegrown violent extremists.





# Understanding Mass Violence

# TARGETED MASS VIOLENCE

**Regardless of motivation, a diverse group of individuals are leveraging forms of targeted mass violence against public spaces, schools, houses of worship, workplaces, and other venues, according to an NJOHSP review of attacks in 2019.** While their motivations are not all terrorism-related, several components exist that could potentially help identify those prone to carrying out violent acts.

On August 4, Connor Betts killed nine people and wounded 17 others outside of a bar in Dayton, Ohio, before responding officers returned fire and killed him. Following the incident, police found evidence that Betts showed an interest in violence and mass shootings, expressing a desire to commit one. However, there was no indication for his motivation. In 2012, Betts made a list of students he wanted to kill and rape and referenced attacking his high school.

> Targeted mass violence refers to acts of intentional violence in public spaces and semi-public places during which significant harm is caused to three or more people. Violence related to criminal acts and spontaneous violence are generally excluded.

On July 28, Santino Legan entered a community festival in Gilroy, California, and randomly fired at attendees, killing three and wounding at least a dozen others before turning the gun on himself. Legan cut a hole in a wire fence in order to avoid an established security checkpoint and wore a bulletproof vest. Prior to the shooting, Legan complained about the festival online and referenced a manifesto that promotes racial violence and anti-Semitism.

On May 31, DeWayne Craddock shot and killed 12 people and injured four others at a public works building where he worked in Virginia Beach, Virginia, before responding officers shot and killed him. Craddock resigned from his position earlier that day, but his employee credentials were still valid, allowing him access to secure areas of the building during the attack and slowing the response of police officers. In September, the Virginia Beach Police Department released a report that found Craddock had some performance issues at work but could not otherwise pinpoint his motive for the attack. An independent report released in November came to the same conclusion.

## POTENTIAL WARNING SIGNS

Perpetrators of targeted mass violence often elicit concern in others prior to their attack, according to several Western academic institutions and federal government entities.

- Family members, peers, and close contacts may be the first to notice radical shifts in behavior and attitude, as well as unusual interest in violence.

- In most targeted mass violence attacks, those close to the attacker were aware of at least one stressor the offender experienced prior to the incident, including financial, family, mental health, and employment.

# EXTREMISTS TARGET HOUSES OF WORSHIP

**Individuals carrying out violent attacks on houses of worship aim to injure and kill as many victims as possible. The targets of these attacks are congregants and religious leaders but may also include law enforcement personnel responding to the incident and bystanders.**

On October 9, Stephan Balliet, a 27-year-old German citizen, attempted to carry out an attack on a synagogue in Halle, Germany, on the Jewish holiday of Yom Kippur. Balliet livestreamed a 35-minute video of the assault online, which was later shared to Telegram by other online users. Balliet found inspiration for the attack in his anti-Semitic and far-right extremist ideology.

**Successful Protective Measures:** Despite the attacker attempting to breach multiple doors, he failed to gain access to the premises. While monitoring the surveillance system, security alerted congregants that they should evacuate to an apartment above the prayer hall. Subsequently, congregants locked and barricaded the synagogue's doors. Despite conducting pre-operational surveillance of the synagogue, it appears the attacker was unaware of the service's time or whether he could access the congregation during his planned attack.

**In 2019, extremists motivated by a variety of ideologies targeted houses of worship. These attacks serve as a reminder that houses of worship continue to be threatened.**

On December 29, a shooter opened fire at a church in White Settlement, Texas, resulting in the deaths of two parishioners. The church's volunteer security team quickly returned fire, killing the shooter within seconds. The security team has existed for at least a decade and has engaged in consistent training.

On December 28, Grafton Thomas entered the home of a rabbi in Monsey, New York, and stabbed five people with a machete during a Hanukkah celebration, critically wounding two. Following the attack, the suspect attempted to enter a synagogue next door but was prevented from gaining entry due to locked doors, similar to the Halle incident. Thomas fled the scene, but authorities captured him hours later in New York City.

On March 15, Australian white supremacist extremist Brenton Tarrant killed 51 people and injured 49 in an attack on two New Zealand mosques during Friday prayers. Tarrant used semi-automatic firearms and a shotgun covered with white supremacist symbols and phrases during the livestreamed attack.

