**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, UNNAMED ASSOCIATES 1 - 100. <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD <br><br> Hon. John M. Vazquez, U.S.D.J. <br><br> Oral Argument Requested <br><br> Return Date: February 7, 2022 |

**CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.C.P. Rules 12(b)(2) and 12(b)(6)**

RICHARD TORRES, an attorney admitted to practice in the State of New Jersey and the United States District Court for the District of New Jersey, hereby affirms under penalty of perjury that:

1.    I along with Christopher Marlborough of The Marlborough Law Firm, P.C., represent Defendant Christian Exoo.

2.    I hereby affirm that the following documents were filed and served upon all counsel of record by CM/ECF:

      a.  DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.C.P. Rules 12(b)(2) and 12(b)(6)

      b.  MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS PURSUANT TO F.R.C.P. Rules 12(b)(2) and 12(b)(6)

      c.  DECLARATION OF RICHARD TORRES IN SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT and accompanying Exhibits A through K

      d.  PROPOSED ORDER

      e.  CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.C.P. Rules 12(b)(2) and 12(b)(6)

      f.  MOTION TO STRIKE. CM/ECF Document 115

      g.  MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO STRIKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(F). CM/ECF Document 115-1

h.  PROPOSED ORDER. CM/ECF Document 115-2.

3.  I hereby affirm that the above statements are true under penalty of law.

Dated: January 14, 2022          By:   /s/_____
                                         Richard Torres

                                 **Richard Torres, Esq.**
                                 63 Tooker Avenue
                                 Springfield, New Jersey 07081
                                 E-mail:  richardtorresdna@gmail.com

                                 **THE MARLBOROUGH LAW FIRM, P.C.**
                                 Christopher Marlborough, Esq.
                                 445 Broad Hollow Road, Suite 400
                                 Melville, New York 11747
                                 Phone: (212) 991-8960
                                 Fax: (212) 991-8952
                                 E-mail: chris@marlboroughlawfirm.com

                                 *Counsel for Defendant Christian Exoo*