# Exhibit D-III

# Exoo-Scott Tweets

Incorporated by Reference in SAC at ¶¶ 12, 132, 134, 183



**AntiFash Gordon**
@AntiFashGordon

Say hello to Sean Michael David Scott, a raging antisemite and member of the Proud Boys.

Follow @WANaziWatch for an upcoming call to action to hold Scott accountable for his hate.
❤️🖤✊

>  **WANaziWatch** @WANaziWatch · Sep 16, 2019
> NEW! This article exposes Sean-Michael David Scott as a dangerous anti-Semite. In addition to organizing with the Proud Boys, Sean is a frequent contributer to some of the darkest Nazi chat groups on Telegram.
> pugetsoundanarchists.org/community-aler...
> Show this thread



10:14 AM · Sep 16, 2019 · Twitter for iPhone

24 Retweets   70 Likes





**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

For more on Sean-Michael Scott's history of antisemitism and neo-Nazi ties, see this thread, and the accompanying article.



> **WANaziWatch** @WANaziWatch · Sep 16, 2019
> NEW! This article exposes Sean-Michael David Scott as a dangerous anti-Semite. In addition to organizing with the Proud Boys, Sean is a frequent contributer to some of the darkest Nazi chat groups on Telegram.
> pugetsoundanarchists.org/community-aler...
> Show this thread

10:34 AM · Sep 16, 2019 · Twitter for iPhone

13 Retweets    31 Likes