# Exhibit D-V

# Exoo-Rehl Tweets

Incorporated by reference in SAC at ¶¶ 2, 3, 4, 78 - 84, 88 - 90, 93 – 95, 183

**AntiFash Gordon** @AntiFashGordon · Nov 12, 2018   ···

THREAD: The Proud Boys and other alt-light groups are rallying in Philadelphia on 11/17.

This is Andrew Kovalic, Harrisburg PA Proud Boys Rally Captain. He's doing Security that day.

He works for @comcast. Here he is making a white power gesture in his Comcast uniform.



💬 1.1K      ⇄ 9.1K      ♡ 5.4K      ⬆️



**AntiFash Gordon**
@AntiFashGordon

· · ·

Replying to @AntiFashGordon

2) Here's his Facebook profile, where he lists "Comcast" as his workplace next to the laurel iconography of the Proud Boys, an @splcenter- designated hate group.

@comcastcares-- do you care that your employee Andrew Kovalic is a member of a hate group?



11:04 AM · Nov 12, 2018 · Twitter Web Client

**1,587** Retweets   **81** Quote Tweets   **2,217** Likes



**AntiFash Gordon**
@AntiFashGordon

· · ·

Replying to @AntiFashGordon

3) Andrew also supports antisemitic conspiracy theories.

In their "private" Security chat for 11/17, organizer Jerry Smith says, "Its semitism and identity politics that's the problem."

Andrew made sure to hit "like" on that one.

---

## Jerry Smith

Its semitism and identity politics that's the problem
👍Andrew Kovalic

Oct 30, 2018 1:43pm

---

11:04 AM · Nov 12, 2018 · Twitter Web Client

**479** Retweets   **15** Quote Tweets   **921** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

4) This is the rally Andrew's doing security for:
facebook.com/events/4195628...

It's happening this Saturday, in Philadelphia, right outside Independence Hall.



NOV
17
**We The People Rally**
Public · Hosted by Holly Delcampo and Philly Rally

✓ Interested ▾                    ➤ Share ▾   ···

🕐 Saturday at 11 AM – 3 PM
5 days from now · 34–48°F Mostly Sunny

📍 Independence Hall                              Show Map
143 S 3rd St, Philadelphia, Pennsylvania 19106

11:04 AM · Nov 12, 2018 · Twitter Web Client

**457** Retweets   **15** Quote Tweets   **671** Likes


**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

5) Zach Rehl and Holly Delcampo are the organizers.

The heads of security are Jerry "I'm a gross antimsemite" Smith and Dino Kay. (I'll get to them later on in the week.)



11:04 AM · Nov 12, 2018 · Twitter Web Client

**324** Retweets    **4** Quote Tweets    **566** Likes



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

6) They're trying to present the rally as a pro-American rally.

Except that they're lying to the press while they openly court hate groups to attend.

11:04 AM · Nov 12, 2018 · Twitter Web Client

**295** Retweets   **3** Quote Tweets   **730** Likes



AntiFash Gordon
@AntiFashGordon

Replying to @AntiFashGordon

7) Here's organizer Zach Rehl telling @PhillyInquirer that "First of all, it's not a rally for Proud Boys. We're not interested in having any racist groups there, and if we find them, we're going to remove them from the event."

www2.philly.com/philly/news/pr...



11:04 AM · Nov 12, 2018 · Twitter Web Client

**243** Retweets   **6** Quote Tweets   **463** Likes



**AntiFash Gordon**
@AntiFashGordon

• • •

Replying to @AntiFashGordon

8) When Proud Boy Thomas Savasta asks Head of Security Jerry Smith what to wear to the rally, Jerry tells him "dress like a Proud Boy."



11:04 AM · Nov 12, 2018 · Twitter Web Client

**312** Retweets   **12** Quote Tweets   **582** Likes



**AntiFash Gordon**
@AntiFashGordon

· · ·

Replying to @AntiFashGordon

9) Rally organizer Holly Delcampo invited Proud Boy goon Alan Swinney to attend.

