# Exhibit D-VI

# Exoo-Hartley Tweets

Incorporated by reference in SAC at ¶¶ 6, 108-111

 **AntiFash Gordon**
@AntiFashGordon

···

THREAD: This is Steve Hartley, President of the Philadelphia Proud Boys, an @splcenter-designated hate group.

He's Logistics Manager for @Amexpediting, a same-day courier service.

@Amexpediting, do you really want to give a hate group member access to people's home addresses?





**Steve Hartley**
Member since November 2018

Philadelphia Chapter President

City
Philadelphia, PA

2:14 PM · Nov 29, 2018 · Twitter Web Client

**113** Retweets    **15** Quote Tweets    **235** Likes



AntiFash Gordon @AntiFashGordon · Nov 29, 2018

Replying to @AntiFashGordon

2) Steve's a longtime member of the group, too.

This is him posting about the group on Reddit in 2016.

Posted by u/fortheloveoffrothbard 2 years ago

**11**

# Proud Boy locations

[removed]

💬 47 Comments   ➤ Share   🔖 Save   ⋯

🔖 **This thread is archived**
New comments cannot be posted and votes cannot be cast

SORT BY  BEST  ▼

steve_hartley  6 points  ·  2 years ago

Philadelphia, Pa.

Share  Report  Save

JuiceTerryLawson  3 points  ·  2 years ago

2 for Philly Uhuru

Share  Report  Save

💬 1          🔁 3          ♡ 52          ↥

 **AntiFash Gordon** @AntiFashGordon · Nov 29, 2018    ···

3) And not only has Steve been a Proud Boy since they were founded, he's got deep connections with neo-Nazi members of the group.

This is him with Salvatore Cipolla.



💬 3          ⟲ 10          ♡ 59          ⬆️



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

4) And who is Sal Cipolla?

He's a neo-Nazi who openly posts literal antisemitic Nazi propaganda on Facebook.







**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

5) And Sal just keeps going.

This is the kind of person Steve Hartley associates with in the Proud Boys.

And @Amexpediting is giving Steve access to people's home addresses.











**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018                    · · ·

6) Here's Steve with the other Proud Boys at an August meetup.

Note that they're using the "okay" symbol used as an in-joke by white nationalists.





AntiFash Gordon @AntiFashGordon · Nov 29, 2018 · · ·

7) You can call @Amexpediting at (484) 540-8180 to tell them that one of their employees, Steve Hartley, is the President of the Philadelphia Proud Boys, a violent hate group.

💬 1          ↻ 13          ♡ 67          ⬆️



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018                          •••

8) Nationwide, the Proud Boys are a threat.

They showed up in Providence on 10/6 to attack protesters.

And in NYC on 10/12, the nine Proud Boys beat three protesters.

Harrisburg PA Proud Boy Max Hare is facing felony charges for that now.



Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and
their associates.'
🔗 gothamist.com

💬 2              ↻ 10              ♡ 58              ↥

 **AntiFash Gordon** @AntiFashGordon · Nov 29, 2018   ···

9) And yet, @Amexpediting is okay with giving not just a member, but a chapter President, Steve Hartley, people's home addresses as part of his work duties.

Call them and tell them that's not okay with you: (484) 540-8180





 **Steve Hartley**
Member since November 2018

Philadelphia Chapter President

**City**
Philadelphia, PA

**Steve S Hartley**   

American Expediting Company
Works at American Expediting Company
Lives in Philadelphia, Pennsylvania



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018

10) The police won't protect us here, folks.

We need to step up and protect our own communities.

We need to show these people that hate has consequences.

And you can do that with the direct action of getting them fired.

💬 1          ↻ 6          ♡ 50          ↥



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018 · · ·

11) Getting fascists fired works.

The people of Philadelphia stood up two weeks ago to say "NO" to hate and get Proud Boy Andrew Kovalic fired.

Comcast Fires Employee Targeted Over Reported Ties to Hate Group
Andrew Kovalic, an alleged member of the Proud Boys, was the subject of a petition by the Philadelphia-based Media Mobilizing Project.
🔗 phillymag.com

💬 1          ⇅ 7          ♡ 57          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 29, 2018                              ···

13) So contact @Amexpediting and tell them that their employee, Steve
Hartley, is a member of the Proud Boys, a violent hate group.

And that he poses for photos in Proud Boy shirts while giving the "okay"
sign, a symbol associated with white nationalism.

🗨 5                    ⟲ 7                    ♡ 42                    ⬆









**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

Replying to @AntiFashGordon

4/ Exposing Harrisburg PA Proud Boy Matt Reidinger?

Yup.

That was me and @GrittyIsWatchin.

> **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018
>
> THREAD: This is Harrisburg PA Proud Boys Sergeant-at-Arms Matt Reidinger.
>
> He came to Providence to attack protesters on 10/6.
>
> He works at the Irish Isle Provision Co in Coal Township, PA.
>
> You can call them (570) 648-6893 or visit their Facebook page: facebook.com/pages/category...
>
> Show this thread
>
> Matt Reidinger
>
> I Am A Western Chauvinist And I Refuse To
>
> ...ESTIC TERRORIST

◯ 3          ⟳          ♡ 9          ⬆

 **AntiFash Gordon** @AntiFashGordon · Dec 6, 2018   ···
5/ Leaking the security chats from 11/17 fascist rally in Philly, showing that
not only were organizers planning on having hate groups like the Proud Boys
attend, but they were also planning violence against counterprotesters?

Me an @GrittyIsWatchin.

 **AntiFash Gordon** @AntiFashGordon · Nov 14, 2018
THREAD: Far-right groups are organizing a "We the People" rally in
Philadelphia for Saturday, 11/17.

They're also planning violence against protesters.

This is a screenshot from their leaked security chat, where they discuss
what weapons they can legally bring.

Show this thread

 lawful purpose" the same with
brass buckles and snaps and
sap gloves. No double sided
knives considered daggers
and no swords all covered
under no lawful purpose for
self defense.

Alan

Flags and flag poles. Mace
cans small enough to fit in
your pocket. Sabre is sold at
Wal-Mart $10. Everyone
needs a can. When they start
spraying us, and they will, we
return the favor 10 fold. We'll
be able to walk out and
disarm them all after that.



 Jerry

Wooden stakes only for signs.
no metal flag poles. I have not
seen an ordinance on length



**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

6/ If you like my account, you're going to love @GrittyIsWatchin.

We're going to get some fascists fired.

But we need your help to do it.

💬 1          🔁 2          ♡ 14          ⬆️

**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

7/ Fundamentally, anti-fascism is about a community stepping up to protect itself.

And that's exactly what @GrittyIsWatchin is.

Go follow that account now.

💬 1          🔁          ♡ 20          ⬆️

**AntiFash Gordon** @AntiFashGordon · Dec 6, 2018

8/ Starting next week, @GrittyIsWatchin will be posting the names and employment information of Philadelphia Proud Boys.

But we need your help to get them fired.

Follow @GrittyIsWatchin, and wait for the action alerts next week.

Don't let fascists stay employed. ❤️🖤💛

💬 3          🔁 9          ♡ 26          ⬆️