# Exhibit D-VII

# Exoo-Tucci Tweets

Incorporated by reference in SAC at ¶¶ 7, 113-116



**AntiFash Gordon**
@AntiFashGordon

SHARE THIS: Comrades, @EyesOfGritty just caught a 12-hour shadowban for posting a Proud Boy's employment info.

This is Proud Boy Mark Anthony Tucci. He works at Aldo's Pizzarama in Philly.

Call them at 215-698-8110 and ask why they are employing a proud member of a hate group.

 **permanentlymarked**



  

16 likes
**permanentlymarked** #usa #proudboys
AUGUST 11







Case 2:20-cv-12880-JMV-JSA   Document 119-12   Filed 01/14/22   Page 7 of 9 PageID: 3738



Exhibit D-VII - Exoo-Tucci Tweets                                                                                             Page | 7



**PinskyZinsk** @PinskyZinsk · Dec 10, 2018

Well he sounded very sincere. Said the guy has always been respectful to him. I said well of course he was, that's common sense. Okay, I feel like I've done my part, carry on.

💬 1    🔁    ♡    ⤴

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

That's great. He still lied to you.

💬 1    🔁    ♡ 6    ⤴

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

You could accept that he's a member of a hate group, or you could, y'know, try reading the fucking thread?

💬 1    🔁    ♡ 10    ⤴

**AntiFash Gordon** @AntiFashGordon · Dec 10, 2018

Hey, no shame in delivering pizza for a living. Work is work.

But there's *loads* of shame in being a fascist, which is why we're getting him fired. ❤🖤✊

💬 3    🔁 1    ♡ 20    ⤴

**AntiFash Gordon** @AntiFashGordon · Dec 11, 2018

Yeah, they were lying about it last night, too, saying he hadn't worked there in a month.

But he live-streamed himself making pizzas there yesterday morning, just hours before the dox went live.

Keep calling, folks.

Let them know that supporting hate has consequences.

💬    🔁    ♡ 1    ⤴