# Exhibit D-VIII

# Exoo-Reidiger Tweets

Incorporated by reference in SAC at ¶¶ 10, 122-124







# Matt Reidinger

I Am A Western Chauvinist And I Refuse To Apologize For Creating The Modern World.



 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018 · · ·

Replying to @AntiFashGordon

2) In fact, he was tagged as being in Providence by former Proud Boy Mike Zimmerman.

And when someone asked what they were doing there, Zimmerman replied, "Crushing antifa skulls."



 **Matt Reidinger**
March 3 · 🌐



 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018    ···

Replying to @AntiFashGordon

3) The President of the Harrisburg PA Proud Boys-- the chapter to which Reidinger belongs-- is Maxwell Hare, who is currently facing felony riot and gang assault charges for his role in the 10/12 attacks on protesters in NYC.



Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and their associates.'
🔗 gothamist.com

💬 2          ⟲ 18          ♡ 60          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018

4) Reidinger proudly posted this group photo of the Proud Boys after they attacked protesters in Providence on 10/6.

He replies to a comment from Proud Boy Kenny "Rad" Lizardo, saying, "What a day brother. Fucking great time."



 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018 · · ·

5) Lizardo is the Proud Boy who drove hundreds to miles to threaten videographer Vic Berger at his home for posting a satirical video mashup of Proud Boys founder Gavin McInnes.



A Member Of The Far-Right Proud Boys Menaced A Twitter User On Hi...
A videographer made fun of the far-right extremist group online, so they showed up at his house.
🔗 huffpost.com

💬 2          ↺ 15          ♡ 57          ↑



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018                                     · · ·

6) Reidinger also posts frequent violent imagery bragging about the violence perpetrated by the Proud Boys.

The first image here bears the logo of both the Proud Boys and Anti-Communist Action.





Matthew Reidinger
November 5 · 🌐

💬 1          🔁 10          ♡ 43          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018   ···
7) And when a commenter on the Anti-Communist Action says, "kill red,"
Reidinger heart reacted.

(Also note Kenny Lizardo again talking to Reidinger.)



 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018    ...

8) As shown by leaked Discord chats from @UR_Ninja, Anti-Communist Action, is a neo-Nazi-affiliated group that did security for Richard Spencer in Gainesville, and helped organize its members to attend the first Unite the Right in 2017.



Discord Logs Show Neo-Nazi Agenda Behind 'Anti-Communist Action' ...
Charlottesville, VA – In the months since the Unite The Right rally led to the death of Heather Heyer and triggered a massive backlash, new ...
🔗 unicornriot.ninja

 1          ♻ 10          ♡ 38          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018       •••

9) Within the chat, this is how one member of Anti-Communist Action described the group.



♡ 1          ⟳ 13          ♡ 45          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018 · · ·

10) And in his Facebook profile, Reidinger lists his employment as "shover at Helicopter."

This is a reference to the extrajudicial killings of leftist organizers performed by Augusto Pinochet's regime in Chile. (See here: en.wikipedia.org/wiki/Death_fli...)



$\bigcirc$ 1          $\downarrow\uparrow$ 6          $\heartsuit$ 39          $\uparrow$



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018          · · ·

11) Reidinger was also supposed to perform security functions at the 11/17 fascist rally in Philadelphia.

In this Facebook screenshot, he claims that Black Lives Matter is "attending to start violence."



**Tonya Alexis**
Sound interesting

3h     Like     Reply

**Matt Reidinger**
Antifa, BLM, Black Panthers other groups are counter protesesting. AKA they're attending to start violence.

3h     Like     Reply

**Amy Thomas**
keep a look out for RAM Philly, they are dangerous

3h     Like     Reply

**Matt Reidinger**
**Amy Thomas** Well aware of them.

3h     Like     Reply



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018                    •••

12) So what can we do to fight hate in our communities?

Get him fired.

Reidinger works at the Irish Isle Provision Co in Coal Township, PA.

You can call them (570) 648-6893 or visit their Facebook page:
facebook.com/pages/category...

💬 3              ⟲ 20              ♡ 66              ↑



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018

13) Tell them that their employee, Matt Reidinger, is the Sergeant-at-Arms of the Harrisburg PA Proud Boys, a group that has traveled across state lines to attack protesters at fascist events.

💬 1          ⟲ 7          ♡ 39          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018    ···

14) Tell them that the Proud Boys have been officially designated as a hate group by the @splcenter.



Proud Boys
Subscribe to the Sounds Like Hate podcast to learn more about hate groups like the Proud Boys.   Established in the midst of the 2016 …
🔗 splcenter.org



💬 1              ⟲ 7              ♡ 33              ⬆️



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018  ···

15) Tell them that-- as recently revealed by @jason_a_w-- the Proud Boys have been designated as an extremist organization by the FBI.



FBI now classifies far-right Proud Boys as 'extremist group', documents...
Group is now designated 'with ties to white nationalism' according to report produced by Washington law enforcement
🔗 theguardian.com

💬 1          🔁 8          ♡ 41                    ⬆️



**AntiFash Gordon** @AntiFashGordon · Nov 22, 2018                    · · ·

16) And tell them that their employee, Matt Reidinger is the Sergeant-at-Arms of one of the most vicious Proud Boys chapters in the country.

💬 2            ⟳ 7            ♡ 34            ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018   ···

17) We just did this last week to another Harrisburg PA Proud Boy, Andrew Kovalic, who was fired from Comcast due to your outcries.

And we can do it again, right now, to Matt Reidinger.



