Exhibit G

WANaziWatch-Scott Tweets

Incorporated by reference in SAC ¶¶ at 12, 132, 134, 135, 136, 183





**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

You may have seen Sean at right-wing events in Seattle, Tacoma, and/or Portland. Sean was seen at times wearing the skull mask affiliated with the Atomwaffen Division. After one event he sent Atomwaffen propaganda to leftist Twitter accounts.




 **Francisco Franco Bahamonde**
@caudillopraxis

Read siege



11:39 · 28 Jun 19 · Twitter for iPhone











**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean aka "The Gael" was also discovered in Nazi Telegram chats with the likes of "Vic Mackey" and Paul Nehlen. Sean incessantly posts about jewish people and his hatred of them. Sean is hopeful of a race war - a "boogaloo." Messages from just last night...



**The Gael**
There's a lot of potential allies against (((them))) and the educational awareness is just beginning    7:21 PM



**The Gael**
I can only imagine what the 2020 irl meme war will be like    5:18 PM

2019 is a bubbling boogaloo waiting to happen    5:18 PM



**The Gael**

**The Noticer / The European Man**
"Donald Trump is a racist and if you su...

Soon..    4:59 PM

10:03 AM · Sep 16, 2019 · Twitter for iPhone

8 Retweets    1 Quote Tweet    50 Likes

**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean frequently posts the names and faces of leftists in Nazi chat rooms. He posts the twitter accounts of Jewish journalists and Seattle activists, hoping that "The Noticer" will build a profile of them for targeted harassment.




10:03 AM · Sep 16, 2019 · Twitter for iPhone

11 Retweets   56 Likes



**WANaziWatch**
@WANaziWatch

Replying to @WANaziWatch

Sean claimed he is a ghost--that he can't be doxxed. Well, today we invite you to read all about Ballard resident Sean-Michael David Scott. In the next thread we will ask that you take part in an action. ///

> **The Gael**
> Nobody can dox me I'm a fkn ghost
> 5:08 PM
>
> Unless it's a Pb if so cowabunga it is then
> edited 5:09 PM
>
> People who get doxed talk to media or have social media
> 5:10 PM
>
> Or are trying to make a name for themselves
> 5:10 PM

10:03 AM · Sep 16, 2019 · Twitter for iPhone

**19** Retweets  **2** Quote Tweets  **94** Likes





Exhibit G – WANaziWatch-Scott Tweets

