Michael J. Canning, Esq. (MJC3060)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Defendant, Cohen, Weiss and Simon LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY; NEW YORK DAILY NEWS; VIJAY GADDE; TWITTER, INC.; COHEN, WEISS AND SIMON LLP,<br><br>Defendants. | Case No. 2:20-cv-12880-JMV-JSA<br><br>Civil Action<br><br>**ORDER DISMISSING COUNT VI OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PREJUDICE** |

**THIS MATTER** having come before the Court on motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) brought by Defendant, Cohen, Weiss and Simon LLP, through counsel, Giordano, Halleran & Ciesla, P.C. seeking an order dismissing Count VI of Plaintiff's Second Amended Complaint in its entirety with prejudice; and the Court having reviewed and considered the papers

submitted by counsel, and for good cause shown with due deliberation thereon,

**IT IS ON THIS** _____ day of _____, 2022;

**ORDERED** that Defendant, Cohen, Weiss and Simon LLP's motion to dismiss is hereby granted;

**IT IS FURTHER ORDERED** that Count VI of Plaintiff's Second Amended Complaint is hereby dismissed with prejudice in its entirety as to Defendant, Cohen, Weiss and Simon LLP; and

**IT IS FURTHER ORDERED** that counsel for Cohen, Weiss and Simon LLP shall forward a true copy of this Order to all counsel of record within \_\_days hereof.

_____
HON. JOHN MICHAEL VAZQUEZ,
U.S. DISTRICT JUDGE

Docs #5485605-v1