# EXHIBIT B
# LAST AND FINAL WARNING

# DAILY◉NEWS

NYDailyNews.com
125 Theodore Conrad Drive, Jersey City, NJ 07305

JAMES R. BRILL
Senior Vice President of Operations

January 11, 2019

**DELIVERED VIA HAND DELIVERY**

Daniel D'Ambly
1005 Blossom Circle
Dayton, NJ. 08810

Re: **LAST AND FINAL WRITTEN WARNING**

Dear Mr. D'Ambly:

As you know, on January 10, 2019, you were interviewed by Jean Nechvatal, Vice President, Talent Management & Learning and myself. You were represented at this interview by Union Steward, Pete Cairnie. During this meeting, we discussed your alleged inappropriate conduct. Specifically, we discussed allegations made publicly that you were involved with the New Jersey European Heritage Association ("NJEHA") which has been identified as a white supremacy group. We also discussed allegations that you were recorded on video making derogatory and racist comments.

During our interview, you admitted that you were involved with NJEHA and supported their beliefs and missions. You also admitted that you referred to Jews as "Kikes." Your conduct and association with the NJEHA is in stark contrast to the values and mission of our newspaper and this Company.

We further discussed that your association with the NJEHA and your employment with the Daily News has been outed by an organization called Antifa. As you acknowledge, Antifa has been described as a militant anti-fascist group that targets anti-fascists for direct action. While we cannot confirm what motives Antifa had for outing you as an employee of the Daily News, your association with the NJEHA has the potential to tarnish the reputation of the Daily News. More importantly, your association with the NJEHA could put yourself or fellow employees at risk from a safety perspective.

During our interview, you denied bringing any of this activity with NJEHA into the workplace or making any inappropriate or derogatory comments with respect to co-workers or supervisors. Our investigation, thus far, has not confirmed that your activity with NJEHA has spilled over into the workplace.

In conclusion, we have determined that you have repeatedly engaged in behaviors outside of work that are in stark contrast to the values and beliefs of our Company's mission and

purpose. Additionally, such behaviors potentially put you and our employees' safety at risk as well as negatively impact the Company's reputation and brand. The ONLY reason that you are not being terminated immediately is because, thus far, we have not determined that your activities with NJEHA has occurred at work and/or derogatory comments were made about any co-workers. Likewise, thus far, we have not learned of any counter-actions that may put our employees at risk or tarnish our reputation. But let me make this clear that this is your Last and Final Warning on this issue. Should we learn that you engaged in any inappropriate speech or behavior in the workplace or with regard to any other employee, or if the Company or any of its employees suffer any backlash as a result of your association with the NJEHA, your conduct will be considered "work-related" and you will be terminated immediately.

Sincerely,

*Jimmy R Brill* (signature)

Jimmy Brill

Cc: Employee File
Jean Nechvatal
Pete Cairnie
New York Lithographers and Photo-Engravers Union

2

jbrill@nydailynews.com   **Desk** 1-212-210-2901   **Fax** 1-201-946-7046