# EXHIBIT A

# Patrick Trainor, Esq.



Please see below and attached. Hope this helps.

All the best,

Bill

---------- Forwarded message ---------
From: Bill ███████████ @gmail.com>
Date: Mon, Jun 17, 2019, 1:39 PM
Subject: Re: Christian Exoo
To: Colleen Manley ███████ @stlawu.edu>

Colleen,

Against the advice of my attorney I e-mailed you one of the photos of him teaching what was described in my initial e-mail in a room I am sure you recognize as part of the University. The egregious harassment and emotional damage he has already caused with the tools and time the University seems to provide him is a subject that will be addressed by that individual in the near future. As you may have not been aware I wanted to reach out and help provide some insight into what your employee has been doing with St. Lawrence time and property. The only purpose of my initial e-mail was to see if you were aware to avoid negligent retention on your end.

All the best,

Bill

On Sun, Jun 16, 2019 at 11:12 AM Colleen Manley ███████ @stlawu.edu> wrote:

> Dear Bill,
>
> am writing to acknowledge receipt of your email and invite you to send specific evidence of this activity.
>
> Sincerely,
>
> Colleen

**Colleen A. Manley**

Director of Human Resources

Employee & Labor Relations

▇▇▇▇

▇▇▇@stlawu.edu



**From:** Bill ▇▇▇▇ @gmail.com>
**Sent:** Tuesday, June 11, 2019 2:12 PM
**To:** Colleen Manley ▇▇▇ @stlawu.edu>
**Subject:** Christian Exoo

Colleen,

I am writing to you in regards to an employee you have working as a building supervisor at St. Lawrence University by the name of Christian Exoo. It has come to my attention that on University time he has been harassing, stalking, and intimidating members of the community on his twitter profile @atifashgordon. Also on campus time I have pictures from students who have either been to or have heard of the classes he has taught with his practice. I have included a few links to the domestic terrorist group he represents as well as the aforementioned photo of the man in question holding a conference on said terroristic tactics of publicly stalking dissidents.

Since this incident is near and dear to my heart as he has harassed my son-in-law to the point of him having to move cities. I wanted to reach out and let you know that if you continue to allow this man to work under your supervision with the knowledge I have just presented you... You are going to be liable for his future actions. Regardless of the outcome, I am in the process of initiating litigation against Christan Exoo for the damage he has already caused to my family, I will move onto the University and you specifically for employing him with this knowledge if he continues to work and operate under the Universities Library.

https://twitter.com/antifashgordon?lang=en

www.independent.co.uk/news/world/americas/antifa-domestic-terrorists-us-security-agencies-homeland-security-fbi-a7927881.html%3famp

https://www.washingtonexaminer.com/news/fbi-investigating-alleged-antifa-scheme-to-stage-an-armed-rebellion-at-the-border

https://twitter.com/antifashgordon%3Flang%3Den&ved=2ahUKEwjKyp3V7OHiAhXiUd8KHf1VAwgQFjAAegQIBhAC&usg=AOvVaw128Q2blUIb5Jzemnwu1oZ9

