Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
         ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Vijaya Gadde and Twitter, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,<br><br>　　　　Defendants. | Civil Action No:  2:20-cv-12880-JMV-JSA<br><br>**CERTIFICATION OF SERVICE** |

　　I, Kerry A. Tolson, of full age, hereby depose and say:

1. I am a secretary with the law firm of Gibbons P.C., counsel for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants") in the above-captioned matter.

2. I hereby certify that on January 31, 2022, copies of Defendants' Reply in support of their Motion to Dismiss with Prejudice Counts IV, V, and VII of Plaintiffs' Second Amended Complaint and Cross-Claims Filed by Co-defendant, Cohen, Weiss And Simon and Certificate of Service were filed and served upon all counsel of record by CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated:   January 31, 2022

/s/**Kerry A. Tolson**
Kerry A. Tolson