# EXHIBIT A

PHILADELPHIA PROUD BOYS TELEGRAM POSTS

December 2021 to January 2022

Proud Boys Philadelphia

Telegram Page

January 12, 2022

https://t.me/phillypb/1466   Last Accessed January 19, 2022




Philadelphia Proud Boys News and Announcements

Telegram Page

December 14, 2021

https://t.me/philadelphiaproudboys/120 Last Accessed January 19, 2022



