**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, AARON WOLKIND, STEVE HARTLEY, RICHARD SCHWETZ, JOBEL BARBOSA, MATTHEW REIDINGER, JOHN HUGO, SEAN-MICHAEL DAVID SCOTT, THOMAS LOUDEN, ZACHARY REHL, AMANDA REHL, K.R., a minor, by and through her father ZACHARY REHL, and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ST. LAWRENCE UNIVERSITY, TRIBUNE PUBLISHING COMPANY, NEW YORK DAILY NEWS, VIJAYA GADDE, TWITTER, INC., COHEN, WEISS AND SIMON, LLP, UNNAMED ASSOCIATES 1 - 100.<br><br>          Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JAD<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>Oral Argument Requested<br><br>Return Date: February 7, 2022 |

CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S
MOTION FOR TO DIMISS PURSUANT TO F.R.C.P. RULES 12(B)(2) AND
12(B)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. RULE 12(F)

and

CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S
MOTION FOR RULE 11 SANCTIONS

RICHARD TORRES, an attorney admitted to practice in the State of New Jersey and the United States District Court for the District of New Jersey, hereby affirms under penalty of perjury that:

1.     I along with Christopher Marlborough of The Marlborough Law Firm, P.C., represent Defendant Christian Exoo.

2.     I hereby affirm that the following documents were filed and served upon all counsel of record by CM/ECF:

     a. MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DIMISS PURSUANT TO F.R.C.P. RULES 12(b)(2) AND 12(b)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. Rule 12(F)

     b. Exhibit A to the above motion

     c. DECLARATION OF RICHARD TORRES IN SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION TO DIMISS PURSUANT TO F.R.C.P. RULES 12(B)(2) AND 12(B)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. RULE 12(F)

     d. REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT CHRISTIAN EXOO'S MOTION FOR RULE 11 SANCTIONS

     e. CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S MOTION FOR TO DIMISS PURSUANT TO F.R.C.P. RULES 12(B)(2) AND 12(B)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. RULE 12(F) and CERTIFICATION OF SERVICE OF DEFENDANT CHRISTIAN EXOO'S MOTION FOR RULE 11 SANCTIONS. (CM/ECF Document Number 129)

3.  I hereby affirm that the above statements are true under penalty of law.

Dated: January 31, 2022        By:   /s/_____
                                        Richard Torres

                               **Richard Torres, Esq.**
                               63 Tooker Avenue
                               Springfield, New Jersey 07081
                               E-mail:  richardtorresdna@gmail.com

                               **THE MARLBOROUGH LAW FIRM, P.C.**
                               375 Sunrise Highway, Suite 3
                               Lynbrook, New York 11563
                               Phone: (212) 991-8960
                               Fax: (212) 991-8952
                               E-mail: chris@marlboroughlawfirm.com

                               *Counsel for Defendant Christian Exoo*