Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVE HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1 – 100, <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA <br><br> **REQUEST FOR ENTRY OF DEFAULT** |

TO:   William T. Walsh
      Clerk, United States District Court
      District of New Jersey
      Martin Luther King Building
      & U.S. Courthouse
      50 Walnut Street, Room 4015
      Newark, New Jersey 07101

It is hereby requested that you enter the default of defendant TORCH ANTIFA NETWORK for failure to plead or otherwise defend in the above-captioned matter as provided by the Federal Rules of Civil Procedure.

                                                  **LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
                                                  *Attorneys for Plaintiff*

Dated: May 6, 2022                                       PATRICK TRAINOR, ESQ.