# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DANIEL D'AMBLY,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**CHRISTIAN EXOO, ET AL.,**
*Defendant*

CASE NUMBER: **2:20−CV−12880−JMV−JAD**

TO: *(Name and address of Defendant):*

Torch Antifa Network
c/o One People's Project
383 Hillcrest Avenue
Somerset, NJ 08873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2020−09−21 16:00:34, Clerk USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
  Date   *Signature of Server*

  _____
  *Address of Server*


AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS, SECOND AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **12/4/2021 11:10:45 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TORCH ANTIFA NETWORK C/O ONE PEOPLE'S PROJECT

Place where served:

383 HILLCREST AVENUE   SOMERSET  NJ  08873

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

IONA JENKINS

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: BLACK    HAIR: GRAY    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . ____        SERVICES $ _____ . ____        TOTAL $ _____ . ____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 12/04/2021        *NUNO VEIGA*       L.S.
                         E6FA2FE31256452...

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | PATRICK TRAINOR, ESQ. |
| PLAINTIFF: | DANIEL D'AMBLY, ET AL |
| DEFENDANT: | CHRISTIAN EXOO, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 20 CV 12880 JMV JSA |
| COMMENT: | DARELL JENKINS IS OWNER |