UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,<br><br>  *Defendants*. | Civil Action No. 20-12880<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 27th day of June, 2022,

**ORDERED** that Defendant Cohen, Weiss, and Simon LLP's motion to dismiss (D.E. 120) is **GRANTED**; and it is further

**ORDERED** that Count VI of the Second Amended Complaint is **DISMISSED with prejudice**; and it is further

**ORDERED** that Defendant Cohen, Weiss, and Simon LLP's motion for sanctions (D.E. 105) is **DENIED**.

                           _____
                           John Michael Vazquez, U.S.D.J.