

Lauren James-Weir
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4861
Fax: (973) 639-6253
Ljames-weir@gibbonslaw.com

September 19, 2022

**Electronically Filed**
Honorable John Michael Vazquez
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ  07101

    **Re:**    **Daniel D'Ambly, et al. v. Christian Exoo a/k/a Antifash Gordon, et al.**
            **Docket No.: 2:20-CV-12880-JMV-JSA**

Dear Judge Vazquez:

    This Firm, along with co-counsel WilmerHale, represents Defendants Twitter, Inc. and Vijaya Gadde in the above-referenced matter.  Enclosed please find an Order dismissing *with prejudice* Counts IV, V, and VII of Plaintiffs' Second Amended Complaint and the cross-claims filed by Co-Defendant Cohen, Weiss and Simon, LLP, as to Defendants Twitter, Inc. and Vijaya Gadde; those Counts were dismissed by Your Honor without prejudice in the Court's Order of August 9, 2022, subject to the filing of an amendment within thirty days, after which the dismissal would otherwise be with prejudice.  No amended complaint was filed and so the enclosed proposed Order implements that mandate.  If the Order meets with Your Honor's approval, please execute it at the Court's convenience and cause it to be filed.

    Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me.  Thank you very much for your kind consideration of this matter.

Respectfully submitted,

*/s/Lauren James-Weir*
LAUREN JAMES-WEIR

LJW/mlk

cc:    All Counsel of Record

3033886.1 115341-104130