Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone:  973-596-4731
Email:  llustberg@gibbonslaw.com
Telephone:  973-596-4861
Email:  ljames-weir@gibbonslaw.com

Patrick J. Carome, Esq. (*pro hac vice*)
Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Email: patrick.carome@wilmerhale.com
           ari.holtzblatt@wilmerhale.com

*Attorneys for Defendants Twitter, Inc. and Vijaya Gadde*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, ET AL.,<br><br>Defendants. | Civil Action No:<br><br>2:20-cv-12880-JMV-JSA<br><br>Honorable John M. Vazquez, United States District Judge<br><br>**ORDER DISMISSING WITH PREJUDICE COUNTS IV, V, AND VII OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND CROSS-CLAIMS FILED BY CO-DEFENDANT COHEN, WEISS AND SIMON, LLP, AS TO DEFENDANTS TWITTER, INC. AND VIJAYA GADDE** |

**THIS MATTER** having been brought before the Court upon the motion of

Gibbons P.C. (by Lawrence S. Lustberg, Esq. and Lauren James-Weir, Esq.) and Wilmer Cutler Pickering Hale and Dorr LLP (by Patrick J. Carome, Esq. and Ari Holtzblatt, Esq.) (*pro hac vice*), attorneys for Defendants Twitter, Inc. and Vijaya Gadde, seeking an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice Counts IV, V, and VII of Plaintiffs' Second Amended Complaint and the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP; and

**WHEREAS,** by this Court's Order dated August 9, 2022 (D.E. 136), and for the reasons set forth in its accompanying written Opinion, this Court granted, without prejudice, Defendants Twitter, Inc. and Vijaya Gadde's motion to dismiss (D.E. 117) and the other Moving Defendants' motions to dismiss (D.E. 116 and 119); and

**WHEREAS** this Court accordingly dismissed Counts IV, V, and VII of the Second Amended Complaint as to all the Moving Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6); and

**WHEREAS** this Court further dismissed Count II of the Second Amended Complaint as to all Plaintiffs except Daniel D'Ambly pursuant to Federal Rule of Civil Procedure 12(b)(2) and as to D'Ambly pursuant to Federal Rule of Civil Procedure 12(b)(6); and

**WHEREAS** this Court further ordered that its dismissal was without prejudice, and provided that Plaintiffs would have thirty (30) days within which to file an amended complaint that would cure the deficiencies noted in the Court's written Opinion; and

**WHEREAS** the Court further ordered that if Plaintiffs did not file an amended

pleading within that time, the claims dismissed by the Court in its August 9, 2022 Order would be deemed dismissed with prejudice; and

**WHEREAS** thirty (30) days from this Court's August 9, 2022 Order expired on September 8, 2022; and

**WHEREAS** Plaintiff did not file an amended pleading on or before that date;

**IT IS** on this ____ day of _____, 2022;

**ORDERED** that Counts IV, V and VII of Plaintiffs' Second Amended Complaint be and hereby are dismissed with prejudice as against Defendants Twitter, Inc. and Vijaya Gadde; and it is further

**ORDERED** that the cross-claims previously filed by Co-Defendant Cohen, Weiss and Simon, LLP be and hereby are dismissed with prejudice as against Defendants Twitter, Inc. and Vijaya Gadde.

_____
Honorable John Michael Vazquez,
United States District Judge