**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al., <br><br> *Defendants*. | Civil Action No. 20-12880 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

On August 9, 2022, the Court entered an Order and Opinion, D.E. 136, as to Defendants' motions to dismiss, D.E. 116, 117, 119.  The Court dismissed Counts IV, V and VII as to all the Moving Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).  D.E. 136.  The Court also dismissed Count II as to all Plaintiffs except Daniel D'Ambly pursuant to Federal Rule of Civil Procedure 12(b)(2) and as to D'Ambly pursuant to Federal Rule of Civil Procedure 12(b)(6). *Id.*  The dismissal was without prejudice, and the Court provided plaintiffs with thirty (30) days to file an amended complaint that cured the noted deficiencies.  *Id.* The Court further indicated that if Plaintiffs did not file an amended pleading within that time, the claims dismissed without prejudice would be dismissed with prejudice.  *Id.*  To date, Plaintiffs have not filed an amended pleading.  As a result, and for good cause shown,

IT IS on this 30th day of September 2022,


**ORDERED** that II, IV, V and VII are **DISMISSED with prejudice** as to all the Moving Defendants.

                                                         John Michael Vazquez, U.S.D.J.