United States District Court
For the District of New Jersey
Docket No.: 2:20-cv-12880-JMV-JSA

| | |
|---|---|
| DANIEL D'AMBLY; AARON WOLKIND; STEVEN HARTLEY; RICHARD SCHWETZ; JOBEL BARBOSA; MATTHEW REIDINGER; JOHN HUGO; SEAN-MICHAEL DAVID SCOTT; THOMAS LOUDEN; ZACHARY REHL; AMANDA REHL; K.R., a minor, by and through her father ZACHARY REHL and her mother AMANDA REHL, MARK ANTHONY TUCCI,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; NICK STRICKLAND; TORCH ANTIFA NETWORK; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants/Appellees. | **Notice of Appeal**<br><br>Hon. John Michael Vasquez, U.S.D.J.<br><br>Hon. Jessica S. Allen, U.S.M.J. |

Notice is hereby given that all Plaintiffs in this action appeal to the United States Court of Appeals for the Third Circuit from the Order on the United States District Court, District of New Jersey, entered in this action on September 30,

2022, (ECF No. 138) dismissing counts two, four, five and seven of the Second Amended Complaint with prejudice as to defendants Christian Exoo a/k/a "AntifashGordon," St. Lawrence University, Vijaya Gadde, Twitter, Inc., Nick Strickland, Torch Antifa Network, and Unnamed Associates 1 – 100.

                                      Respectfully Submitted,

Dated: October 27, 2022             s/Patrick Trainor
                                      LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
                                      *Attorney for Plaintiffs*
                                      19 Union Avenue, Suite 201
                                      Rutherford, New Jersey 07070
                                      P: (201) 777-3327
                                      F: (201) 896-7815
                                      pt@ptesq.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al., | CIVIL ACTION NO.: 2:20-cv-12880-JMV-JSA |
| Plaintiffs/Appellants, | |
| v. | **CERTIFICATION OF SERVICE** |
| CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al., | |
| Defendants. | |

I, **Patrick Trainor**, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice law in this Court and a member of the Law Office of Patrick Trainor, Esq., LLC, attorneys for the Plaintiffs in this matter.

2. On this date, I caused Plaintiffs' Notice of Appeal to the United States Court of Appeals for the Third Circuit to be electronically filed and served upon all counsel of record via the Court's ECF filing system.

3. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: October 27, 2022

s/Patrick Trainor
Patrick Trainor, Esq.
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*