# Exhibit A

| | |
|---|---|
| **From:** | Patrick Trainor, Esq. |
| **To:** | Starbuck, Emily |
| **Cc:** | Mulherin, Joseph |
| **Subject:** | Re: D"Ambly - Proposed Discovery Confidentiality Order |
| **Date:** | Thursday, December 1, 2022 7:14:47 PM |

**[ External Email ]**

The responses are a joke right?  I mean you're claiming that producing the names(s) of the person(s) who disclosed D'Ambly's confidential personnel information to Exoo is overly burdensome? That's a five-word question.  Do you want me to tell you those name(s) and their contact information to ease your burden?

And then you're objecting to number 3 because I asked for *every* (your emphasis), but number 4, similar question you respond by stating you are not aware of any responsive documents? Firstly, that's bush league and you know it.  Secondly, I am aware of responsive documents that are in your client's possession, so there is no way you are not aware of responsive documents.  Please amend because it will get awkward if I supplement my production with communications between Exoo and your client concerning D'Ambly and his termination.  Personal cells and emails count.

See you in NY Post.

Sincerely,



Patrick Trainor, Esq.

**THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070

Phone (201) 777-3327 | eFacsimile (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named.  Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited.  If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.