# Exhibit D

| | |
|---|---|
| **From:** | Starbuck, Emily |
| **To:** | Patrick Trainor, Esq. |
| **Cc:** | Mulherin, Joseph |
| **Subject:** | D"Ambly - Electronic discovery parameters |
| **Date:** | Friday, December 9, 2022 2:08:50 PM |
| **Attachments:** | D"Ambly - Electronic Discovery Parameters - 12.09.22.xlsx |

Hi Patrick,

Attached is a spreadsheet with our proposed search terms, custodians, and time period for D'Ambly.
Please confirm that this reflects our agreement based on our conversation on Monday.
As an update, you should be receiving our first production of documents early next week.

Best,
Emily

EMILY STARBUCK (SHE/HER/HERS)
Associate
**McDermott Will & Emery LLP**  444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 872 270 0973     **Email** estarbuck@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

| Search Terms | Custodians |
|---|---|
| Exoo OR Antifashgordon OR @Antifashgordon | Jimmy Brill |
| D'Ambly | Ed Bushey |
| "New Jersey European Heritage Association" OR NJEHA | Toni Martinez |
| Doxed OR Doxing OR Dox | Jean Nechvatal |
| | George Martin |

**Time Period**

October 1, 2018 to September 30, 2019