# Exhibit E

| | |
|---|---|
| **From:** | Patrick Trainor, Esq. |
| **To:** | Starbuck, Emily |
| **Cc:** | Mulherin, Joseph |
| **Subject:** | RE: D"Ambly - Electronic discovery parameters |
| **Date:** | Saturday, December 10, 2022 10:30:45 AM |
| **Attachments:** | REVISED D"Ambly - FIRST SET OF Electronic Discovery SEARCH Parameters - 12.09.22.xlsx |

**[ External Email ]**

Good morning. I added some terms to your list and bumped back the start date by two months. Other than all persons, who would possess information concerning employment/terminations, I have no idea who the custodians would be, so I deleted those names. Also, the list of custodians was far from complete, because I am sure people like Ms. Nechtaval have support staff and those support staff are clearly people that possess information concerning D'Ambly's termination and your client's contact with Exoo, but they have not been disclosed.

Moreover, as we agreed in our conference call, this is the first search.

Sincerely,

Patrick Trainor, Esq.

**THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
Phone (201) 777-3327 | eFacsimile (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

Plaintiff's First Electronic Discovery Search Parameters
Time Period August 1, 2018 to September 30, 2019

| Search Terms |
| --- |
| "Christian Exoo" |
| Antifashgordon |
| @Antifashgordon |
| Exoo |
| Christian Exoo |
| "Chris Exoo" |
| "Daniel D'Ambly" |
| "Dan D'Ambly" |
| D'Ambly |
| "Daniel Dambly" |
| Dan Dambly |
| Dambly |
| "New Jersey European Heritage Association" |
| NJEHA |
| Doxed OR Doxing OR Dox |
| Nazi |
| Fascist |
| Facist |
| Racist |
| "White Supremacists" |
| "White supremacist" |
| working |
| employ |
| Teamsters |
| @Teamsters |
| "Jersey Goyz 14" |

Page 1

Plaintiff's First Electronic Discovery Search Parameters
Time Period August 1, 2018 to September 30, 2019

| Search Terms |
|---|
| "Jersey Goyz" |
| employing |
| holocaust |
| @slpng_giants |
| printer |
| "Jersey City" |
| Teamsters |
| Nazis |
| hate |
| "hate group" |
| "Titus D'Andrea" |
| Dayton |
| @NYDailyNews |
| 212-210-2100 |
| "print shop" |
| 201-356-6923 |
| 201.356.6923 |
| (201) 946-6000 |
| "printing facilities" |
| "bootlicking nazi" |
| "white nationalist" |
| @dlamontjenkins |
| "Daryle Lamont Jenkins" |
| "that scab" |
| "anti racist history" |
| "neo nazis" |

Plaintiff's First Electronic Discovery Search Parameters
Time Period August 1, 2018 to September 30, 2019

| Search Terms |
| --- |
| "neo-nazis" |
| "neo nazi" |
| "neo-nazi" |
| "judd legum" |
| "kill Jewish people" |
| @nycantifa |
| "Make Dan's Face into a Tomato Again" |
| "holocaust denying Nazi" |
| "Kit O'Connell" |
| "European heritage" |
| @shaunking |
| "Martha Friend" |
| @fivesibs3 |
| "contact the @NYDailyNews" |
| "they kick puppies." |
| "Fire neo-Nazi" |
| "Dan D'Ambly of @NYDailyNews" |
| Daryl Lamont Jenkins |
| Oren Segal |
| "Oren Segal |
| ADL |
| "anti defamation league" |
| "anti-defamation league" |
| Mark Pitcavage |
| "Mark Pitcavage" |
| SPLC |

Plaintiff's First Electronic Discovery Search Parameters

Time Period August 1, 2018 to September 30, 2019

| Search Terms |
|---|
| "Southern Poverty Law Center" |
| "Nick Penniman" |
| "Andy Campbell" |
| "Huffington Post" |
| "Huffpo" |
| "any violence or blood spilled" |
| @ADL_National |
| @splcenter |