

Lauren James-Weir
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4861
Fax: (973) 639-6253
Ljames-weir@gibbonslaw.com

December 27, 2022

**Electronically Filed**
Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ  07101

> **Re:    Daniel D'Ambly, et al. v. Christian Exoo a/k/a Antifash Gordon, et al.**
> **Docket No.: 2:20-CV-12880-JMV-JSA**

Dear Judge Allen:

This Firm is local counsel for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants") in the above-referenced matter.  On October 30, 2020, this Court granted Ari Holtzblatt, Esq. and Patrick J. Carome, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, admission as *pro hac vice* counsel for Defendants in this matter.

I hereby request, on behalf of Patrick J. Carome, Esq., who is retiring at the end of this year, permission to withdraw as *pro hac vice* counsel for Defendants.  Defendants will continue to be represented in this matter by and through this Firm (by Lawrence S. Lustberg, Esq. and myself) and *pro hac vice* counsel Wilmer Cutler Pickering Hale and Dorr LLP (by Ari Holtzblatt, Esq.).

Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me.  Thank you very much for your kind consideration of this matter.

Respectfully submitted,

*/s/Lauren James-Weir*
LAUREN JAMES-WEIR

cc:     All Counsel of Record

                                            **SO ORDERED.**

    Dated: December 28, 2022

                                            s/Jessica S. Allen
                                            Hon. Jessica S. Allen, U.S.M.J.