

Lauren James-Weir
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4861
Fax: (973) 639-6253
Ljames-weir@gibbonslaw.com

February 1, 2023

**Electronically Filed**
Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ  07101

**Re:   Daniel D'Ambly, et al. v. Christian Exoo a/k/a Antifash Gordon, et al.
       Docket No.: 2:20-CV-12880-JMV-JSA**

Dear Judge Allen:

This Firm is local counsel for Defendants Twitter, Inc. and Vijaya Gadde ("Defendants") in the above-referenced matter.  On October 30, 2020, this Court granted admission as *pro hac vice* counsel for Defendants to Ari Holtzblatt, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, located at that time at 1875 Pennsylvania Avenue, NW, Washington, DC 20006.

As of January 23, 2023, the Washington, D.C. office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated to 2100 Pennsylvania Avenue, NW, Washington, DC 20037.  The firm's telephone number and the attorneys' email addresses have not changed.

Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me.  Thank you very much for your kind consideration of this matter.

Respectfully submitted,

*/s/Lauren James-Weir*
LAUREN JAMES-WEIR, ESQ.
Gibbons P.C.


*/s/Ari Holtzblatt*
ARI HOLTZBLATT, ESQ. *(pro hac vice)*
Wilmer Cutler Pickering Hale and Dorr LLP

cc:   All Counsel of Record

3057804.1 115341-104130