IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTIAN EXOO a/k/a @ANTIFASH GORDON; et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-12880 <br><br> JOHN MICHAEL VAZQUEZ, U.S.D.J. <br><br> **ORDER** |

This matter came on for hearing on April 12, 2023, on Plaintiff Daniel D'Ambly's duly noticed motion compelling One People's Project to comply with that subpoena to produce documents, things, and electronically stored information for the website *www.torchantifa.org* that was served on them by Daniel D'Ambly on May 16, 2022, and May 23, 2022, and for an expedited Order to Show Cause why One People's Project should not be held in contempt for failing to comply with subpoena. The court has reviewed the papers submitted and the authorities cited and has considered the arguments made in connection with this motion. Having been so advised,

IT IS ORDERED THAT:

1. The motion of Plaintiff Daniel D'Ambly is GRANTED; and

2. One People's Project is ordered to produce all documents, things, and electronically stored information responding to the command of the subpoena duces tecum for inspection and copying to Plaintiff Daniel D'Ambly at the Law Office of Patrick Trainor, Esq., 19 Union Avenue, Suite 19, Rutherford, New Jersey 07070 not later than _____ , and

   IT IS FURTHER ORDERED that One People's Project must appear before this Court on _____ at _____ and then and there show cause if there is any, why it should not be held in contempt of this Court for failure to comply with the subpoena described above, and

   IT IS FURTHER ORDERED that a copy of this Order shall be deemed served upon all parties in this matter via the Court's ECF system.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE