# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, | CIVIL ACTION NO.: 2:20-cv-12880 |
| Plaintiff, | JOHN MICHAEL VAZQUEZ, U.S.D.J. |
| vs. | NOTICE OF MOTION FOR AN EXPEDITED ORDER TO SHOW CAUSE RE: |
| CHRISTIAN EXOO a/k/a @ANTIFASH GORDON; et al., | TO COMPEL ONE PEOPLE'S PROJECT TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS, THINGS, AND ELECTRONICALLY STORED INFORMATION IDENTIFIED IN PLAINTIFF'S SUBPOENA DUCES TECUM AND FOR AN EXPEDITED ORDER TO SHOW CAUSE WHY ONE PEOPLE'S PROJECT SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA |
| Defendants. | |

TO:  One People's Project
     383 Hillcrest Avenue
     Somerset, New Jersey 08873

**NOTICE IS GIVEN** that on May 15, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102 for an Order pursuant to *Rule 45* of the Federal Rules of Civil Procedure compelling One People's Project to comply with the subpoena duces tecum that was duly served on them on May 16, 2022, and May 23, 2022.

April 12, 2023

/s/ Patrick Trainor
Patrick Trainor, Esq.
**THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070

P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*