Lawrence S. Lustberg, Esq. (ID#023131983)
Lauren James-Weir, Esq. (ID#025202007)
**GIBBONS P.C.**
One Gateway Center Newark, New Jersey 07102
Telephone: 973-596-4500
Email: llustberg@gibbonslaw.com
Email: ljames-weir@gibbonslaw.com

Ari Holtzblatt, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW,
Washington, DC 20037
Telephone: (202) 663-6000
Email: ari.holtzblatt@wilmerhale.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON, et al.,<br><br>　　　　　　Defendants. | Civil Action No: 2:20-cv-12880-JMV-JSA<br><br>**F.R.C.P. 7.1 AMENDED CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TWITTER, INC.** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded entity owns 10% or more of the stock of X Corp. or X Holdings Corp.

　　　　　　　　　　By:　　/s/Lauren James-Weir
　　　　　　　　　　　　　　Lauren James-Weir, Esq.

　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　Telephone (Direct): 973-596-4861
　　　　　　　　　　　　　Email: ljames-weir@gibbonslaw.com
　　　　　　　　　　　　　*Attorneys for Defendant X Corp., successor in interest to Defendant Twitter, Inc.*

Dated: April 14, 2023