# WEISSMAN & MINTZ LLC
### ATTORNEYS AT LAW

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
CHARLETTE MATTS
PATRICIA A. VILLANUEVA

Of Counsel
BRETT M. PUGACH
ROSEMARIE CIPPARULO
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

\* ADMITTED TO PRACTICE ONLY IN NEW YORK

220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779

www.weissmanmintz.com

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



May 2, 2023

**Via ECF**
Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

     Re:    **D'Ambly v. Exoo**
               **Civ. A. No. 2:20-cv-12880-JMV-JSA**

Dear Magistrate Judge Allen:

     Pending before the Court is a motion by Plaintiff (DE160) seeking an order "to compel" nonparty One People's Project ("OPP") to respond to a subpoena directed to another entity, and to hold OPP in "contempt" for allegedly failing to respond to the same subpoena, directed to another entity. My firm was retained earlier today to oppose the motion on behalf of OPP.

     A review of the docket shows that opposition to the motion would have been due on May 1, 2023. However, based on the recency of our Firm's retention, I request a one-week extension of the due date for opposition papers, to and including May 8, 2023.* We do not seek a modification of the return date.

     Pursuant to Loc. Civ. R. 7.1(d)(5), I contacted Plaintiff's counsel by email at 11:15 this morning to seek his consent to the extension, but I have not received a reply.

     Thank you for your courtesies.

                                          Respectfully submitted,

                                          */s/ Flavio L. Komuves*
                                          Flavio L. Komuves, Esq.

                                          *Request Granted.

    cc:    All counsel of record *(Via ECF only)*
                                          SO ORDERED.

                                          <u>s/Jessica S. Allen</u>
                                          United States Magistrate Judge

                                          Dated: May 3, 2023