**WEISSMAN & MINTZ LLC**
By: Flavio L. Komuves (Atty. ID No. 018891997)
fkomuves@weissmanmintz.com
220 Davidson Ave., Suite 410
Somerset, NJ 08873
(732) 563-4565
Attorneys for Nonparty One People's Project

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, | Civ. A. No. 2:20-cv-12880-JMV-JSA |
| Plaintiff | |
| v. | **DECLARATION OF** |
| | **FLAVIO L. KOMUVES** |
| CHRISTIAN EXOO, et al., | |
| Defendants | |

FLAVIO L. KOMUVES, of full age, certifies as follows:

1.     I am an attorney at law admitted to practice in all federal and state courts in New Jersey. I am a member of Weissman & Mintz LLC, counsel to nonparty One People's Project, and have been assigned responsibility for this matter.

2.     As part of my investigation to respond to the motion at issue, I requested and obtained the document attached hereto as **Exhibit A** from one of the other counsel in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:    */s/ Flavio L. Komuves*
         Flavio L. Komuves


Dated: May 8, 2023

# **EXHIBIT A**



One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**ADAM P. MASTROLEO, ESQ.**
amastroleo@bsk.com
P: 315.218.8139
F: 315.218.8100

May 12, 2022

**VIA EMAIL AND FIRST CLASS MAIL**

Patrick Trainor, Esq.
Law Office of Patrick Trainor
848 Paterson Avenue
East Rutherford, NJ 07073

Re:     *Daniel D'Ambly v. Christian Exoo, et al.*
*Civil Action No. 2:20-cv-12880*

Dear Mr. Trainor:

We are in receipt of a subpoena that was issued by your office to defendant "Torch Antifa Network," which is related to the pending litigation referenced above. Pursuant to Federal Rule of Civil Procedure 26(d)(1), this demand is improper. Indeed, that section states, "A party may not seek discovery **from any source** before the parties have conferred as required by Rule 26(f). . .". As you are aware, the parties have not yet conferred as required by Rule 26. As a result, your subpoena is premature and must be withdrawn.

Please feel free to contact me with any questions.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Adam P. Mastroleo

APM/clb

cc:     Counsel of Record (via email)
        Torch Antifa Network (via first class mail)

Attorneys At Law | A Professional Limited Liability Company