# EXHIBIT A

Message

| | |
|---|---|
| **From:** | Jimenez, Terry [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=11897E83C39D442FA0115990CDD9A6D1-TERRY JIMEN] |
| **Sent:** | 1/4/2019 8:52:17 AM |
| **To:** | Bordeaux, Maya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1593301475749f1bbb79dede2088f7a-Maya Bordea] |
| **Subject:** | Re: Dan D'Ambly reminder |

Ok, I talked to Jimmy this morning.  FYI, Toni Martinez talked to Jimmy about this issue already.  Jimmy then talked to the Supervisor and the supervisor told him that the employee has never caused problems at work and he does a good job.

T

On Jan 3, 2019, at 11:09 PM, Bordeaux, Maya <mbordeaux@tribpub.com> wrote:

Hi Terry,
Jean can be flexible, but she said 1/7, 1/8 or 1/11 works best for her. She would coordinate with Jimmy what date works best for him.
Thanks,
MB

Sent from my iPhone

On Jan 3, 2019, at 8:56 PM, Jimenez, Terry <tjimenez@tribpub.com> wrote:

Do we have a target date for the meeting with Dan?  If earlier in the week, I will call Jimmy tomorrow or over the weekend.  If at the end of next week, will probably wait until beginning of next week.

Thanks,

T

**Terry Jimenez**
EVP/Chief Financial Officer
Tribune Publishing
160 North Stetson Ave
Chicago, Illinois 60601
Office:  312-222-5787
Mobile:  917-755-7247
tjimenez@tribpub.com

<image002.jpg>

---

**From:** Bordeaux, Maya
**Sent:** Wednesday, January 02, 2019 1:59 PM
**To:** Jimenez, Terry
**Subject:** Dan D'Ambly reminder
**Importance:** High

Hi Terry,

Happy New Year! This is a reminder that we plan to follow up with an investigative meeting with our white supremacist, Dan D'Ambly by next week. I will discuss a plan with Jean, it is tentatively our plan for Jean to go interview D'Ambly and issue the very strongly worded final written warning (I'll make sure Mindy and Max Fisher have reviewed it first). We discussed before the holidays that you would reach out to Jimmy Brill to give him background and context. I would like Jimmy to be with Jean when they meet with that clown. Jean will coordinate the time and meeting place with Jimmy. Please let me know if you need any info to have your preliminary discussion with Jimmy.

Thanks much for your support,

**Maya A. Bordeaux**
**Senior Vice President, Human Resources | CHRO**
<image003.gif>
130 E. Randolph
Chicago, Illinois 60601
Office (312) 222-5562
Cell    (312) 208-5123

CONFIDENTIAL
NYDN00000529