# EXHIBIT B

Message

| | |
|---|---|
| **From:** | Nechvatal, Jean [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=494D7654E677460D910A9B0997EE3287-NECHVATAL,] |
| **Sent:** | 11/6/2018 4:20:27 PM |
| **To:** | Bordeaux, Maya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1593301475749f1bbb79dede2088f7a-Maya Bordea] |
| **Subject:** | RE: Andrea D'Ambly Obituary - Hillside, NJ | The Star-Ledger |

Super sleuth Maya!  Impressive!!!

-----Original Message-----
From: Bordeaux, Maya
Sent: Tuesday, November 6, 2018 2:44 PM
To: Nechvatal, Jean <JNechvatal@tribpub.com>
Subject: FW: Andrea D'Ambly Obituary - Hillside, NJ | The Star-Ledger

FYI

On 11/5/18, 10:34 PM, "Bordeaux, Maya" <mbordeaux@tribpub.com> wrote:

    Mindy,
    I think Andrea is his dead sister...

    http://mobileobits.nj.com/obituaries/starledger/obituary.aspx?n=andrea-m-dambly&pid=166407713&referrer=0&preview=false


    Sent from my iPhone