# EXHIBIT C

Message

| | |
|---|---|
| From: | Bordeaux, Maya [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1593301475749F1BBB79DEDE2088F7A-MAYA BORDEA] |
| Sent: | 1/2/2019 2:59:11 PM |
| To: | Jimenez, Terry [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11897e83c39d442fa0115990cdd9a6d1-Terry Jimen] |
| Subject: | Dan D'Ambly reminder |

Importance:   High

Hi Terry,
Happy New Year! This is a reminder that we plan to follow up with an investigative meeting with our white supremacist, Dan D'Ambly by next week. I will discuss a plan with Jean, it is tentatively our plan for Jean to go interview D'Ambly and issue the very strongly worded final written warning (I'll make sure Mindy and Max Fisher have reviewed it first). We discussed before the holidays that you would reach out to Jimmy Brill to give him background and context. I would like Jimmy to be with Jean when they meet with that clown. Jean will coordinate the time and meeting place with Jimmy. Please let me know if you need any info to have your preliminary discussion with Jimmy.

Thanks much for your support,

**Maya A. Bordeaux**
**Senior Vice President, Human Resources | CHRO**



130 E. Randolph
Chicago, Illinois 60601
Office (312) 222-5562
Cell    (312) 208-5123