# EXHIBIT D

Message

| | |
|---|---|
| From: | Bordeaux, Maya [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1593301475749F1BBB79DEDE2088F7A-MAYA BORDEA] |
| Sent: | 1/9/2019 7:59:01 PM |
| To: | Nechvatal, Jean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=494d7654e677460d910a9b0997ee3287-Nechvatal,] |
| Subject: | Re: Thank you! |

Thank you!

Sent from my iPhone

On Jan 9, 2019, at 5:57 PM, Nechvatal, Jean <JNechvatal@tribpub.com> wrote:

Maya,

No worries!

Thank you for your advice below and I will definitely follow it. It all makes very good sense to me.

Have fun in Cabo and safe travels!

Jeannie

Sent from my iPhone

On Jan 9, 2019, at 5:29 PM, Bordeaux, Maya <mbordeaux@tribpub.com> wrote:

Hey Jean,
I'm sorry I was so scattered when we just met. I was working through 100 different details when you came up. Thank you so much for your diligence and thorough investigative approach. I SO appreciate you and know we're in good hands. I am concerned for your safety and want to make sure that Toni has arranged security to be outside the room for you and Jimmy. Especially if you decide to have his locker searched. Also, I recommend that you keep the manager out of this. Terry was concerned about compromising their relationship if D'Ambly stays employed and continues to work with Dinapoli. I recommend that it be security that searches his locker. I am available by phone if you need me.

Take care and talk soon! Safe travels my dear Jeannie, and be safe with that hateful horrible man.

Cheers,

**Maya A. Bordeaux**
**Senior Vice President, Human Resources | CHRO**
<image001.gif>
130 E. Randolph
Chicago, Illinois 60601
Office (312) 222-5562
Cell    (312) 208-5123