

mwe.com

Joseph Mulherin
jmulherin@mwe.com
+1 312 899 7159

June 29, 2023

VIA CM/ECF

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   D'Ambly v. Exoo et. al, Civil Case No.: 2:20-cv-12880-JMV-JSA
      Request for Settlement Conference

Dear Judge Allen:

Defendants Tribune Publishing Company, LLC ("Tribune") and the New York Daily News (the "Daily News") write jointly with Plaintiff Daniel D'Ambly regarding the above-captioned matter. The parties are interested in scheduling a settlement conference. Should this court deem it appropriate, the parties have agreed to proceed with such conference before Your Honor. Alternatively, the parties would also accept a referral to another Magistrate Judge.

The parties are free to discuss this matter with Your Honor and/or schedule such settlement conference at your convenience.

Sincerely,


*s/Joseph Mulherin*
Joseph Mulherin

cc:   Patrick Trainor
      Emily Starbuck



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 197768772-2.096107.0044