

**mwe.com**

Joseph Mulherin
jmulherin@mwe.com
+1 312 899 7159

July 12, 2023

VIA CM/ECF

The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:     D'Ambly v. Exoo et. al, Civil Case No.: 2:20-cv-12880-JMV-JSA
        Request for Settlement Conference

Dear Judge Allen:

Defendants Tribune Publishing Company, LLC ("Tribune") and the New York Daily News (the "Daily News") write jointly with Plaintiff Daniel D'Ambly regarding the above-captioned matter. The parties and their clients have consented to a settlement conference to take place on August 24, 2023 at 1 P.M. in your chambers.

Pursuant to Your Honor's instructions, the parties will email to Chambers their respective confidential settlement position papers by August 21, 2023. Please advise the parties if the Court has any specific content or formatting requirements for their settlement position papers.

Sincerely,


*s/Joseph Mulherin*
Joseph Mulherin

cc:     Patrick Trainor
        Emily Starbuck



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 198010299-2.096107.0044