

mwe.com

Joe Mulherin
Attorney at Law
jmulherin@mwe.com
+1 312 899 7159

March 8, 2024

VIA CM/ECF

The Honorable Jessica S. Allen
United States District Court for the District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   D'Ambly v. Exoo et al., Civil Case No. 2:20-cv-12880-JKS-JSA
      Update on Mediation

Dear Judge Allen:

Defendants Tribune Publishing Company, LLC ("Tribune") and the New York Daily News (the "Daily News") (collectively, the "Defendants") write jointly with Plaintiff Daniel D'Ambly regarding the above-captioned matter.

Pursuant to the Court's December 15, 2023 Order Referring Case to Mediation, Dkt. No. 193, the Parties engaged in mediation before Dean L. Burrell, Esq., on January 30, 2024. The Parties did not settle Mr. D'Ambly's claims during the mediation.

We look forward to speaking with Judge Allen about scheduling for the remainder of the case next week.

Respectfully submitted,

*s/ Joseph Mulherin*                                *s/ Patrick Trainor*
Joseph Mulherin                                     Patrick Trainor
Jean Edmonds (pro hac vice forthcoming)             Law Office of Patrick Trainor
McDermott Will & Emery LLP                          *Attorney for Plaintiff Daniel D'Ambly*
*Attorneys for Tribune Publishing Company*
*and New York Daily News*



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

*US practice conducted through McDermott Will & Emery LLP.*