# Exhibit A

24-0331

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:20-cv-12880

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CHRISTIAN EXOO
on *(date)* 2/28/2024.

☒ I served the subpoena by delivering a copy to the named individual as follows: By Personal Delivery At ████████████
on *(date)* 3/06/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ 1.34 for travel and $ 17.34 for services, for a total of $ 18.34

I declare under penalty of perjury that this information is true.

Date: 3/06/2024

*Deputy Shane O'Neill*
Server's signature

SHANE L. MORRILL   DEPUTY SHERIFF
Printed name and title

48 Court St, Canton, NY 13417
Server's address (Work)

Additional information regarding attempted service, etc.:

**Certificate of Service**
**CPLR Rule 306 (d)**
**St. Lawrence County Sheriff's Office**
**Patrick R. Engle, Sheriff**