**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL D'AMBLY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN EXOO, *et al.*, <br><br> Defendants. | Civil Action No.: 2:20-cv-12880 <br><br> CERTIFICATION OF COUNSEL IN OPPOSITION TO MOVANT'S MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE A MOTION FOR PROTECTIVE ORDER |

I, Patrick Trainor, being of full age, hereby certify:

1. I am an attorney-at-law of the State of New Jersey associated with the Law Office of Patrick Trainor, Esq., LLC, attorney for Daniel D'Ambly, III (hereinafter "Plaintiff") Plaintiff in the above-entitled action. In this capacity, I am authorized to make the instant Certification on behalf of the Plaintiff.

2. I make this Certification in opposition of movant Chirstian Exoo's motion to quash subpoena or in the alternative a motion for protective order (ECF No. 202).

3. Annexed hereto as **Exhibit A** is a redacted version of the Affidavit of Service executed by the Sheriff of St. Lawernce County, New York, who personally served Plaintiff's subpoena upon Christian Exoo on March 6, 2024.

**CERTIFICATION**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly and/or willfully false, I am subject to punishment.

Dated: April 1, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)

**Law Office of Patrick Trainor, Esq., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Christopher Marlborough, Esq.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Phone: (212) 991-8960
Fax: (212) 991-8952
E-mail: chris@marlboroughlawfirm.com
*Attorney for movant Christian Exoo*

Richard Torres, Esq.
1 Freeman Lane
Denville, NJ 07834
Phone: (347) 742-5362
E-mail: richardtorresdna@gmail.com
*Attorney for movant Christian Exoo*

Dated: April 1, 2024        _____
                              Patrick Trainor, Esq.