# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a @ANTIFASH GORDON, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:20-cv-12880<br><br>**ORDER** |

The motion of Plaintiff Daniel D'Ambly for an Order dismissing the Motion to Quash Subpoena or in the Alternative a Motion for a Protective Order filed and served by Christian Exoo to Daniel D'Ambly's subpoena duces tecum and compelling Christian Exoo to comply with that subpoena was submitted for decision on April 1, 2024. The Court having considered the matter, the documents presented by all counsel, including any opposition filed, and good cause having been shown;

**IT IS** on this _____ day of ___, 2024;

**ORDERED** that movant Christian Exoo's motion to quash Plaintiff's March 6, 2024, subpoena is hereby **DENIED**;

**IT IS FURTHER ORDERED** that movant Christian Exoo's motion for a protective order is hereby **DENIED**;

**IT IS FURTHER ORDERED** that movant Christian Exoo comply with Plaintiff's subpoena to be deposed by Plaintiff's counsel and is hereby compelled to produce the documents and information requested therein;

**ORDERED** that a copy of this Order shall be deemed served upon all parties in this matter via the Court's ECF system.

                _____
                HONORABLE JESSICA ALLEN, U.S.M.J.

Opposed ( )

Unopposed ( )