

mwe.com

Joe Mulherin
Attorney at Law
jmulherin@mwe.com
+1 312 899 7159

April 17, 2024

VIA CM/ECF

The Honorable Jessica S. Allen
United States District Court for the District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   D'Ambly v. Exoo et al., Civil Case No. 2:20-cv-12880-JKS-JSA
      Update on Settlement Discussions

Dear Judge Allen:

Defendants Tribune Publishing Company, LLC ("Tribune") and the New York Daily News (the "Daily News") (collectively, the "Defendants") write jointly with Plaintiff Daniel D'Ambly to report on the status of the parties' settlement discussions.

Pursuant to the Court's instruction at the March 15, 2024 telephone hearing, the Parties have engaged in further settlement discussions. Counsel have conferred with their respective clients, and counsel spoke via telephone on March 25 and April 4, 2024. Unfortunately, the Parties have concluded that they are unable to reach a settlement at this time.

We appreciate the Court's continued assistance in this case.

Respectfully submitted,

s/ Lindsay Ditlow
Lindsay Ditlow
Joseph Mulherin (pro hac vice)
Jean Edmonds (pro hac vice)
McDermott Will & Emery LLP
*Attorneys for Tribune Publishing Company
and New York Daily News*

s/ Patrick Trainor
Patrick Trainor
Law Office of Patrick Trainor
*Attorney for Plaintiff Daniel D'Ambly*

