THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815 | help@ptesq.com

January 16, 2025

Via: CM/ECF
The Honorable Jessica S Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

  Re: *D'Ambly v. Exoo, et al.,*
     Civil Case No.: 2:20-cv-12880-JMV-JSA
     Conference Reschedule Request

Dear Judge Allen,

  As you know this office represents Plaintiff Daniel D'Ambly (hereinafter "Plaintiff" or "D'Ambly") in the above-referenced action against the Tribune Publishing, LLC ("Tribune") and the New York Daily News Company ("Daily News") (herein collectively "Daily News"). I write to request an adjournment of the conference presently scheduled before Your Honor, January 24, 2025. Before making this request I spoke to Mr. Mulherin, counsel for the Daily News and he consented to this request.

  Provided Your Honor is available, in order to accommodate Mr. Mulherin's schedule, kindly reschedule the conference for any of the following dates: January 26, 2025, February 3, 2025, or February 10, 11, or 12, 2025. This office is available on any of these dates.

  If Your Honor needs additional information, I am available at (201) 777-3327.

            Sincerely,

            Patrick Trainor
            *Attorney for Plaintiff*

cc: Joseph Mulherin, via CM/ECF