THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC

19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815 | help@ptesq.com

January 16, 2025

Via: CM/ECF
The Honorable Jessica S Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      Re:    *D'Ambly v. Exoo, et al.,*
             Civil Case No.: 2:20-cv-12880-JMV-JSA
             Conference Reschedule Request

Dear Judge Allen,

As you know this office represents Plaintiff Daniel D'Ambly (hereinafter "Plaintiff" or "D'Ambly") in the above-referenced action against the Tribune Publishing, LLC ("Tribune") and the New York Daily News Company ("Daily News") (herein collectively "Daily News"). I write to request an adjournment of the conference presently scheduled before Your Honor, January 24, 2025. Before making this request I spoke to Mr. Mulherin, counsel for the Daily News and he consented to this request.

Provided Your Honor is available, in order to accommodate Mr. Mulherin's schedule, kindly reschedule the conference for any of the following dates: January 26, 2025, February 3, 2025, or February 10, 11, or 12, 2025. This office is available on any of these dates.

If Your Honor needs additional information, I am available at (201) 777-3327.

Sincerely,

Patrick Trainor
*Attorney for Plaintiff*

\*The unopposed adjournment request is granted. The 1/24/25 Telephone Status Conference is rescheduled for 1/27/25 at 4:30 p.m. The parties are instructed to dial 1-855-244-8681 and enter Access Code 23024029552 at the time of the Conference. As per this Court's 11/25/24 Opinion and Order, the parties were directed to submit a status letter by today, including a proposed amended scheduling order. (ECF No. 211). The parties shall comply by 1/22/25.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: January 17, 2025