AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Daniel D'Ambly, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-12880-JKS-JSA |
| Christian Exoo, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Tribune Publishing Company, Inc. and New York Daily News Company.

Date:   01/23/2025

/s/ Evan Belosa
*Attorney's signature*

Evan Belosa (017642002)
*Printed name and bar number*
McDermott Will & Emery LLP
One Vanderbilt Ave
New York, NY 10017

*Address*

ebelosa@mwe.com
*E-mail address*

(212) 547-5869
*Telephone number*

(212) 547-5444
*FAX number*