THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815 | help@ptesq.com

February 3, 2025

Via: CM/ECF
The Honorable Jessica S Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      Re:    *D'Ambly v. Exoo, et al.,*
               Civil Case No.: 2:20-cv-12880-JMV-JSA
               Joint Request for Brief Adjournment to Finalize Settlement

Dear Judge Allen,

      As you may recall this office represents Plaintiff Daniel D'Ambly (hereinafter "Plaintiff" or "D'Ambly") in the above-referenced action against the Tribune Publishing, LLC ("Tribune") and the New York Daily News Company ("Daily News") (herein collectively "Daily News"). The parties have reached an agreement to settle the matter and are finalizing the settlement agreement.

      I spoke to Mr. Mulherin, counsel for the Daily News, who consents to this joint request for a brief stay on the case so that the parties may finalize the settlement agreement.

      If Your Honor needs additional information, I am available at (201) 777-3327.

                                                                    Sincerely,

                                                                    Patrick Trainor
                                                                    *Attorney for Plaintiff*

cc: Joseph Mulherin, via CM/ECF