**SO ORDERED.**

**Dated:** March 26, 2025

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL D'AMBLY,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EXOO a/k/a ANTIFASH GORDON; ST. LAWRENCE UNIVERSITY; TRIBUNE PUBLISHING COMPANY, LLC; NEW YORK DAILY NEWS; VIJAYA GADDE; TWITTER, INC; COHEN, WEISS AND SIMON, LLP; UNNAMED ASSOCIATES 1 – 100,<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-12880<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff Daniel D'Ambly and Defendants New York Daily News and Tribune Publishing Company hereby stipulate that Plaintiff's claims against these Defendants are to be dismissed in their entirety with prejudice. The parties having resolved the issues in this matter and entered into a Confidential Settlement and Release Agreement, do hereby respectfully request that this Court issue an Order dismissing Plaintiff's claims with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 21, 2025

Respectfully Submitted,

| | |
|---|---|
| /s/ Patrick Trainor | /s/ Lindsay Ditlow |
| Patrick Trainor, Esq. | Lindsay Ditlow |
| LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC | Joseph Mulherin |
| 19 Union Avenue, Suite 201 | Jean Edmonds |
| Rutherford, New Jersey 07070 | McDermott, Will & Emery, LLP |
| P: (201) 777-3327 | 444 West Lake Street, Suite 4000 |
| pt@ptesq.com | Chicago, IL 60606-0029 |

| | |
|---|---|
| *Attorney for Plaintiff Daniel D'Ambly* | P: (312) 899-7159<br>jmulherin@mwe.com<br>*Attorney for Defendants* |