**Congregations are encouraged to foster relationships with local law enforcement, create a security committee, develop and attend security-related trainings, and establish security and emergency plans. Increasing physical security is vital to protecting these facilities and their congregants. These measures include the use of access controls, alarm systems, interior CCTV systems, locks and keys, and exterior lighting.**



The NJROIC partners with federal, state, and local entities to collect crime-, threat-, and disaster-related information; conduct analysis; develop intelligence products; and provide timely and relevant alerts, warnings, and notifications to law enforcement, public safety, and private-sector entities to strengthen preparedness, prevention, enforcement, investigative, response, and resiliency efforts.





# CYBERSECURITY THREATS

# Cybersecurity Threat Moderate; Ransomware Continues Reign, IT Providers Targeted, Nation-State Threat in the Spotlight

***The New Jersey Cybersecurity and Communications Integration Cell (NJCCIC) assesses that cyber threat actors pose a moderate threat to New Jersey.*** In 2019, the NJCCIC received reports of over 50 ransomware incidents across New Jersey. The frequency and impacts of ransomware attacks in New Jersey mirrors that of other states. Ransomware attack methods continue to evolve and have become more sophisticated with ransom demands increasing significantly. Several costly attacks in 2019 resulted in ransomware payments in excess of $1 million, with the average payment in the hundreds of thousands of dollars. In addition to the ransom payments, remediation costs associated with efforts to recover and rebuild systems and data, as well as harden defenses to prevent a reoccurrence, often drives the total cost of ransomware attacks into the millions.



Educational establishments, government agencies, and healthcare providers have been frequent targets over the past year, with an estimated 948 incidents in these sectors. In a two-month time frame, eight hospitals and healthcare systems were infected across the United States. In December, New Jersey's largest hospital system was the victim of a ransomware attack.

Ransomware-as-a-Service (RaaS) subscriptions, similar to Software-as-a-Service (SaaS) subscriptions, allow nontechnical threat actors to carry out debilitating attacks with ease. The relatively low effort required to infect vulnerable organizations and the vast sums of profit generated virtually assures that ransomware attacks will continue to be used by cyber criminals, nation-state actors, and terrorist organizations in 2020.

## IT Supply Chain Security

In 2019, information technology (IT) service providers were targeted by nation-state actors, cyber crime organizations, and others. These threat actors exploited the trust relationships between IT service providers, including managed service providers (MSPs) and cloud service providers, and their clients to gain access to client networks and data to conduct cyber espionage and intellectual property theft, as well as launch disruptive malware attacks, including ransomware attacks.

Threat actors often gain access to an MSP's network via insufficient identity, access, and authentication controls or by exploiting public-facing vulnerabilities and IT misconfigurations. Once access to an MSP is obtained, threat actors can launch attacks against the MSP's clients via trusted network connections and other dependencies. In 2019, threat actors increasingly targeted MSPs to infect their clients' networks with ransomware. Late in 2019, an MSP based in New Jersey was infected with ransomware that spread to its clients' networks, many of which were small businesses, and significantly impacted operations leading into the holiday season.

The ability to gain access to multiple organizations' networks via their MSPs allows threat actors to more efficiently use their resources while maximizing their operational effectiveness. As more and more organizations depend on cloud-based services and MSPs for their IT operations, threat actors will increasingly target these upstream links in the supply chain.



# CYBERSECURITY THREATS

## Nation-State Threat

Recent escalating tensions in the Middle East, other foreign policy and international trade issues, and the 2020 US Presidential election make the United States an attractive target for nation-states, terrorist organizations, strategic competitors, and their supporters. They can use their cyber capabilities to carry out attacks against critical infrastructure assets and other key resources as retribution for perceived grievances; to conduct cyber influence campaigns to sow social divisions and undermine trust in democracy; and to conduct cyber espionage operations for economic, political, and military advantage. The NJCCIC assesses with high confidence that these and other threat groups will increasingly use cyber capabilities in the form of cyber attacks, cyber espionage, and influence campaigns to advance their own interests. Nation-state adversaries such as China, Russia, Iran, and North Korea, as well as terrorist and criminal groups aligned with or protected by those countries and others, have developed sophisticated offensive cyber capabilities and resources and represent a growing threat to vulnerable US critical infrastructure assets.