Jerry Smith added him to the Security chat, too.

And Alan says, "Count me in."



11:04 AM · Nov 12, 2018 · Twitter Web Client

**239** Retweets   **8** Quote Tweets   **440** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 12, 2018   •••

Replying to @AntiFashGordon

10) I've threaded on Swinney before. You can read all about him here.

Note that his Patreon has since been cancelled:

>  **AntiFash Gordon** @AntiFashGordon · Oct 19, 2018
> THREAD:
>
> This is Proud Boy Alan Swinney. He travels the country, attending Patriot Prayer rallies alongside Joey Gibson and Tiny Toese, physically beating people who object to his fascist politics.
>
> How does he afford it? He raises money online via @Patreon and @Fundly.
>
> Show this thread
>
> 

  ♡ 1          ⟲ 273          ♡ 472          ⬆



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

11) Swinney has a history of violence.

He caught an assault charge in Texas for strangling a family member in 2012. And another for violating a protective order in 2014.

And he did the same thing to a protester in Providence on 10/6.



11:04 AM · Nov 12, 2018 · Twitter Web Client

**288** Retweets    **8** Quote Tweets    **518** Likes



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

12) Side note-- misogyny and gender-based violence is a cornerstone of alt-right organizing.

I went more in-depth about that here:

> **AntiFash Gordon** @AntiFashGordon · Nov 4, 2018
> THREAD: We need to talk about misogyny, intimate partner violence, and far-right organizing.
>
> It's all around us, and we need to acknowledge it:
> apnews.com/dea39b8b45d247...
>
> Show this thread

11:04 AM · Nov 12, 2018 · Twitter Web Client

**254** Retweets   **1** Quote Tweet   **616** Likes

**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

13) And it's not just Proud Boy goons who are coming out.

Keystone United (formerly Keystone State Skinheads) organizer Bob Gaus announced that he'd be attending.



11:04 AM · Nov 12, 2018 · Twitter Web Client

**231** Retweets   **5** Quote Tweets   **424** Likes



**AntiFash Gordon**
@AntiFashGordon                          · · ·

Replying to @AntiFashGordon

14) @PhillyANTIFA profiled recently Bob Gaus here:
phillyantifa.org/keystone-unite...

11:04 AM · Nov 12, 2018 · Twitter Web Client

**127** Retweets    **306** Likes

 **AntiFash Gordon**
@AntiFashGordon                                          · · ·

Replying to @AntiFashGordon

15) So how do we fight back?

First, follow @PushBackCmpgn to get updates on the
counter-rally.

Second, if you can, join the counterprotesters on the
streets on 11/17.

Third, I'll be putting out the employer contact info of
key organizers all week.

Contact them.





**WHEN:**
November 17th, 2018
11:00AM (But get there early)

**WHERE:**
INDEPENDENCE VISITOR CENTER
599 Market Street / (6th & Market)
Philadelphia PA 19106

**BRING:**
Water, warm clothes, signs,
noisemakers, comfortable shoes,
Your friends!

Far-right groups with ties to Neo-Nazis known as the "Proud Boys"
and the "Three Percenters" are planning to attend a rally in
Philadelphia on November 17th called "We the People". They
provoke and attack people on the streets who they deem to be
unworthy of their far-right, fascist vision of the country. The Proud
Boys were present in Charlottesville, terrorize residents in the
cities of Portland, New York, and Providence, and have been
listed as a hate group by the *Southern Poverty Law Center.*

The residents and allies of Philadelphia must stand in opposition
to this escalation of the far-right's push into the city's culture and
politics.

We are urging that people recognize the **seriousness and danger
of this situation**, and come out to oppose them on November
17th at the Independence Visitor Center (6th & Market) in Center
City Philadelphia. There is safety in numbers, so to ensure the
protection of vulnerable individuals and communities, it is
imperative that as many people as possible show up in
opposition. To get involved, please contact the #pushback
campaign at the address below.