Comcast Fires Employee Targeted Over Reported Ties to Hate Group
Andrew Kovalic, an alleged member of the Proud Boys, was the subject of a petition by the Philadelphia-based Media Mobilizing Project.
🔗 phillymag.com

 1          ⟲ 7          ♡ 53          ⬆



AntiFash Gordon @AntiFashGordon · Nov 22, 2018

18) We can beat back hate in our communities, folks.

As we saw in Philadelphia on 11/17, the cops won't protect us here.

They beat our side with batons and let the Proud Boys walk through our crowd.

We need to protect us.

Get them fired.
❤️🖤🤏
</thread>

💬 3          🔁 10          ♡ 75          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 22, 2018                          ···

UPDATE: The store Matt works at just took down their Facebook page, which is weird, since they could just leave it up and announce that they won't be employing hate group members like Matt Reidinger.

But go ahead and let them know on their Yelp page. yelp.com/biz/irish-isle...

♡ 6                    ⇄ 23                    ♡ 70                    ⬆️



 **AntiFash Gordon** @AntiFashGordon · Nov 27, 2018   ···

THREAD: Let's get another Proud Boy fired.

This is Harrisburg PA Proud Boys Sergeant-at-Arms Matt Reidinger.

He came to Providence to attack protesters on 10/6.

He *still* works at the Irish Isle Provision Co in Coal Township, PA.

You can call them (570) 648-6893



⟳ 17          ⟲ 227          ♡ 250          ⬆





**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018

3) If you google the Irish Isle Provision Company, you can leave a Google Review here: google.com/search?q=Irish...

○ 2          ⊔↱ 7          ♡ 32          ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 27, 2018                    ⋯

4) They've got their goons leaving fake reviews to get their numbers bumped up.

Here's Sonny Sullivan, one of the Philadelphia-area fascist who runs Sports, Beer, and Politics, where he posts under the pseudonym "Shekel Steinberg."







**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018     ···

5) And if you do call (570) 648-6893, what should you tell them about Proud Boy Matt Reidinger?

Tell them that he showed up in Providence with his Proud Boy buddies to attack protesters on 10/6.



Michael Zimmerman is with Glen Carter and 5 others at Rhode Island.
October 6 at 3:06 PM · 🌐

John Stewart
Matt Reidinger
Trevor Scott Resue
Jeff Blair
Maxwell Hare

Well we survived we held the line we did not yield and didn't kneel!!!!
#POYB
#UHURU!!!!

Rhode Island
Region
282,451 people checked in here          Save

👍❤ 11                                    2 Comments

Amanda Cravens-Leisure What are you hooligans doing in that tiny state??
Like · Reply · 2d

Michael Zimmerman Amanda Cravens-Leisure crushing antifa skulls
Like · Reply · 2d



**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018     ···
6) Tell them that Matt Reidinger belongs to the Proud Boys, an @splcenter-designated hate group that's newly under the leadership of J.L. Van Dyke, a white nationalist.

The Proud Boys Are Imploding
The extremist gang's leader is trying to bail, its members are in jail, and the FBI is on its tail.
🔗 huffingtonpost.ca

💬 1            ↻ 9            ♡ 26            ⬆

 **AntiFash Gordon** @AntiFashGordon · Nov 27, 2018   ···

7) Tell them that Reidinger is the Sergeant-at-Arms of the Harrisburg Proud Boys, a crew whose President, Max Hare, is currently facing felony charges for attacking protesters in NYC on 10/12.



Proud Boy Who Allegedly Threw First Punch At Protesters Charged Wit...
'This defendant was the most violent attacker of the Proud Boys and their associates.'
🔗 gothamist.com

 1           9           22          ⬆️

 **AntiFash Gordon** @AntiFashGordon · Nov 27, 2018   ···

8) Tell them that Matt Reidinger gleefully posted group shots from 10/6 on Facebook, calling the attacks on protesters "A fucking great time."



1:29 PM · Nov 27, 2018 · Twitter Web Client

**8** Retweets   **28** Likes

 **AntiFash Gordon** @AntiFashGordon · Nov 27, 2018    ···

9) Tell them that Matthew Reidinger frequently posts violent imagery, bragging about Proud Boy attacks on people.

The first photo below depicts the logo of "Anti-Communist Action," a neo-Nazi affiliated group.



 **Matthew Reidinger**
November 5 · 🌐





**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018

10) @UR_Ninja exposed the neo-Nazi agenda of Anti-Communist Action when it leaked their Discord chats in November 2017.

Discord Logs Show Neo-Nazi Agenda Behind 'Anti-Communist Action'...
Charlottesville, VA – In the months since the Unite The Right rally led to the death of Heather Heyer and triggered a massive backlash, new ...
🔗 unicornriot.ninja



**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018 ···

11) We just did this a few weeks ago, folks, when we got Proud Boy Andrew Kovalic fired from Comcast on a national stage.

Comcast Fires Employee Targeted Over Reported Ties to Hate Group
Andrew Kovalic, an alleged member of the Proud Boys, was the subject of a petition by the Philadelphia-based Media Mobilizing Project.
🔗 phillymag.com

💬 1          🔁 7          ♡ 33          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018

12) We just need to keep the pressure up on the Irish Isle Provision Co in Coal Township, PA.

You can call them (570) 648-6893

Or you can leave them a Google Review telling the world about their employee who belongs to a hate group.

💬 1          🔁 11          ♡ 32          ⬆



**AntiFash Gordon** @AntiFashGordon · Nov 27, 2018    ···
13) Remember, folks-- the police won't protect us here.

It's up to us to defend our communities from violent hate groups like the Proud Boys.

Getting them fired works.

We need to deplatform them in every way possible.

We've done this before. Let's do it again. ❤️🖤💛

💬 3          🔁 13          🤍 69          📤