# SEE Something, SAY Something

# How to Report Suspicious Activity

## Suspicious Activity Reporting

NJOHSP encourages law enforcement, first responders, and private- and public-sector partners to report suspicious activity. The "See Something, Say Something" campaign benefits families, friends, and neighbors by bringing suspicious behavior to the attention of law enforcement. Reporting suspicious behavior could potentially stop the next terrorist incident. Even if you think your observation is not important, it may be a piece of a larger puzzle.

## Public Engagement

Suspicious activity reports (SARs) have led to investigations that thwarted several terrorist plots in the tri-state area. Read the Suspicious Activity Reporting Success Stories to learn how these reports helped detect and deter possible attacks at www.njohsp.gov/njsars-success-stories.

## Information Sharing

SARs are shared with law enforcement partners throughout the State. The New Jersey Suspicious Activity Reporting System is also linked to the FBI's national system known as eGuardian, which partners with the Nationwide SAR Initiative to form a single repository accessible to thousands of law enforcement personnel and analysts nationwide.



## Report Suspicious Activity

 1-866-4-SAFE-NJ (866-472-3365)    tips@njohsp.gov   njohsp.gov/njsars

    



# RECOGNIZE AND REPORT SIGNS OF TERRORISM-RELATED SUSPICIOUS ACTIVITY



**EXPRESSED OR IMPLIED THREAT:**
Threatening to commit a crime that could harm or kill people or damage a facility, infrastructure, or secured site



**SURVEILLANCE:**
A prolonged interest in or taking pictures/videos of personnel, facilities, security features, or infrastructure in an unusual or covert manner



**THEFT/LOSS/DIVERSION:**
Stealing or diverting items—such as equipment, uniforms, or badges—that belong to a facility or secured site



**TESTING SECURITY:**
Probing or testing a facility's security or IT systems to assess the strength or weakness of the target



**AVIATION ACTIVITY:**
Operating or interfering with the operation of an aircraft that poses a threat of harm to people and property



**BREACH/ATTEMPTED INTRUSION/TRESPASSING:**
Unauthorized people trying to enter a restricted area or impersonating authorized personnel



**ACQUIRING EXPERTISE:**
Gaining skills or knowledge on a specific topic, such as facility security, military tactics, or flying an aircraft



**ELICITING INFORMATION:**
Questioning personnel beyond mere curiosity about an event, facility, or operations



**MISREPRESENTATION:**
Presenting false information or misusing documents to conceal possible illegal activity



**CYBER ATTACK:**
Disrupting or compromising an organization's information technology systems



**RECRUITING:**
Attempting to recruit or radicalize others by providing tradecraft advice or distributing propaganda materials



**FINANCING:**
Providing direct financial support to operations teams and contacts, often through suspicious banking/financial transactions



**SABOTAGE/TAMPERING/VANDALISM:**
Damaging or destroying part of a facility, infrastructure, or secured site



**MATERIAL ACQUISITION/STORAGE:**
Acquisition and/or storage of unusual quantities of materials, such as cell phones, radio controllers, or toxic materials



**WEAPON COLLECTION/STORAGE:**
Collection or discovery of unusual amounts of weapons, including explosives, chemicals, or other destructive materials

*"Terrorism-related suspicious activity is any observed behavior reasonably indicative of pre-operational planning related to terrorism or terrorism-related crime."* US Department of Homeland Security



# TERRORISM DEFINITIONS

# TERRORISM DEFINITIONS

**Al-Qa'ida (AQ) -** Al-Qa'ida is an Islamist extremist organization founded in 1988 by Usama bin Ladin and other Arab foreign fighters who fought against the Soviet Union in Afghanistan in the 1980s. It provides religious authority and strategic guidance to its followers and affiliated groups.

**Al-Qa'ida in the Arabian Peninsula (AQAP) -** AQAP is an Islamist extremist organization based in Yemen. It is al-Qa'ida's most active global affiliate.