**#PUSHBACK
CAMPAIGN**                    TWITTER: @PUSHBACKCMPGN
                              PUSHBACKCAMPAIGN@PROTONMAIL.COM

♡ 8          ⟲ 324          ♡ 606          ↑



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

16) For today, you can contact @comcast and @comcastcares to tell them that Andrew Kovalic, one of their employees in Harrisburg, PA, is a member of the Proud Boys, an @splcenter-designated hate group.

And that he's doing security for a fascist rally on Saturday.



11:04 AM · Nov 12, 2018 · Twitter Web Client

**1,237** Retweets    **261** Quote Tweets    **1,203** Likes

 **AntiFash Gordon**
@AntiFashGordon                    · · ·

Replying to @AntiFashGordon

17) I'll be putting out more ways you can help every day this week.

Hate has consequences, but only when we organize as a community.

The cops won't protect us.

Who protects us?

We protect us.

No hate in our streets.

No hate in our workplaces.

¡No pasarán!



11:04 AM · Nov 12, 2018 · Twitter Web Client

**218** Retweets    **10** Quote Tweets    **886** Likes



**AntiFash Gordon**
@AntiFashGordon

THREAD: Far-right groups are organizing a "We the People" rally in Philadelphia for Saturday, 11/17.

They're also planning violence against protesters.

This is a screenshot from their leaked security chat, where they discuss what weapons they can legally bring.



12:22 PM · Nov 14, 2018 · Twitter Web Client

**292** Retweets   **59** Quote Tweets   **272** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

2) And in the above screenshot, that's Head of Security Jerry Smith talking with Proud Boy Alan Swinney.

This is rally organizer Holly Delcampo introducing Jerry as the head of security.



12:22 PM · Nov 14, 2018 · Twitter Web Client

**18** Retweets   **1** Quote Tweet   **44** Likes





**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

4) I've threaded on Alan Swinney before, too.

He's a Proud Boy who travels the country attacking protesters at rallies. He funds his trips with online donations.

He was in Providence attacking protesters on 10/6.



12:23 PM · Nov 14, 2018 · Twitter Web Client

**15** Retweets    **32** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

5) Holly Delcampo's co-organizer, Zach Rehl, told the @PhillyInquirer that this isn't a rally for Proud Boys.

He was lying.

In fact, the leaked security chats show that Proud Boys have been involved every step of the way here.



Group organizing pro-America, pro-Trump rally says it won't tolerate racists
The Southern Poverty Law Center identifies the Proud Boys as a hate group.
🔗 inquirer.com

12:23 PM · Nov 14, 2018 · Twitter Web Client

**22** Retweets   **4** Quote Tweets   **43** Likes

 **AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

6) In fact, Zach Rehl is a Proud Boy himself.

Here he is telling fellow Proud Boy Thomas Savasta to join the Proud Boys USA group on MeWe.

---

**Zach Rehl**

@Savasta Bigt Thomas Join Proud Boys USA if you get on Mewe

Oct 31, 2018 10:24am

---

12:23 PM · Nov 14, 2018 · Twitter Web Client

**15** Retweets   **3** Quote Tweets   **28** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018                ···

Replying to @AntiFashGordon

7) And that's not all.

This is Andrew Kovalic, the Harrisburg PA Proud Boys Rally Captain.

He's part of the leaked security planning chat.

 **AntiFash Gordon** @AntiFashGordon · Nov 12, 2018

THREAD: The Proud Boys and other alt-light groups are rallying in Philadelphia on 11/17.

This is Andrew Kovalic, Harrisburg PA Proud Boys Rally Captain. He's doing Security that day.

He works for @comcast. Here he is making a white power gesture in his Comcast uniform.

Show this thread



 ○ 5          ⇄ 19          ♡ 29          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018   ···

8) The Harrisburg Proud Boys are known for violence, too.

They came to Providence, RI on 10/6 to attack protesters at a Resist Marxism rally.