**Al-Qa'ida in the Indian Subcontinent (AQIS) -** AQIS is an Islamist extremist group that aims to fight the governments of Pakistan, India, Burma, and Bangladesh to establish an Islamic state.

**Al-Qa'ida in the Islamic Maghreb (AQIM) -** AQIM was formed in 2007 and is al-Qa'ida's North African affiliate that aims to overthrow regional governments to institute an Islamic state. In March 2017, AQIM merged with several other regional groups to form Jama'at Nasr al-Islam Wal Muslim.

**Al-Qa'ida Network -** The al-Qa'ida Network is a decentralized organization that relies on social ties and local relationships to share resources among the affiliates.

**Al-Shabaab -** Al-Shabaab is an Islamist extremist organization founded in 2006 that seeks to establish an austere version of Islam in Somalia and also operates in Kenya, Ethiopia, Tanzania, and Uganda.

**Anarchist Extremists -** Anarchist extremists advocate violence in furtherance of movements such as anti-racism, anti-capitalism, anti-globalism, anti-fascism, and environmental extremism.

**Animal Rights Extremists -** Animal rights extremists believe all animals—human and non-human—have equal rights of life and liberty and are willing to inflict economic damage on individuals or groups to advance this ideology.

**Anti-Abortion Extremists -** Anti-abortion extremists are individuals or groups who believe abortion is unethical and that violence is justified against people and establishments providing abortion services.

**Anti-Government Extremists -** Anti-government extremists believe the US political system is illegitimate and force is justified to bring about change. Additionally, this includes individuals who do not necessarily question the legitimacy of government but express their opposition to specific policies, entities, officials, and political parties through threats or acts of violence. This can include militia extremists and sovereign citizen extremists.

**Black Separatist Extremists -** Black separatist extremists are individuals or groups that seek to establish an independent nation for people of African descent through violence and other criminal activity.

**Boko Haram -** Boko Haram is an Islamist extremist organization based in northeastern Nigeria, which also conducts operations in Chad, Cameroon, and Niger.

**Domestic Terrorism -** Domestic terrorism is violence committed by individuals or groups associated primarily with US-based movements, including anti-government, race-based, religious, and single-issue extremist ideologies.

**Environmental Extremists -** Environmental extremists view manmade threats to the environment as so severe that violence and property damage are justified to prevent further destruction.



**TERRORISM DEFINITIONS**

**HAMAS -** HAMAS, an acronym for Harakat al-Muqawama al-Islamiyya, or the "Islamic Resistance Movement," founded in 1987, is an offshoot of the Palestinian Muslim Brotherhood that aims to end the Israeli occupation of Palestinian territory and establish a Palestinian state.

**Hizballah -** Hizballah is an Islamist militant group based in Lebanon and allied with Iran.

**Homegrown Violent Extremists (HVEs) -** HVEs are individuals inspired—as opposed to directed—by foreign terrorist organizations and radicalized in the countries in which they are born, raised, or reside.

**Hurras al-Din -** Hurras al-Din is an Islamist extremist organization based in Syria. It is officially recognized as the Syrian affiliate of al-Qa'ida.

**ISIS -** ISIS, also referred to as the Islamic State of Iraq and Syria, the Islamic State of Iraq and the Levant, the Islamic State, or Daesh, is a Salafi-jihadist militant group that split from al-Qa'ida in 2014 and established its self-proclaimed "caliphate," claiming authority over all Muslims.

**Lashkar-e-Tayyiba (LeT) -** LeT is an Islamist extremist organization focused on attacking and expelling Indians from Kashmir, a northern state in India that borders Pakistan and is home to a Muslim-majority population.

**Militia Extremists -** Militia extremists view the federal government as a threat to the rights and freedoms of Americans. They judge armed resistance to be necessary to preserve these rights.

**Race-Based Extremists -** Race-based extremists seek to establish the superiority of one racial or ethnic group over others through violence or other criminal activity. This includes white supremacist and black separatist extremists.

**Salafi-jihadism -** Salafi-jihadism is an extreme interpretation of Islam in which individuals draw inspiration from multiple foreign terrorist organizations.

**Single-Issue Extremists -** Single-issue extremists participate in violence stemming from domestic, political, or economic issues. This includes animal rights, environmental, and anti-abortion extremists.