This is former Proud Boy Mike Zimmerman tagging them there, saying they were "Crushing antifa skulls."



◯ 3          ⇄ 16          ♡ 32          ↑

 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018                    •••

9) The Harrisburg Proud Boys President, Maxwell Hare, is currently facing felony charges Attempted Gang Assault for attacking protesters in NYC on 10/12.



Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and their associates.'
🔗 gothamist.com

💬 2          ⟲ 17          ♡ 28          ⬆



 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018                                    · · ·

11) He's bringing literal neo-Nazis with him.

You can read more about Bob Gaus here, courtesy of @PhillyANTIFA.
phillyantifa.org/keystone-unite...

💬 1                    ⟲ 12                    ♡ 24                    ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018   ...

12) This is John Hodish, a member of the rally security team.

He runs a militia called the Pennsylvania Lone Wolves that he'll be bringing to the rally.



John Hodish

Greater Pittsburgh Area

MSMHC (Selfemployed)

Individual & Family Services

💬 2          ⟲ 13          ♡ 26          ⬆





**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

14) So are Hodish's descriptions of the rally.

**John Hodish**
October 4 at 8:03 AM · 🌐                                    ···

IT WON'T STOP UNTIL ISLAM IS OUT OF THIS COUNTRY AND ANTI-
AMERICAN HATE GROUPS ARE CRUSHED

👍❤️ 15

👍 Like                          ↪ Share

**John Hodish**
October 4 at 8:07 AM · 🌐                                    ···

WE NEED ALL PATRIOTS AND LEGIT MILITIAS TO COME TO PHILLY
NOVEMBER 17TH TO CRUSH ANTIFA AND OTHER ANTI AMERICAN
GROUPS.....

👍 13                                        2 Comments  2 Shares

👍 Like                          ↪ Share

**John Hodish**
October 2 at 11:25 AM · 🌐                                   ···

I NEVER LIKED LOSING IN THE STREETS, ANTIFA AND OTHER ANTI-
AMERICAN GROUPS ARE WINNING, WHOSE GONNA STAND UP AND
FIGHT, NOWS THE TIME. NOVEMBER 17TH WE THE PEOPLE RALLY IN
PHILLY, BE THEIR AT- 11 TO KICK ASS, SIGN UP HERE

👍 2

👍 Like                          ↪ Share



 **AntiFash Gordon**
@AntiFashGordon

· · ·

Replying to @AntiFashGordon

15) This isn't an innocent conservative rally.

Violent hate groups like the Proud Boys and the Keystone State Skinheads are going to be there.

So are armed far-right militias like the Lone Wolves.

12:23 PM · Nov 14, 2018 · Twitter Web Client

**15** Retweets   **38** Likes



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

16) You can read more about these groups and their associations here.



Hate Group Figures Are Coming to Philadelphia's Pro-Police Rally - Rewire New...
An upcoming rally to purportedly support police officers and ICE agents will include leaders of fascist groups, as anti-fascist groups push city officials to pull ...
🔗 rewirenewsgroup.com

12:23 PM · Nov 14, 2018 · Twitter Web Client

**17** Retweets   **27** Likes



**AntiFash Gordon**
@AntiFashGordon

Replying to @AntiFashGordon

17) So what can you do?

First, if you're comfortable signing your name to a petition, add your signature here to ask the city of Philadelphia to revoke the rally permit.



No White Supremacists in Philly!
We the people - im/migrants, people of color, LGBTQ folks, women, Muslims, Jews and all workers who oppose racism and bigotry - say NO to the planned ...
🔗 actionnetwork.org

12:23 PM · Nov 14, 2018 · Twitter Web Client

**14** Retweets  **36** Likes



**AntiFash Gordon**
@AntiFashGordon                                    ···

Replying to @AntiFashGordon

18) Second, follow my account.

I'll be posting employment details for the rally
organizers all week.

Contact their employers.

Show them that hate has consequences.