**Sovereign Citizen Extremists -** Sovereign citizen extremists throughout the United States view federal, state, and local governments as illegitimate, justifying their violence and other criminal activity.

**Tehrik-e-Taliban Pakistan (TTP) -** TTP is an Islamist extremist organization seeking to overthrow Pakistan's government and expel US forces from Afghanistan.

**Terrorism -** Terrorism is the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives.

**White Supremacist Extremists -** White supremacist extremists believe in the inherent superiority of the white race. They seek to establish dominance over non-whites through violence and other criminal activity.





# NJOHSP
# TERRORISM-RELATED PRODUCTS

# NJOHSP Terrorism-Related Products

## Terrorism Snapshots

**Overview of Domestic and International Terrorist Groups -** www.njohsp.gov/terrorism-snapshots

## Domestic Terrorism

**Conspiracy Theory Likely Leads to Extremist Violence -** https://bit.ly/34OTClo

**Domestic Extremists Embrace Foreign Terrorist Ideologies -** https://bit.ly/365gUnh

**Domestic Terrorism in 2018 -** https://bit.ly/2YmiVIZ

**Homegrown Violent Extremists (HVEs) in the US, 2018 -** https://bit.ly/2PfCPRR

**HVEs: Potential Scenarios -** https://bit.ly/2Ro4D9i

**Lone White Supremacist Extremists Leverage Direct Action -** https://bit.ly/2Ylhjj1

**Moderate Threat From Recently Released Terrorists -** https://bit.ly/2ORocVQ

**Online Manifestos Inspire Other Extremists -** https://bit.ly/389Dv3V

## International Terrorism

**Al-Qa'ida Affiliates Merge With Regional Extremists -** https://bit.ly/2LoPP6P

**Al-Qa'ida Leader Calls for Attacks on 9/11 Anniversary -** https://bit.ly/2rUbcGf

**Al-Qa'ida: Potential Scenarios -** https://bit.ly/34OWP4q

**Attack at Synagogue in Halle, Germany -** https://bit.ly/38bOOsf

**German Politician Assassinated by Far-Right Extremist -** https://bit.ly/2PbI7xS

**Hizballah Sleeper Agent Convicted in Manhattan Federal Court -** https://bit.ly/2PghM1D

**Iranian Citizen Charged With Violating US Export Laws -** https://bit.ly/2rUpgzw

**Iran Uses Social Media to Target the US -** https://bit.ly/2qpAc7R

**ISIS: Potential Scenarios -** https://bit.ly/369R55J

**ISIS Strategically Features Leader in New Video -** https://bit.ly/2PepZna

**ISIS West Africa Posturing For Prolonged Insurgency -** https://bit.ly/2rjscFH

**Multiple Bombing Attacks in Sri Lanka -** https://bit.ly/2YjCuln

**New Zealand Mosque Attacks -** https://bit.ly/2qmBcJK



# NJOHSP TERRORISM-RELATED PRODUCTS

**Paris Attacker Illustrates Insider Threat -** https://bit.ly/2rhpMaK

**US Forces Kill ISIS Leader Abu Bakr Al-Baghdadi -** https://bit.ly/2LofBrE

**US Sanctions on Iran Hamper Hizballah Operations -** https://bit.ly/2Phb4Zm

## SELECT PODCASTS

**After Baghdadi: Implications of the ISIS Leader's Death on the Terrorism Landscape -** https://bit.ly/2rXrmP7

**Fueling the Flames: Extremists' Response to New Zealand Attacks -** https://bit.ly/2ORr8BP

**Looking Into the Future: Potential Scenarios for ISIS and Al-Qa'ida -** https://bit.ly/2LFECyX

**Shifting Allegiances: Domestic Extremists Embrace Foreign Terrorist Ideologies -** https://bit.ly/2Lr8TBk

**Terrorist Release Announcements to Counter Extremist Recidivism Act -** https://bit.ly/2PkAQvC

*For more information on NJOHSP's intelligence products, contact the Analysis Bureau at* analysis@njohsp.gov.

 

**www.njohsp.gov    |    @NJOHSP    |    ohsp@njohsp.gov**