You can start here.



12:23 PM · Nov 14, 2018 · Twitter Web Client

**16** Retweets   **1** Quote Tweet   **31** Likes



**AntiFash Gordon**
@AntiFashGordon

···

Replying to @AntiFashGordon

19) And if you're able, join protesters on Saturday, 11/17, to tell these groups that hate has no place in Philadelphia.

Independence Visitor Center, 6th & Market Streets, Philadelphia, PA 19106.

Follow @PushBackCmpgn for more details.



**WHEN:**
November 17th, 2018
11:00AM (But get there early)

**WHERE:**
INDEPENDENCE VISITOR CENTER
599 Market Street / (6th & Market)
Philadelphia PA 19106

**BRING:**
Water, warm clothes, signs,
noisemakers, comfortable shoes,
Your friends!

Far-right groups with ties to Neo-Nazis known as the "Proud Boys" and the "Three Percenters" are planning to attend a rally in Philadelphia on November 17th called "We the People". They provoke and attack people on the streets who they deem to be unworthy of their far-right, fascist vision of the country. The Proud Boys were present in Charlottesville, terrorize residents in the cities of Portland, New York, and Providence, and have been listed as a hate group by the *Southern Poverty Law Center.*

The residents and allies of Philadelphia must stand in opposition to this escalation of the far-right's push into the city's culture and politics.

We are urging that people recognize the **seriousness and danger of this situation**, and come out to oppose them on November 17th at the Independence Visitor Center (6th & Market) in Center City Philadelphia. There is safety in numbers, so to ensure the protection of vulnerable individuals and communities, it is imperative that as many people as possible show up in opposition. To get involved, please contact the #pushback campaign at the address below.

 **#PUSHBACK CAMPAIGN**

TWITTER: @PUSHBACKCMPGN
PUSHBACKCAMPAIGN@PROTONMAIL.COM

12:23 PM · Nov 14, 2018 · Twitter Web Client

**23** Retweets    **2** Quote Tweets    **42** Likes

 **AntiFash Gordon**
@AntiFashGordon ···

Replying to @AntiFashGordon

20) The police won't protect us.

We need to stand up and defend our communities.

If you've ever wondered what you would during the fascists' rise to power, you're doing it now.

Fascism is coming, and only we can stop it.

¡No pasarán! 
</thread>

12:23 PM · Nov 14, 2018 · Twitter Web Client

**15** Retweets   **54** Likes

 **AntiFash Gordon**
@AntiFashGordon                                    •••

Replying to @AntiFashGordon

Also, reports are indicating that Proud Boys founder
Gavin McInnes is in Philadelphia now.

I'll update if I hear more.
twitter.com/ToomeyMemes/st...

This Tweet is unavailable.

12:34 PM · Nov 14, 2018 · Twitter Web Client

**19** Retweets   **31** Likes



"As far as any actual 'hate groups,' I am not aware of their planned attendance," Rehl told PhillyVoice this week. "If anyone thinks this rally is a platform to display hate or intolerance for any group, then they have the wrong idea for what this event is about and we ask they stay home to avoid any issues.

"We have done everything we could to assert the fact that this is a rally to celebrate and honor our constitution, so any display of hate is not tolerated and they will be asked to leave the area."

7:00 AM · Nov 16, 2018 · Twitter for iPhone

**6** Retweets   **1** Quote Tweet   **19** Likes



**Brian P. Hickey** @BrianPHickey · Nov 16, 2018

Replying to @AntiFashGordon

I saw that thread. In fact, it's linked in a story which notes that organizers' claims that hate groups won't be present have been called into question.

> Three days out, some 570 people have signed a petition titled "No White Supremacists in Philly!" which calls on the city and the National Parks Service, which has jurisdiction over the site, to "stop this demonstration." That sentiment has been echoed in stories online and social media streams calling into question the organizers' repeated stance that hate or violence will not be welcome at the event.

💬 2          🔁 1          ♡ 1          ⬆

